FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

COMPAÑIA DEL BAJO CARONI (CAROMIN), C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela,
and

V.M.C. MINING COMPANY, C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela,

              Plaintiffs,

    - against -

BOLIVARIAN REPUBLIC OF VENEZUELA,
c/o Consulate General of Venezuela
7 East 51st Street
New York, New York 10022, and

MINISTRY OF BASIC INDUSTRIES AND MINES
c/o Consulate General of Venezuela
7 East 51st Street
New York, New York 10022,

              Defendants.
------------------------------------------------------------- x

JUDGE BUCHWALD

07 CV 3179

Civil Action No. _____

STATEMENT PURSUANT
TO RULE 7.1 OF THE
FEDERAL RULES OF
CIVIL PROCEDURE



RECEIVED
APR 20 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs Compañia Del Bajo Caroni (Caromin), C.A. and V.M.C. Mining

Company, C.A., certify that they have no parent corporations, and no publicly held corporation owns ten (10%) percent or more of their stock.

Dated: New York, New York
April 20, 2007

                                GREENBERG TRAURIG, LLP

                                By: *James W. Perkins* (signature)
                                James W. Perkins (JWP 6684)
                                MetLife Building, 200 Park Avenue
                                New York, New York 10166
                                (212) 801-9200

                                Ronald W. Kleinman
                                Steven M. Schneebaum
                                800 Connecticut Avenue, N.W.
                                Washington, D.C. 20006
                                (202) 331-3100

                                *Attorneys for Plaintiffs*
                                  *Compañia del Bajo Caroni (CAROMIN), C.A*
                                  *and V.M.C. Mining Company, C.A.*

Of Counsel:

Erwin Gonzales
Colson Hicks Eidson
255 Aragon Avenue
Coral Gables, Florida 33134
(305) 476-7400