AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| Southern | DISTRICT OF | New York |

Compania del Bajo Caroni (Caromin), C.A., and
V.M.C. Mining Company, C.A.

**SUMMONS IN A CIVIL CASE**

V.

Bolivarian Republic of Venezuela, and Ministry of
Basic Industries and Mines

CASE NUMBER:

**07 CV 3179**

**JUDGE BUCHWALD**

TO: (Name and address of defendant)

Bolivarian Republic of Venezuela
c/o Consulate General of Venezuela
7 East 51st Street, New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James W. Perkins
Greenberg Traurig
200 Park Avenue, New York, New York 10166

Ronald W. Kleinman
Steven M. Schneebaum
Greenberg Traurig
800 Connecticut Avenue, N.W., Washington D.C. 20006

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

APR 2 0 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                      Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.