AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Compania del Bajo Caroni (Caromin), C.A., et al.,

　　　　Plaintiffs,

v.

Bolivarian Republic of Venezuela, et al.,

　　　　Defendants.

**APPEARANCE**

Case Number: 07-CV-3179 (NRB)

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for Defendants Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines.

I certify that I am admitted to practice in this court.

June 13, 2007
Date

*[Signature]*
Signature

Kenneth S. Leonetti KL-7368
Print Name　　　　　　　　　　　　　　　Bar Number
Foley Hoag LLP
155 Seaport Boulevard
Address

Boston　　　　MA　　　　02210-2600
City　　　　State　　　　Zip Code

(617) 832-1000　　　　(617) 832-7000
Phone Number　　　　　　　　　　　　　Fax Number
E-mail: kleonetti@Foleyhoag.com