

Bachrach, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Compañia del Bajo Caroni (Caromin), C.A., *et al.*,

Plaintiffs,

v.

Bolivarian Republic of Venezuela, *et al.*,

Defendants.

Case No. 07-CV-3179 (NRB)

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiffs Compañia del Bajo Caroni (Caromin), C.A and V.M.C. Mining Company, C.A. and Defendants the Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines hereby stipulate and agree that the time for Defendants to serve and file a response to Plaintiffs' Complaint be extended to July 23, 2007.

This stipulation is submitted without prejudice to the Defendants' defenses under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* and other applicable defenses, including lack of subject matter and personal jurisdiction and service of process defenses.

Respectfully submitted,

_____  
James Wilson Perkins (#JWP-6684)  
Ronald W. Kleinman  
Steven M. Schneebaum  
Attorneys for Plaintiffs Compañia del Bajo Caroní (Caromin) C.A. and V.M.C. Mining Company, C.A.  
GREENBERG TRAURIG LLP  
MetLife Building  
200 Park Avenue  
New York, New York 10166  
Telephone: 212-801-9200  
Fax: 212-688-2449  
800 Connecticut Avenue NW  
Washington, D.C. 20006  
Telephone: 202-331-3100  

_____  
Kenneth S. Leonetti (#KL-7368)  
Paul S. Reichler  
Ronald E.M. Goodman  
Attorneys for Defendants Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines  
FOLEY HOAG LLP  
1875 K Street, NW  
Washington, D.C. 20006  
Telephone: 202-223-1200  
Fax: 202-785-6687  

Date: June 13, 2007

SO ORDERED this 18th day of June, 2007:

_____  
United States District Judge

-2-