UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compañia del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company, C.A., <br><br> Plaintiffs, <br><br> v. <br><br> Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines, <br><br> Defendants. | Case No. 07-CV-3179 (NRB) <br><br> **Electronically Filed** <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Points and Authorities in support of the Defendants' Motion to Dismiss the Complaint, served upon counsel to all parties today (July 27, 2007) pursuant to Rule 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure and other grounds, the undersigned will present a motion to this Court, before the Honorable Naomi Reice Buchwald at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time so designated by the Court, for an Order dismissing, with prejudice, the Plaintiffs' Complaint as to the Defendants, together with an award of costs and for such other and further relief as the Court deems appropriate.

Pursuant to the Local Rules of the United States District Court for the Southern District of New York, opposing papers are to be served and filed by Plaintiffs on or before August 10, 2007, with reply papers to be served and filed by the Defendants on or before August 17, 2007.

- 2 -

|  |  |
|---|---|
| Dated: Washington, D.C.<br>July 27, 2007 | ___/S/ Kenneth S. Leonetti___<br>Kenneth S. Leonetti (KL7368)<br>Paul S. Reichler<br>Ronald E.M. Goodman<br>FOLEY HOAG LLP<br>1875 K Street, N.W.<br>Washington, D.C.  20006<br>Telephone:  (202) 223-1200<br>Facsimile:   (202) 785-6687<br><br>Counsel for Defendants Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines |