EXHIBIT 1



REPÚBLICA BOLIVARIANA
DE VENEZUELA

245

EL MINISTRO DE ENERGÍA Y PETRÓLEO

Caracas, **1 8 JUL 2007**

Ciudadana
**DRA GLADYS GUTIÉRREZ ALVARADO**
Procuradora General de la República
Su Despacho.-

Tengo el agrado de dirigirme a usted, en esta oportunidad, con relación al contenido de su comunicación de fecha 16 de julio de 2007, relativa a la demanda incoada ante la Corte de Distrito del Distrito Sur de Nueva York, en fecha 20 de abril de 2007, por la *Compañía del Bajo Caroní (Caromin), C.A.* y *V.M.C. Mining Company, C.A.,* de cuya existencia y pormenores me informa.

Al respecto me permito señalar lo siguiente:

Desde el 17 de julio de 2002 hasta el 18 de enero de 2005, desempeñé el cargo de Ministro de Energía y Minas (MEM), según Decreto Presidencial N° 1880, de fecha 17 de julio de 2002, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 37.486, de esa misma fecha.

El 18 de enero de 2005, el Ministerio que yo encabezaba fue suprimido y convertido en dos ministerios diferentes, denominados Ministerio de Industrias Básicas y Minería (MIBAM) y Ministerio de Energía y Petróleo (MENPET), según Decreto



NOTARÍA PÚBLICA
TRIGÉSIMA NOVENA
DEL MUNICIPIO LIBERTADOR

PLANILLA Nº. _135431_

DERECHOS Bs. _33.868,⁸⁰_

OTORGAMIENTO PARA EL DIA._18/7/07_

A LAS _____HORAS.



Gobierno **Bolivariano**
de Venezuela

Ministerio del Poder Popular para la
Energía y Petróleo

245

Presidencial N° 3416, de fecha 11 de enero de 2005, publicado en la Gaceta Oficial

de la República Bolivariana de Venezuela N° 38.109, de fecha 18 de enero de 2005.

En fecha 13 de enero de 2005, fui designado Ministro de Energía y Petróleo

(MENPET), según Decreto Presidencial N° 3433, publicado en la Gaceta Oficial de la

República Bolivariana de Venezuela N° 38.109, de fecha 18 de enero de 2005.

Desde enero de 2005 hasta la presente, he venido desempeñándome como Ministro

del Poder Popular para la Energía y Petróleo (MENPET), ratificado según Decreto

Presidencial N° 5106, de fecha 8 de enero de 2007, publicado en la Gaceta Oficial de

la República Bolivariana de Venezuela N°38.599, de esa misma fecha.

Con respecto a la demanda incoada ante la Corte de Distrito del Distrito Sur de

Nueva York, en fecha 20 de abril de 2007, por la *Compañía del Bajo Caroní*

*(Caroní), C.A.* y *V.M.C. Mining Company, C.A.,* es necesario señalar que tuve

conocimiento de la misma a través de la comunicación que recibiera del organismo

que usted preside, así como de la existencia de un supuesto "Addendum" de fecha

19 de diciembre de 2003, que es el fundamento de los demandantes para atribuirle

jurisdicción a la antes mencionada Corte, en la acción que han interpuesto "*contra el*

*Ministerio de Industrias Básicas y Minería y la República Bolivariana de Venezuela*".

Revisado el contenido de la demanda y de la documentación anexa a la misma,

pude constatar que la firma constante en el "Addendum" que está colocada arriba y

por debajo del nombre "Ing. RAFAEL RAMIREZ", no es la mía. Al efecto, no suscribí

tal documento y, como afirmara precedentemente, sólo tuve conocimiento del

2









 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para la Energía y Petróleo

.245

"Adendum", cuando fue presentado como un anexo a la demanda. Puedo afirmar que nunca lo había visto, ni anteriormente a la oportunidad indicada había tenido conocimiento de ningún documento análogo al mismo.

En este sentido es necesario señalar que no he concertado acuerdo alguno, ni he dado instrucciones o delegaciones para que en mi nombre o en el entonces Ministerio de Energía y Minas o de la República Bolivariana de Venezuela, se celebraran contratos de ninguna naturaleza con los demandantes, ni en forma escrita ni oral, mediante los cuales le haya sido atribuida jurisdicción a las Cortes de los Estados Unidos de Norteamérica en virtud de la renuncia —como señalan los demandantes- a la inmunidad soberana que protege a la República Bolivariana de Venezuela y a sus propiedades e intereses, bajo la ley de de los Estados Unidos de Norteamérica. Tampoco renuncié a que se notifique al Ministerio de Energía y Minas de Venezuela de las demandas que sean planteadas en su contra.

Por otra parte, es menester afirmar que, ni mi persona, ni ninguna otra en el Ministerio de Energía y Minas tenían la capacidad constitucional ni legal para establecer un compromiso en el sentido antes expresado.

Igualmente debo señalar que, por cuanto la firma estampada en el supuesto "Addendum" de fecha 19 de diciembre de 2003, no se corresponde a mi firma, repudio y rechazo tanto el contenido de dicho documento, como la firma en referencia, así como cualquiera de las obligaciones que pretenden los demandantes derivar del mismo.

3







245

 **Gobierno Bolivariano** de Venezuela | Ministerio del Poder Popular para la Energía y Petróleo

Dejo constancia de que en mis comunicaciones oficiales, en el pasado y en el presente, se les coloca, para darle autenticidad, no un sello húmedo, como es el que aparece en el supuesto "Adendum", sino un sello seco.

No tengo conocimiento de que alguien, en representación del Estado Venezolano o de su gobierno, haya realizado o pretendido realizar acción alguna que sea contraria a la *inmunidad de jurisdicción* de la República Bolivariana de Venezuela, ni a la de sus bienes, con relación a los eventuales embargos que pudiesen realizarse, ni que los haya sometido a la Ley que rige en los Estados Unidos.

La presente declaración la hago bajo fe de Juramento, en la ciudad de Caracas a los 18 días del mes de Julio de 2007.

Rafael Ramírez Carreño





4







REPUBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTÍNEZ, NOTARIO PÚBLICO TRIGÉSIMO NOVENO DEL MUNICIPIO LIBERTADOR. EL BOSQUE, Dieciocho (18) de Julio de DOS MIL SIETE (2007). 197º y 148º. El anterior documento redactado por el abogado MARIA DE LOS ANGELES MEDINA, inscrito en el Inpreabogado bajo el Nº 117.493, fue presentado para su autenticación y devolución, según planilla Nº 135.131, de fecha 18/07/2007. Presente su otorgante dijo llamarse: **RAFAEL DARIO RAMIREZ CARREÑO,** mayor de edad, domiciliado en Caracas, de estado civil: Casado, de nacionalidad: Venezolana, con cédula de identidad Nº 5.479.706. Leidole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: **"SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO".** El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARÍA EUGENIA ROMERO y MARÍA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el Nº **42,** Tomo **118** de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que tuvo a su vista: **1)** Decreto Presidencial Nº 3433, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 38.109, de fecha 21/01/2005, donde se evidencia la designación del otorgante como Ministro de Energía y Petróleo. El presente dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y Consecuencias Legales del Documento que otorga tal como lo exige el Artículo 79, Numeral 2, de la Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autorizo a YOEL RAMIREZ, con Cédula de Identidad Nº 17.490.927, Escribiente I de esta Notaría, para presenciar dicho otorgamiento en PDVSA La Campiña, a las 5:00 p.m., a solicitud de parte interesada. Todo de conformidad con el Art. 29 del Reglamento de Notarías Públicas.

EL NOTARIO PÚBLICO,

Dra. Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

LOS TESTIGOS,

EL OTORGANTE,

RAFAEL DARIO RAMIREZ CARREÑO

FUNCIONARIO AUTORIZADO,

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language**Works

STATE OF NEW YORK    )
                         )    ss
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "*VZ_Affidavit of Minister Ramirez*" completed on 7/23/07, originally written in Spanish.

Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 23rd day of July 2007

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

BOLIVARIAN REPUBLIC
OF VENEZUELA                                                    **245**

MINISTRY OF ENERGY AND PETROLEUM

                                            Caracas, JULY 18, 2007

Attn:

**DR. GLADYS GUTIÉRREZ ALVARADO**

Attorney General of the Republic

Hand-Delivered


        I have the pleasure of writing to you on this occasion in connection with
your letter dated July 16, 2007, relative to the complaint filed with the United
States District Court for the Southern District of New York on April 20, 2007 by
the *Compañía del Bajo Caroní (Caromin), C.A.* and *V.M.C. Mining Company,
C.A.*, informing me of its existence and providing the details.


        With regard to this matter, I would like to indicate the following:


From July 17, 2002 to January 18, 2005, I held the position of Minister of Energy
and Mines (MEM) pursuant to Presidential Decree No. 1880 dated July 17, 2002,
published in Official Gazette of the Bolivarian Republic of Venezuela No. 37,486
of the same date.


On January 18, 2005, the Ministry under my charge was eliminated and
converted into two different ministries, named the Ministry of Basic Industries and
Mining (MIBAM) and the Ministry of Energy and Petroleum (MENPET), pursuant
to Presidential Decree

[Notary Seal appears]

```
-----------------------------------------
|         NOTARY OFFICE                  |
|         THIRTY-NINE                    |
|   OF THE LIBERTADOR MUNICIPALITY       |
|                                        |
| FORM NO.____135431_____   |
| FEES Bs._____33,868.80_____   |
| EXECUTED ON____7/18/07_____   |
| AT_____HRS_____   |
-----------------------------------------
```

245



**Bolivarian** Government of Venezuela

Ministry of the People's Power for Energy and Petroleum

No. 3416 dated January 11, 2005, published in Official Gazette of the Bolivarian Republic of Venezuela No. 38,109 dated January 18, 2005.  On January 13, 2005, I was appointed Minister of Energy and Petroleum (MENPET) pursuant to Presidential Decree No. 3433, published in Official Gazette of the Bolivarian Republic of Venezuela No. 38,109 dated January 18, 2005.

From January 2005 to the present date, I have been the Minister of People's Power for Energy and Petroleum (MENPET), confirmed per Presidential Decree No. 5106 dated January 8, 2007, published in Official Gazette of the Bolivarian Republic of Venezuela No. 38,599 of the same date.

With regard to the complaint filed with the United States District Court for the Southern District of New York on April 20, 2007 by *Compañía del Bajo Caroní (Caromin), C.A.* and *V.M.C. Mining Company, C.A.,* it should be noted that I became aware of it and also of the existence of an alleged "Addendum" dated December 19, 2003, which is the basis used by the plaintiffs to attribute jurisdiction to the aforementioned Court in the legal action that they have brought "*against the Ministry of Basic Industries and Mining of the Bolivarian Republic of Venezuela,*" through the communication that I received from your office.

I reviewed the content of the complaint and the documentation attached thereto, and I was able to confirm that the signature on the "Addendum" placed above and below the name "Ing. RAFAEL RAMIREZ" is not mine.  In fact, I did not sign this document and, as I stated above, I only had notice of

2



[Notary Seal appears.]

245



**Bolivarian** Government of Venezuela

Ministry of the People's Power for Energy and Petroleum

the "Addendum" when it was filed as an exhibit to the complaint. I can affirm that I had never seen it, and that prior to this occasion, I had no knowledge of any similar document.

In this regard, it must be noted that I have not made any agreement whatsoever, nor have I given instructions or delegated authority to enter into contracts of any nature with the defendants on my behalf, nor on behalf of the then-Ministry of Energy and Mines, nor on behalf of the Bolivarian Republic of Venezuela, either written or verbal, in which jurisdiction would have been attributed to the Courts of the United States of America by virtue of a waiver – as the plaintiffs indicate – of the sovereign immunity that protects the Bolivarian Republic of Venezuela and its properties and interests under the law of the United States of America. I also did not waive the need for the Ministry of Energy and Mines of Venezuela to be served with notice of the complaints filed against it.

Moreover, it is necessary to affirm that, neither I, nor anyone else at the Ministry of Energy and Mines had the constitutional or legal capacity to establish a commitment like the one mentioned above.

Similarly, I must note that, with regard to the signature imprinted on the alleged "Addendum" dated December 19, 2003, it is not my signature, and I deny and reject both the content of that document and the signature in question, as well as any of the obligations which the plaintiffs attempt to derive therefrom.

3



[Notary Seal appears.]

245



**Bolivarian** Government
of Venezuela

Ministry of the People's Power for
Energy and Petroleum

I state for the record that in my official correspondence, in the past and at the present, for the purposes of authenticity, I do not place a wet seal such as the one that appears on the alleged "Addendum," but rather a dry seal.

I have no knowledge that anyone representing the Venezuelan State or its government has taken or attempted to take any action whatsoever that would violate the *jurisdictional immunity* of the Bolivarian Republic of Venezuela, or the immunity of its assets, in connection with possible attachments that may be made, or to submit them to the Law that is in force in the United States.

I make this statement under oath in the city of Caracas on July 18, 2007.


[signature]

Rafael Ramírez Carreño



[Notary Seal from the Ministry of the Interior
and Justice and tax stamps appear.]

4



[Notary Seal appears.]

**BOLIVARIAN REPUBLIC OF VENEZUELA.  MINISTRY OF PEOPLE'S POWER OF INTERNAL AFFAIRS AND JUSTICE. DR. ZULAY DE MARTINEZ. NOTARY PUBLIC THIRTY-NINE OF THE LIBERTADOR MUNICIPALITY.    EL BOSQUE, July Eighteenth (18) TWO THOUSAND SEVEN (2007).  Nos. 197 and 148.**  The above document drawn up by attorney MARIA DE LOS ANGELES MEDINA, registered with the Venezuela Bar Association under No. 117,493, was submitted for authentication and return per form No. **135431** dated 7/18/2007.   The deponent being present, he stated that his name is **RAFAEL DARIO RAMÍREZ CARREÑO**, of legal age, domiciled in Caracas, of marital status: married, of nationality: Venezuelan, with I.D. Card No. 5,479,706.  After the original was read to him and compared with its photocopies, and both the original and photocopies signed in the presence of the Notary Public, the deponent stated:  **"ITS CONTENT IS TRUE AND THE SIGNATURE THAT APPEARS AT THE FOOT OF THE INSTRUMENT IS MINE."**  Therefore, the Notary Public declared the document to be authenticated in the presence of witnesses MARÍA EUGENIA ROMERO and MARÍA CAROLINA GIL, bearers of I.D. Card Nos. 5,074,944 and 8,640,853, entering it under No. **42**, Volume **118** of the books of Authentications kept by this Notary Office. The Notary Public states for the record that she has seen: **1)** Presidential Decree No. 3433, published in Official Gazette of the Bolivarian Republic of Venezuela No. 38,109 dated 1/18/2005 evidencing the appointment of the deponent as Minister of Energy and Petroleum.  I also complied with informing the deponent of the Nature, Significance and Legal Consequences of the Document that he executes, as required by Article 79, Numeral 2 of the Law on Public Registries and Notarization, published in Official Gazette of the Republic of Venezuela No. 5,833 dated 12/22/2006.  The Notary Public certifies that for this act, YOEL RAMIREZ, bearer of I.D. Card No. 17,490,927, Clerk I of this Notary Office, is authorized to witness said execution at PDVSA La Campiña at 5:00 p.m. at the request of the interested party.  All in accordance with Article 29 of the Regulations for Notaries Public.

**THE NOTARY PUBLIC**                                              **THE DEPONENT**

Dr. Zulay de Martínez
Notary Public Thirty-Nine
of the Libertador Municipality                              [signature]

**THE WITNESSES**                                       _____

[signatures]                                            RAFAEL DARIO RAMIREZ CARREÑO

**AUTHORIZED OFFICIAL**

[signature]