EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*  \*
                                                      \*

Compañía del Bajo Caroni (Caromin), C.A., *et al.*,   \*

              Plaintiffs,         \*

                                     \*

      v.                              \*      Case No. 07-CV-3179 (NRB)

                                     \*

Bolivarian Republic of Venezuela, *et al.*,    \*

             Defendants.      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARACIÓN DE FRANCISCO SALAS BLANCO

Yo, Francisco Salas Blanco, declaro y manifiesto lo siguiente:

1.        Soy ciudadano de la República Bolivariana de Venezuela, y resido en Caracas, Venezuela.

2.        En diciembre del 2003, desempeñé el cargo de Director General de Minas (encargado) en el Ministerio de Energía y Minas (referido en adelante como "Ministerio"). En enero del 2005, el Ministerio en que trabajaba fue transformado en dos ministerios, el Ministerio de Industrias Básicas y Minería y el Ministerio de Energía y Petróleo (actualmente Ministerio del Poder Popular para la Energía y Petróleo). Actualmente, estoy en calidad de contratado como adscrito a la Coordinación del Despacho del Ministerio del Poder Popular para la Energía y Petróleo.

3.        El propósito de esta Declaración es proveer a la Corte información relacionada con el supuesto Addendum de fecha 19 de diciembre de 2003 ("Addendum"), en virtud del cual los demandantes le atribuyen jurisdicción a la Corte, sobre el Ministerio de Industrias Básicas y Minería y la República Bolivariana de Venezuela. Tengo conocimiento personal de la información manifestada en esta Declaración.

4.    En mi condición de Director General de Minas (encargado), yo estuve involucrado en el procedimiento administrativo relacionado con el rescate anticipado de las concesiones mineras denominadas Delta A, Delta B, Delta C, Delta D,  Alfa 1, Alfa 2 y Alfa 3 otorgadas a la Compañía Minera Bajo Caroní ("Caromin") y V.M.C. Mining Company C.A.  Durante el proceso administrativo llevado a cabo por el Ministerio, el abogado Adrian Zerpa Leon, Jefe de Tramitaciones Mineras del Ministerio (encargado), realizó al análisis jurídico de la solicitud planteada por las referidas empresas y elaboró la Providencia Administrativa No. 3 de fecha 2 de diciembre de 2003, la cual declara procedente el rescate mencionado anteriormente.  La abogada Martha Acosta García, Directora de Concesiones Mineras, revisó y aprobó el trabajo del abogado Zerpa, lo cual ella me lo entregó para mi firma.

5.    Además el abogado Adrian Zerpa preparó el texto del Pliego de Condiciones.  El Pliego de Condiciones fue revisado, discutido y firmado el 17 de diciembre de 2003, por mi persona, la abogada Martha Acosta, el abogado Adrian Zerpa, la abogada Rosa Toro y el apoderado de la otra parte.

6.    Antes de ver el supuesto Addendum presentado por los demandantes en este caso, yo nunca ví ni tuve conocimiento del documento presentado como el supuesto Addendum, ni ningún documento parecido al supuesto Addendum.

7.    Como yo era el Director General de Minas (encargado) durante el periodo en cuestión y yo remití los documentos relacionados con este asunto, incluyendo la Providencia Administrativa No. 3 y el Pliego de Condiciones, me parece increíble que nunca lo hubiera visto y que nadie hubiera mencionado el supuesto Addendum, el cual esta fechado solamente dos días después del Pliego de Condiciones.  Más allá, para que un documento hubiera sido firmado por el Ministro de Energía y Minas, yo hubiera tenido que entregárselo al Viceministro de Minas para que él lo pudiera haber enviado acompañado por un Punto de Cuenta, resumiendo el asunto pertinente y la justificación por la firma solicitada, al Despacho del Ministro. Yo nunca ví, ni tuve conocimiento de, ni remití el supuesto Addendum ni un Punto de Cuenta al Viceministro.  Por lo tanto, con lo mejor de mi conocimiento, el supuesto Addendum presentado en este caso no existió.

8.      Declaro bajo pena de perjurio bajo las leyes de la República Bolivariana de Venezuela y
bajo las leyes de los Estados Unidos de América y en conformidad con 28 U.S.C. §1746 que lo anterior es
verdadero y cierto.

Suscrito el 12 de julio de 2007 en la ciudad de Caracas, República Bolivariana de Venezuela.

Francisco Salas Blanco

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK      )
                                )        ss

COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, is a true and

accurate translation into English of "Three (3) affidavits:Acosta, Ortegano, and Salas ,"

completed 07/17/2007, originally written in Spanish.

Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me,
This Seventeenth day of July, 2007.

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compañía del Bajo Caroni (Caromin) C.A., *et al*,<br>Plaintiffs<br><br>v.<br><br><br>Bolivarian Republic of Venezuela, *et al.*,<br>Defendants | Case No. 07-CV-3179 (NRB) |

## AFFIDAVIT BY FRANCISCO SALAS BLANCO

I, Francisco Salas Blanco, declare and state as follows:

1.    I am a citizen of the Bolivarian Republic of Venezuela, and I reside in Caracas, Venezuela.

2.    In December 2003, I held the position of Director General of Mines (acting) at the Ministry of Energy and Mines (referred to below as "Ministry"). In January 2005, the Ministry where I worked was converted into two ministries, the Ministry of Basic Industries and Mining, and the Ministry of Energy and Petroleum (now the Ministry of the People's Power for Energy and Petroleum). I am currently working as a contract employee assigned to the Coordination of the Office of the Ministry of the People's Power for Energy and Petroleum.

3.    The purpose of this Affidavit is to provide the Court with information relating to the alleged Addendum dated December 19, 2003 ("Addendum"), by which the plaintiffs attribute jurisdiction to the Court over the Ministry of Basic Industries and Mining and the Bolivarian Republic of Venezuela. I have personal knowledge of the information stated in this Affidavit.

-1-

4.      In my capacity as Director General of Mines (acting), I was involved in the administrative procedure relating to the early redemption of the mining concessions called Delta A, Delta B, Delta C, Delta D, Alfa 1, Alfa 2 and Alfa 3 granted to the Compañía Minera Bajo Caroni ("Caromin") and V.M.C. Mining Company C.A.  During the administrative process carried out by the Ministry, Attorney Adrian Zerpa Leon, Head of Mining Applications at the Ministry (acting), performed the legal analysis of the application made by the companies in question and drafted Administrative Decision No. 3, dated December 2, 2003, which declared the above-mentioned redemption well founded. Attorney Martha Acosta García, Director of Mining Concessions, reviewed and approved the work done by Attorney Zerpa, which she gave to me for my signature.

5.      In addition, Attorney Adrian Zerpa prepared the text of the List of Conditions.  The List of Conditions was reviewed, discussed and signed on December 17, 2003, by me, Attorney Martha Acosta, Attorney Adrian Zerpa, Attorney Rosa Toro and the legal representative for the other party.

6.      Before seeing the alleged Addendum presented by the plaintiffs in this case, I never saw or had knowledge of the document presented as the alleged Addendum, or of any document similar to the alleged Addendum.

7.      As I was the Director General of Mines (acting) during the period in question and I issued the documents relating to this matter, including the Administrative Decision No. 3 and the List of Conditions, it seems incredible to me that I would have never seen and that no one would have ever mentioned the alleged Addendum, which is dated only two days after the List of Conditions.  Moreover, for such a document to have been signed by the Minister of Energy and Mines, I would have had to present it to the Deputy Minister of Mines so he could have sent it accompanied by an Action Slip, summarizing the matter at hand and the justification for the requested signature, to the Minister's Office.  I never saw, or had knowledge of, or sent the alleged Addendum or an Action Slip to the Deputy Minister.  Therefore, to the best of my knowledge, the alleged Addendum presented in this case did not exist.

8. I declare under penalty of perjury under the laws of the Bolivarian Republic of Venezuela and under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on July 12, 2007, in the city of Caracas, Bolivarian Republic of Venezuela.


[signature]

Francisco Salas Blanco

-3-