**EXHIBIT 4**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
Compañía del Bajo Caroni (Caromin), C.A., et al., *
                                                *
                     Plaintiffs,                *
                                                *
v.                                              *   Case No. 07-CV-3179 (NRB)
                                                *
Bolivarian Republic of Venezuela, et al.,       *
                                                *
                     Defendants.                *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECLARACIÓN DE MARTHA ACOSTA GARCÍA

Yo, Martha Acosta García, declaro y manifiesto lo siguiente:

1. Soy ciudadana de la República Bolivariana de Venezuela, y resido en Caracas, Venezuela.

2. En diciembre del 2003, desempeñé el cargo de Directora de Concesiones Mineras en el Ministerio de Energía y Minas (encargada) (referido en adelante como "Ministerio"). En enero del 2005, el Ministerio en que trabajaba fue transformado en dos ministerios, el Ministerio de Industrias Básicas y Minería y el Ministerio de Energía y Petróleo (actualmente Ministerio del Poder Popular para la Energía y Petróleo). Desde ese tiempo, he trabajado como abogada en la Consultoría Jurídica en el Ministerio del Poder Popular para la Energía y Petróleo.

3. El propósito de esta Declaración es proveer a la Corte información relacionada con el supuesto Addendum de fecha 19 de diciembre de 2003 ("Addendum"), en virtud del cual los demandantes le atribuyen jurisdicción a esa Corte, sobre el Ministerio de Industrias Básicas y Minería y la República Bolivariana de Venezuela. Tengo conocimiento personal de la información manifestada en esta Declaración.

-2-

4.  En mi condición de Directora de Concesiones Mineras (encargada), estuve involucrada en el procedimiento administrativo relacionado con el rescate anticipado de las concesiones mineras denominadas Delta A, Delta B, Delta C, Delta D, Alfa 1, Alfa 2 y Alfa 3 otorgadas a la Compañía Minera Bajo Caroní ("Caromin") y V.M.C. Mining Company C.A. Durante el proceso administrativo llevado a cabo por el Ministerio, el abogado Adrian Zerpa Leon, Jefe de Tramitaciones Mineras del Ministerio (encargado), realizó el análisis jurídico de la solicitud planteada por las referidas empresas y elaboró la Providencia Administrativa No. 3, de fecha 2 de diciembre de 2003, la cual declara procedente el rescate mencionado anteriormente. Yo revisé el trabajo del abogado Zerpa, el cual entregué posteriormente a mi superior, el Sr. Francisco Salas Blanco, Director General de Minas (encargado), para su firma.

5.  El abogado Zerpa preparó el texto del Pliego de Condiciones, el cual fue revisado, discutido y firmado, el 17 de diciembre de 2003, por mi persona, el Sr. Francisco Salas, el abogado Adrian Zerpa, la abogada Rosa Toro y el apoderado de la otra parte.

6.  Antes de ver el supuesto Addendum presentado por los demandantes en este caso, yo nunca vi ni tuve conocimiento del documento presentado como el supuesto Addendum, ni ningún documento parecido al supuesto Addendum. Como yo era la Directora de Concesiones Mineras (encargada) durante el periodo en cuestión y yo revisé los documentos relacionados con este asunto, incluyendo la Providencia Administrativa No. 3 y el Pliego de Condiciones, me parece imposible que nunca lo hubiera visto y que nadie hubiera mencionado el supuesto Addendum, el cual esta fechado solamente dos días después del Pliego de Condiciones. Por lo tanto, con lo mejor de mi conocimiento, creo que el supuesto Addendum presentado en este caso no existió.

7.  Declaro bajo pena de perjurio bajo las leyes de la República Bolivariana de Venezuela y bajo las leyes de los Estados Unidos de América y en conformidad con 28 U.S.C. §1746 que lo anterior es verdadero y cierto.

Suscrito el 12 de julio de 2007 en la ciudad de Caracas, República Bolivariana de Venezuela.

_____
Martha Acosta García

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK )
                            ) ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, is a true and accurate translation into English of "Three (3) affidavits: Acosta, Ortegano, and Salas," completed 07/17/2007, originally written in Spanish.

*[signature]*
Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me,
This Seventeenth day of July, 2007.

*[signature]*
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| Compañía del Bajo Caroni (Caromin) C.A., *et al*, Plaintiffs | |
|---|---|
| v. | Case No. 07-CV-3179 (NRB) |
| Bolivarian Republic of Venezuela, *et al.*, Defendants | |

## AFFIDAVIT BY MARTHA ACOSTA GARCÍA

I, Martha Acosta García, declare and state as follows:

1. I am a citizen of the Bolivarian Republic of Venezuela, and I live in Caracas, Venezuela.

2. In December 2003, I held the position of Director of Mining Concessions (acting) at the Ministry of Energy and Mines (referred to below as "Ministry"). In January 2005, the Ministry where I worked was converted into two ministries, the Ministry of Basic Industries and Mining, and the Ministry of Energy and Petroleum (now the Ministry of the People's Power for Energy and Petroleum). Since that time, I have worked as an attorney at the Legal Affairs Office at the Ministry of the People's Power for Energy and Petroleum.

3. The purpose of this Affidavit is to provide the Court with information relating to the alleged Addendum dated December 19, 2003 ("Addendum"), by which the plaintiffs attribute jurisdiction to the Court over the Ministry of Basic Industries and Mining and the Bolivarian Republic of Venezuela. I have personal knowledge of the information stated in this Affidavit.

4. In my capacity as Director of Mining Concessions (acting), I was involved in the administrative procedure relating to the early redemption of the mining concessions called Delta A, Delta B, Delta C, Delta D, Alfa 1, Alfa 2 and Alfa 3 granted to the Compañía Minera Bajo Caroni ("Caromin") and V.M.C. Mining Company C.A. During the administrative process carried out by the Ministry, Attorney Adrian Zerpa Leon, Head of Mining Applications at the Ministry (acting), performed the legal analysis of the application presented by the companies in question and drafted Administrative Decision No. 3, dated December 2, 2003, which declared the above-mentioned redemption well founded. I reviewed and approved the work done by Attorney Zerpa, which I then presented to my superior, Mr. Francisco Salas Blanco, Director General of Mines (acting) for his signature.

5. Attorney Adrian Zerpa prepared the text of the List of Conditions, which was reviewed, discussed and signed on December 17, 2003, by me, Mr. Francisco Salas Blanco, Attorney Adrian Zerpa, Attorney Rosa Toro and the legal representative for the other party.

6. Before seeing the alleged Addendum presented by the plaintiffs in this case, I never saw or had knowledge of the document presented as the alleged Addendum, or of any document similar to the alleged Addendum. As I was Director of Mining Concessions (acting) during the period in question and I reviewed the documents relating to this matter, including Administrative Decision No. 3 and the List of Conditions, it seems impossible to me that I never would have seen it and that no one would have mentioned the alleged Addendum, which is dated only two days after the List of Conditions. Therefore, to the best of my knowledge, I believe that the alleged Addendum presented in this case did not exist.

7. I declare under penalty of perjury under the laws of the Bolivarian Republic of Venezuela and under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on July 12, 2007, in the city of Caracas, Bolivarian Republic of Venezuela.

[signature]
Martha Acosta García