GREENBERG TRAURIG, LLP
James W. Perkins (JWP-6684)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
perkinsj@gtlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

COMPAÑIA DEL BAJO CARONI (CAROMIN), C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela, :
and

V.M.C. MINING COMPANY, C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela, :

              Plaintiffs,

       - against -

BOLIVARIAN REPUBLIC OF VENEZUELA,
c/o Consulate General of Venezuela
7 East 51st Street
New York, New York 10022, and

MINISTRY OF BASIC INDUSTRIES AND MINES
c/o Consulate General of Venezuela
7 East 51st Street
New York, New York 10022,

           Defendants.

------------------------------------------------------------ x

Civil Action No. 07 CV 3179 (NRB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of James W. Perkins, Esq. attorney for Plaintiffs Compañia Del Bajo

Caroni (Caromin), C.A. and V.M.C. Mining Company, C.A. and said sponsor attorney's

affidavit in support;

    **IT IS HEREBY ORDERED** that

WDC 371456468v1

RONALD W. KLEINMAN, ESQ.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 331-3100
Fax: (202) 331-3101

STEVEN M. SCHNEEBAUM, ESQ.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 331-3100
Fax: (202) 331-3101

are admitted to practice *pro hac vice* as counsel for Plaintiffs Compañia Del Bajo Caroni (Caromin), C.A, and V.M.C. Mining Company, C.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 13, 2007
      New York, New York

_____
United States District Judge