received
8/29/07 SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compañia del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company, C.A.,  ) ) ) Plaintiffs,  ) ) v.  ) ) Bolivarian Republic of Venezuela and ) Ministry of Basic Industries and Mines,  ) ) Defendants.  ) ) | Case No. 07-CV-3179 (NRB)  **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I , Kenneth S. Leonetti, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

GERALDINE R. FISCHER
Foley Hoag, LLP
1875 K Street, N.W.
Washington, D.C.  20006
Telephone:    (202) 223-1200
Facsimile:    (202) 785-6687
Email:    Gfischer@foleyhoag.com

To the best of my knowledge, information and belief, Mrs. Fischer is a member in good standing of the Bar of the State of New York and of Washington, D.C., and there are no pending disciplinary proceedings against her in any State or Federal Court.

- 2 -

WHEREFORE, it is respectfully requested that the Court grant the motion to admit Geraldine R. Fischer pro hac vice, to represent Defendants in this matter.

Dated: August 20, 2007  
Boston, Massachusetts

Kenneth S. Leonetti (SDNY #KL7368)  
FOLEY HOAG LLP  
155 Seaport Boulevard  
Boston, Massachusetts 02210  
Phone (617) 832-1000  
Fax (617) 832-7000

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I, Clara Brillembourg, hereby certify that on August 23, 2007, I caused a true copy of the foregoing document to be served upon all parties by Federal Express.

Clara Brillembourg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compañia del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company, C.A.,<br><br>          Plaintiffs,<br><br>v.<br><br>Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines,<br><br>          Defendants. | Case No. 07-CV-3179 (NRB) |

STATE OF MASSACHUSETTS  )
                                     ) ss:
COUNTY OF SUFFOLK        )

**AFFIDAVIT OF KENNETH S. LEONETTI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Kenneth S. Leonetti, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the firm of Foley Hoag LLP, counsel to Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Geraldine R. Fischer as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law there in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Geraldine R. Fischer since May 2007.

4. Mrs. Fischer is an associate at Foley Hoag LLP, resident in the firm's Washington D.C. office.

5. I have found Mrs. Fischer to be a skilled attorney and a person of integrity.

To the best of my knowledge and information, she is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

     6.     Accordingly, I am pleased to move for the admission of Geraldine R. Fischer, pro hac vice.

     7.     I respectfully submit a proposed order granting the admission of Geraldine R. Fischer pro hac vice, which is attached hereto.

                                  Kenneth S. Leonetti (SDNY # KL-7368)
                                    FOLEY HOAG LLP
                                    Seaport World Trade Center West
                                    155 Seaport Boulevard
                                    Boston, Massachusetts 02210
                                    (617) 832-1000
                                    e-mail: kleonetti@foleyhoag.com

                                    *Counsel for Defendants*

Sworn to before me this
20th day of August, 2007

Notary Public
My commission expires: 3/30/12

CYNTHIA PORRATA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 30, 2012

## CERTIFICATE OF SERVICE

I, Clara Brillembourg, hereby certify that on August 23, 2007, I caused a true copy of the foregoing document to be served upon all parties by Federal Express.

*Clara Brillembourg*
Clara Brillembourg



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Geraldine Rebeca Fischer

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of January, 2003**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **20th day of August, 2007**.



Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**GERALDINE R. FISCHER**

was on the **14ᵀᴴ** day of **NOVEMBER, 2005** duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 17, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Compañia del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company, C.A., <br><br> Plaintiffs, <br><br> v. <br><br> Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines, <br><br> Defendants. | Case No. 07-CV-3179 (NRB) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of Kenneth S. Leonetti, attorney for Defendants, the Bolivarian Republic of Venezuela and the Ministry of Basic Industries and Mines, in the above-captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Geraldine R. Fischer |
| Firm Name: | Foley Hoag LLP |
| Address: | 1875 18th Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-223-1200 |
| Fax: | 202-785-6687 |
| E-mail: | gfischer@foleyhoag.com |

is admitted to practice pro hac vice as counsel for Defendants the Bolivarian Republic of Venezuela and the Ministry of Basic Industries and Mines in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:                                              _____
                                                          United States District Judge