UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Compañia del Bajo Caroni (Caromin), C.A., and )
V M.C. Mining Company, C.A., )
) Case No. 07-CV-3179(NRB)
Plaintiffs, )
)
v. ) **ORDER FOR ADMISSION**
) **PRO HAC VICE**
Bolivarian Republic of Venezuela and ) **ON WRITTEN MOTION**
Ministry of Basic Industries and Mines, )
)
Defendants. )
)

Upon the motion of Kenneth S. Leonetti, attorney for Defendants, the Bolivarian Republic of Venezuela and the Ministry of Basic Industries and Mines, in the above-captioned case and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul S. Reichler |
| Firm Name: | Foley Hoag LLP |
| Address: | 1875 18th Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-223-1200 |
| Fax: | 202-785-6687 |
| E-mail: | preichler@foleyhoag.com |

| | |
|---|---|
| Applicant's Name: | Ronald E.M. Goodman |
| Firm Name: | Foley Hoag LLP |
| Address: | 1875 18th Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-223-1200 |
| Fax: | 202-785-6687 |
| E-mail: | rgoodman@foleyhoag.com |

| | |
|---|---|
| Applicant's Name: | Janis H. Brennan |
| Firm Name: | Foley Hoag LLP |
| Address: | 1875 18th Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-223-1200 |
| Fax: | 202-785-6687 |
| E-mail: | jhbrennan@foleyhoag.com |

are admitted to practice pro hac vice as counsel for Defendants the Bolivarian Republic of

- 2 -

Venezuela and the Ministry of Basic Industries and Mines in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 4, 2007
City, State: New York, NY

_____
United States District Judge