UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compañia del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company, C.A., <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines, <br><br>　　　　　　　Defendants. | Case No. 07-CV-3179 (NRB) <br><br> ORDER FOR ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon the motion of Kenneth S. Leonetti, attorney for Defendants, the Bolivarian Republic of Venezuela and the Ministry of Basic Industries and Mines, in the above-captioned case and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

　　Applicant's Name:　Geraldine R. Fischer
　　Firm Name:　　　　Foley Hoag LLP
　　Address:　　　　　1875 18th Street, NW
　　City/State/Zip:　　Washington, DC 20006
　　Phone Number:　　202-223-1200
　　Fax:　　　　　　　202-785-6687
　　E-mail:　　　　　　gfischer@foleyhoag.com

is admitted to practice pro hac vice as counsel for Defendants the Bolivarian Republic of Venezuela and the Ministry of Basic Industries and Mines in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 7, 2007
City, State: New York, NY

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge