GREENBERG TRAURIG, LLP
James W. Perkins (JWP-6684)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
perkinsj@gtlaw.com

*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
COMPAÑIA DEL BAJO CARONI (CAROMIN), C.A.,                      :
Calle Cuenca, Manzana 7, Campo B de Ferrominera                :
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela,          :   Civil Action No. 07 CV 3179 (NRB)
and                                                            :
                                                               :
V.M.C. MINING COMPANY, C.A.,                                   :
Calle Cuenca, Manzana 7, Campo B de Ferrominera                :   **ORDER FOR ADMISSION**
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela,          :   *PRO HAC VICE*
                                                               :   **ON WRITTEN MOTION**
                    Plaintiffs,                                :
                                                               :
         - against -                                           :
                                                               :
BOLIVARIAN REPUBLIC OF VENEZUELA,                              :
c/o Consulate General of Venezuela                             :
7 East 51st Street                                             :
New York, New York 10022, and                                  :
                                                               :
MINISTRY OF BASIC INDUSTRIES AND MINES                         :
c/o Consulate General of Venezuela                             :
7 East 51st Street                                             :
New York, New York 10022,                                      :
                                                               :
                    Defendants.                                :
-------------------------------------------------------------- x

Upon the motion of James W. Perkins, Esq. attorney for Plaintiffs Compañia Del Bajo Caroni (Caromin), C.A. and V.M.C. Mining Company, C.A. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

WDC 371461676v1

        ROBERTO MARTINEZ, ESQ.
        Colson Hicks Eidson
        Colson Hicks Eidson
        255 Aragon Avenue, 2nd floor
        Coral Gables, Florida 33134
        Tel: (305) 476-7400
        Fax: (305) 476-7444

is admitted to practice *pro hac vice* as counsel for Plaintiffs Compañia Del Bajo Caroni (Caromin), C.A, and V.M.C. Mining Company, C.A. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~August 20~~, September 26, 2007
       New York, New York

                                                     _____
                                                     United States District Judge