# Greenberg Traurig



James W. Perkins, Esq
(212) 801-3188
perkinsj@gtlaw.com

September 28, 2007

BY HAND

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Compañia del Bajo Caroni (Caromin), C.A. v. Bolivarian Republic of Venezuela*
Case No. 07 CV 3179 (NRB)

Dear Judge Buchwald:

    We are counsel to Plaintiffs in the above-referenced action that is now pending before the Court. We are writing to request an extension of time until October 12, 2007 to file Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint. We would have made this request earlier than today since we were previously advised that the opposition papers were due on October 1, 2007. We learned yesterday, however, that the papers were actually calendared for today, September 28, 2007.

    Plaintiffs seek this extension of time to finalize their opposition papers which includes translating documents from Spanish into English, and coordinating work among lawyers in several jurisdictions.

    Opposing counsel has consented to this extension and Plaintiffs have not previously requested an extension to file its opposition papers.

Respectfully submitted,

James W. Perkins

cc: Kenneth S. Leonetti, Esq. (via email)
    Paul S. Reichler, Esq. (via email)
    Ronald E.M. Goodman, Esq. (via email)
    Janis Brennan, Esq. (via email)
    Ronald W. Kleinman, Esq. (via email)
    Steven M. Schneebaum, Esq. (via email)
    Roberto Martinez, Esq. (via email)

Greenberg Traurig, LLP | Attorneys at Law | MetLife Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400     www.gtlaw.com