

# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

Janis H. Brennan
Partner
Washington, DC Office
202.261.7315
jhbrennan@foleyhoag.com

October 3, 2007



OCT 4 2007

**Via Federal Express**

The Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: *Compañia del Bajo Caroni (Curomin), C.A. v. Bolivarian Republic of Venezuela* - Case No. 07-CV-3179 (NRB)

Dear Judge Buchwald:

We are counsel to the Defendants in the above referenced matter, and we are writing regarding Your Honor's Order granting Plaintiffs an extension until October 12, 2007, to file their Opposition to Defendants' Motion to Dismiss the Complaint.

Pursuant to Your Honor's instructions at the Conference held on August 22, 2007, Defendants' Reply to the Opposition is to be filed and served thirty days after Plaintiffs' submission of its Opposition. Given the extension granted to the Plaintiffs, Defendants would like to confirm that their Reply to Plaintiffs' Opposition is now due on **November 13, 2007**.

Respectfully submitted,

Janis H. Brennan

*So Ordered.*
*[signature]*
*USDJ*
*10/5/07*

cc: James W. Perkins, Esq. (via e-mail)
Ronald W. Kleinman, Esq. (via e-mail)
Steven M. Schneebaum, Esq. (via e-mail)
Roberto Martinez, Esq. (via e-mail)
Kenneth S. Leonetti, Esq. (via e-mail)
Paul S. Reichler, Esq. (via e-mail)
Ronald E.M. Goodman, Esq. (via e-mail)

1875 K Street, NW / Suite 800 / Washington, DC 20006-1238 / TEL 202.223.1200 / FAX: 202 785 6687
Foley Hoag LLP    BOSTON    WASHINGTON DC    www.foleyhoag.com