(98) noventa y ocho

En el día de hoy miércoles 17 de diciembre de 2003, siendo las 10:30 a.m., se reunieron en la sede de la Dirección General de Minas del Ministerio de Energía y Minas, ubicada en el Edificio Petróleos de Venezuela, Torre Oeste, Piso 03, los ciudadanos Ingº Francisco Salas, Director General de Minas (E); Martha Acosta García, Directora de Concesiones Mineras (E); Adrián Zerpa León, Jefe de Tramitaciones Mineras (E); Rosa Toro, Abogado adscrito a la Consultoría Jurídica; Manuel Fernández Gonzalo, Representante Legal de las empresas V.M.C Mining Comany, C.A. y Compañía Minera del Bajo Caroní, C.A.; a fin de celebrar un acuerdo contentivo del PLIEGO DE CONDICIONES a que hace referencia el artículo 53 de la Ley Orgánica sobre Promoción de la Inversión Privada bajo el Régimen de Concesiones. En tal sentido, se acordó lo siguiente:

PRIMERO: Consta de Oficio Nº DGM-DCM-DTM-516, de fecha 02 de diciembre de 2003, emanado de la Dirección General de Minas, que dicho Ministerio acordó el rescate anticipado por causas de utilidad pública de las concesiones de explotación de oro y diamantes denominadas ALFA 1, ALFA 2, ALFA 3, pertenecientes a la COMPAÑÍA MINERA BAJO CARONI, CAROMIN, C.A., DELTA A, DELTA B, DELTA C, DELTA D, pertenecientes a la sociedad mercantil V.M.C. MINING COMPANY, C.A. Asimismo, consta en dicho acto administrativo que en aplicación de lo dispuesto en el artículo 53 de la Ley Orgánica sobre Promoción de la Inversión Privada bajo el Régimen de Concesiones, se procederá a la determinación de la indemnización integral de las concesionarias, para lo cual se deberá elaborar un pliego de condiciones.

(97) noventa y siete 

SEGUNDO: Las partes fijan en este documento las condiciones que regirán el proceso para la determinación de la referida indemnización integral de conformidad con la Ley Orgánica sobre Promoción de la Inversión Privada bajo el Régimen de Concesiones.

TERCERO: La fijación de la indemnización se obtendrá de la valoración que efectúe el perito avaluador que de mutuo acuerdo designen las partes, el cual deberá contar con una reconocida trayectoria profesional, pudiendo ser una persona natural o una firma avaluadora. El informe del perito avaluador que sea designado deberá ser presentado por escrito a cada una de las partes, dentro de un lapso de treinta (30) días hábiles, contado a partir de la fecha de su designación.

CUARTO: El monto de la indemnización que fije el perito avaluador tendrá carácter definitivo. Dicho monto será pagado por separado a cada una de las concesionarias, según lo que se determine para cada una de las concesiones ALFA 1, ALFA 2, ALFA 3, DELTA A, DELTA B, DELTA C, y DELTA D.

QUINTO: Una vez determinado el monto de la indemnización, el Ministerio de Energía y Minas iniciará los trámites para el pago del mismo ante el órgano competente. Dicho pago podrá efectuarse en moneda de curso legal o en títulos emitidos por la República Bolivariana de Venezuela, denominados en cualquier tipo de moneda.

SEXTO: Para el mejor desarrollo de las actividades necesarias para la elaboración del informe que presentará el perito avaluador que sea designado, el Ministerio autorizará al mismo para visitar el área de las concesiones antes referidas y ejecutar las diligencias que crea necesarias, de las cuales informará a las partes. Igualmente, el referido perito tendrá acceso a toda la información técnica y contable de las concesionarias y a los expedientes administrativos llevados por el Ministerio de Energía y Minas.

Se hacen dos (2) ejemplares de un mismo tenor y a un sólo efecto. En Caracas a los 17 días del mes de diciembre de 2003.

POR EL MEM

FRANCISCO SALAS
Director General de Minas (E)

MARTHA ACOSTA GARCIA
Directora de Concesiones
Mineras (E)

ADRIAN ZERPA LEON
Jefe de Tramitaciones Mineras
(E)

ROSA TORO
Abogado de la Consultoría
Jurídica

POR LAS CONCESIONARIAS

MANUEL FERNANDEZ
Representante Legal de VMC
Mining Company y CAROMIN

*(98) ninety-eight*

On this day, Wednesday, December 17, 2003, at 13:00 a.m., there gathered together at the offices of the Director General of Mines of the Ministry of Energy and Mines, located at Petróleos de Venezuela Building, West Tower, third floor, Eng. Francisco Salas, Director General of Mines (E): Martha Acosta García, Director of Mining Concessions (E); Adrián Zerpa León, Head of Mining Processing (E); Rosa Toro, an attorney assigned to the Legal Department; Manuel Fernández Gonzalo, Legal Representative of the companies V.M.C. Mining Company, C.A., and Compañía Minera del Bajo Caroní, C.A.; in order to execute an agreement containing the **GENERAL CONDITIONS** referred to by Article 53 of the Law Organizing the Promotion of Private Investment Through Concessions. To that effect, the following was agreed upon:

**FIRST:** As reflected in Official Communication **No. DGM-DCM-DTM-516**, dated December 2, 2003, issued by the Office of the Director General of Mines, said Ministry decided the accelerated redemption on the grounds of public usefulness of the concessions for the exploitation of gold and diamonds known as **ALFA 1, ALFA 2, ALFA 3**, belonging to **COMPAÑIA MINERA BAJO CARONI, CAROMIN, C.A., DELTA A, DELTA B, DELTA C, DELTA D**, belonging to the mercantile corporation **V.M.C. MINING COMPANY, C.A.** It is likewise reflected in said administrative proceeding that, pursuant to the provisions of Article 53 of the Law Organizing the Promotion of Private Investment Through Concessions, the full indemnity of the grantees is to be determined, to which effect a document containing general conditions shall be prepared.

*(97) ninety-seven .*

**SECOND:** The parties are setting in this document the conditions that shall govern the process for determining said full indemnity in accordance with the Law Organizing the Promotion of Private Investment Through Concessions.

**THIRD:** The setting of the indemnity will be obtained from the evaluation made by the expert evaluator appointed by the mutual agreement of the parties; the evaluator must have an acknowledged professional track record, and may be either a physical person or an evaluation firm. The report of expert evaluator who is eventually designated shall be filed in writing with each of the parties within a period of thirty (30) business days, reckoned as of the date of the evaluator's appointment.

**FOURTH:** The amount of the indemnity set by the expert evaluator shall be final in nature. Said amount shall be paid separately to each of the grantees as may be determined for each of the concessions ALFA 1, ALFA 2, ALFA 3, DELTA A, DELTA B, DELTA C, and DELTA D.

**FIFTH:** Once the amount of the indemnity has been determined, the Ministry of Energy and Mines will initiate the process with the competent body for the payment thereof. Said payment may be made in legal tender or in securities issued by the Bolivarian Republic of Venezuela, denominated in any currency whatever.

*(96) ninety-six*

**SIXTH:** To ensure the better unfolding of the activities necessary for the preparation of the report to be filed by the expert evaluator who is eventually designated, the Ministry shall authorize said expert to visit the area of the concessions previously referred to, and to carry out such activities as the expert may deem necessary, reporting to the parties thereon. Likewise, said expert shall have access to all of the grantees' technical and accounting information, and to the administrative files maintained by the Ministry of Energy and Mines.

Two (2) copies of identical tenor and effect are prepared. In Caracas, this 17th day of the month of December, 2003.

| FOR THE MEM | FOR THE GRANTEES |
|---|---|
| *[Illegible signature]* | *[Illegible signature]* |
| **FRANCISCO SALAS**<br>Director General of Mines (E) | **MANUEL FERNANDEZ**<br>Legal Representative of VMC Mining Company and CAROMIN |

*[signed:] Martha Acosta G*

**MARTHA ACOSTA GARCIA**
Director of Mining Concessions (E)

*[Illegible signature]*

**ADRIAN ZERPA LEON**
Head of Mining Processing (E)

*[Illegible signature]*

**ROSA TORO**
Attorney, Legal Department

# LOPEZ AND DURAN
**Interpreting and Translating**
420 South Dixie Highway, Suite 2L
Coral Gables, Florida 33146
Tel. (305)461-4699  *  Fax (305)461-4799

## CERTIFICATE OF ACCURACY

STATE OF FLORIDA )
                 ) SS.
COUNTY OF DADE   )

Before me, a notary public in and for the State of Florida at large, appears Nelson Duran, Ph.D., who is personally known to me, a certified court interpreter, qualified by the Administrative Office of the United States Courts, for and on behalf of Lopez and Duran Interpreting and Translating, who, after being duly sworn, deposes and says that he is fully versed in the Spanish and the English languages, and that the aforegoing is a true and correct translation of the attached document consisting of ____three____ pages, and that this is the last of the attached.

Nelson Duran, Ph.D.

Sworn to and subscribed this __16th__ day of __April__, 200_7_.

MARLEN ABASCAL
Notary Public,
State of Florida at Large

My commission expires:



MARLEN ABASCAL
MY COMMISSION # DD 342829
EXPIRES: August 2, 2008
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations. Lopez and Duran Interpreting and Translating and its employees shall not be liable for any damages due to negligence or error in typing or translation.