Contact Us | Site Map                                            Advanced Search | Search Help

**Inter-American Development Bank**                              Search [     ] GO

IDB Home | About the IDB | News | Countries | Topics | Projects | Knowledge & Data | Publications

Projects

IDB Home > Projects                                                                    Español
- Projects Database                                                                    🖶 Print
- Project Documents
- Projects: An Overview
- Project Cycle
- Project Financing
- Procurement
- Resources

## VE-L1003 : Tocoma Hydroelectric Power Plant

Project Description The Tocoma Hydroelectric Power Plant is under construction and is the last hydroelectric development project in the Lower Caroní River Basin. The project includes the installation of 2,160 MW to generate an annual average power of 12,100 GWh. Ten (10) generator units, of 216 MW each are predicted to begin operations between July 2012 and April 2014. Hydroelectric power plants currently operating in the Lower Caroní include Guri (8,850 MW), Macagua (2,930MW), and Caruachi (2,196 MW) which wa financed by the Bank in 1993. During 2004, 70 of the national consumption is provided by these central stations, with the rest being supplied by thermal generators using non renewable resources. The hydraulic resources from Caroní River are legally reserved for the exclusive use of the State. As part of the Bank operation that financed the Caruachi power plant, an Integrated Watershed Management Plan for the Caroní's River Basin was prepared with a view to protect and sustainably manage the basin as well ensure the long term viability of its hydroelectric potential. The Bank intends to support the initial stages of this management plan, including the following short-term actions: (i) provide the means to establish an institutional framework to manage the basin, while defining the roles and responsibilities of the different stakeholders, and the tools to address public consultations; (ii) provide a mechanism to insert the Tocoma project and other development programs in the watershed planning and management process; (iii) support the identification and solution of environmental and socio-cultural problems related to indirect impacts caused by existent development programs in the basin, including those linked with the hydroelectric complex of the lower Caroní.

Procurement Information

### Status

PREPARATION — APPROVED — IMPLEMENTATION ✓ — COMPLETED

### Basic Information

| | |
|---|---|
| Project Number | VE-L1003 |
| Operation Number | 1686/OC-VE |
| Country | Venezuela |
| Sector | Energy |
| Subsector | Hydro-Electric Energy |
| Project Type | Loan Operation |
| Project Subtype | Specific Investment Operation |
| Status | Implementation |
| Approval Date | NOV 14, 2005 |
| Signing Date | NOV 14, 2006 |

### Financial Information

| | |
|---|---|
| Total Cost - Historic | USD 3,061,000,000 |
| Country Counterpart Financing - Historic | USD 2,311,000,000 |
| Cofinancing | USD 300,000,000 - Corporacion Andina de Fomento |
| ⊞ IDB Financing | |
| Financing Type | Single Currency Facility |
| Fund | Ordinary Capital |
| Reporting currency | USD - United States Dollar |
| Reporting Date | SEP 30, 2007 |
| Approved Amount - Historic | USD 750,000,000 |
| Cancelled Amount - Historic | USD 0 |
| Undisbursed Amount - Historic | USD 641,818,312 |
| Disbursed to Date - Revalued | USD 108,181,688 |

| | |
|---|---|
| Repayments - Revalued | USD 0 |
| Principal Debt Relief Amount - Revalued | USD 0 |
| Amount Outstanding - Revalued | USD 108,181,688 |
| Income Collected - Revalued | USD 248,630 |

**Roles & Responsibilities**

| | |
|---|---|
| IDB Country Office Specialist | Baquero, Francisco |
| Borrower | Republica Bolivariana De Venezuela |
| Executing Agency | C.V.G. Electrificacion |

**Documents**

Plan de Adquisiciones (Tocoma)
Procurement Plan (MSWORD 162kb) - 7 March 2007

Presa Manuel Piar.
Loan Contract (MSWORD 67kb) - 14 November 2006

Presa Manuel Piar.
Loan Contract (MSWORD 139kb) - 14 November 2006

Presa Manuel Piar.
Loan Contract (MSWORD 92kb) - 14 November 2006

Propuesta de Prestamo. Central Hidroeléctrica Tocoma, VE-L1003
Loan Proposal (PDF 652kb) - 16 November 2005

Plan de Adquisiciones. Proyecto Central Hidroeléctrica Tocoma VE-L1003
Project Report (PDF 350kb) - 27 September 2005

Informe de Gestión Ambiental y Social y Anexos. VE-L1003.
Loan Proposal (PDF 2673kb) - 26 September 2005

Marco Logico
Project Concept Document (MSWORD 74kb) - 4 March 2005

Estrategia Socio Ambiental
Project Concept Document (MSWORD 199kb) - 4 March 2005

Proyecto Central Hidroeléctrica deTocoma
Project Concept Document (MSWORD 181kb) - 4 March 2005

Plan para el manejo de la cuenca del Río Caroni; proyecto hidroeléctrico de Tocoma
Project Concept Document (PDF 178kb) - 1 June 2004

Caroni River Watershed Management Plan; Tacoma Hydroelectric Project
Project Concept Document (PDF 195kb) - 1 June 2004

Tocoma Hydroelectric Power Plant
Project Outline (PDF 56kb) - 11 February 2004

Central hidroeléctrica de Tocoma
Project Outline (PDF 86kb) - 10 February 2004

 © 2007 Inter-American Development Bank. All rights reserved. Terms and Conditions