
**REPUBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DE ENERGIA Y MINAS**
**CONSULTORIA JURIDICA**

Caracas, 18.12.2003

PARA: Abg. JULIA VAN DEN BRULE
Asistente del Ministro

ASUNTO: OBSERVACIONES AL DOCUMENTO COMPLEMENTARIO (ADDENDUM) DEL PLIEGO DE CONDICIONES (CONCESIONES ALFA Y DELTA)

A los fines de dar respuesta a Nota de Remisión S/N, le remito debidamente revisado el borrador del Addendum para la firma del Ministro, como complemento al Pliego de Condiciones suscrito en reunión sostenida en fecha 17 de diciembre del presente año, y a solicitud del representante legal de las empresas COMPAÑÍA MINERA DEL BAJO CARONI, (CAROMIN), C.A. y VMC MINING COMPANY, C.A.

Al respecto, le señalo que como abogada de la Consultoría Jurídica de este Ministerio y miembro del grupo de trabajo que redactó el Pliego de Condiciones, no tengo observaciones que formular al documento en cuestión, salvo las sugerencias de forma que previamente fueron conversadas vía telefónica con usted.

Sin más a que hacer referencia,

Atentamente,

ROSA TORO
Consultoría Jurídica

Anexo: Lo indicado.

[Letterhead:]
**MEM**

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF ENERGY AND MINES
LEGAL DEPARTMENT

Caracas, 12.18.2003

TO: JULIA VAN DEN BRULE, Attorney at Law
Assistant to the Minister

RE.: OBSERVATIONS TO THE COMPLEMENTARY DOCUMENT (ADDENDUM) TO THE GENERAL TERMS (ALFA AND DELTA CONCESSIONS)

In order to answer an unnumbered Cover Letter, I am forwarding to you, duly revised, the draft of the Addendum for the Minister's signature, as complement to the General Terms signed at the meeting held on December 17 of this year, and at the request of the legal representative of the companies **COMPAÑIA MINERA DEL BAJO CARONI, (CAROMIN), C.A.**, and **V.M.C. MINING COMPANY, C.A.**

In this regard, I point out to you that, as an attorney with this Ministry's Legal Department and a member of the working group that drafted the General Terms, I have no observations to make to the document in question, except for those suggestions as to form that were previously discussed with you over the telephone.

There being nothing further to refer to, I remain,

Sincerely yours,

[*Illegible signature*]

**ROSA TORO**
**Legal Department**

[Seal:]
Republic of Venezuela
(Coat of Arms)
Legal Department

Encl.: As indicated

**LOPEZ AND DURAN**
**Interpreting and Translating**
420 South Dixie Highway, Suite 2L
Coral Gables, Florida  33146
Tele: (305)461-4699 * Fax: (305)461-4799

CERTIFICATE OF ACCURACY

STATE OF FLORIDA )
                 ) SS.
COUNTY OF DADE   )

Before me, a notary public in and for the State of Florida at large, appears Nelson Duran, Ph.D., who is personally known to me, a certified court interpreter, qualified by the Administrative office of the United States Courts, for and on behalf of Lopez and Duran Interpreting and Translating, who, after being duly sworn, deposes and says that he is fully versed in the Spanish and the English languages, and that the aforegoing is a true and correct translation of the attached document consisting of ___one___ pages, and that this is the last of the attached.

Nelson Duran, Ph.D.

Sworn to and subscribed this __12th__ day of __October__, 200_7_.

MARLEN ABASCAL
Notary Public,
State of Florida at Large

My commission expires:



MARLEN ABASCAL
MY COMMISSION # DD 342828
EXPIRES: August 2, 2008
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations. Lopez and Duran Interpreting and Translating and its employees shall not be liable for any damages due to negligence or error in typing or translation.