

Nº. ONT 004086

Caracas, 0 5 OCT 2005

Ciudadano
**MANUEL ALFREDO FERNANDEZ GONZALO**
DIRECTOR
COMPAÑÍA MINERA DEL BAJO CARONI (CAROMIN, C.A)
Dirección: Calle Cuenca, Manzana 7, Campo B de Ferrominera, Quinta Analú, Puerto Ordaz, Estado Bolívar
Presente.-

Tengo el agrado de dirigirme a usted en la oportunidad de saludarle y a la vez dar respuesta a su comunicación S/N y S/F en la cual remite a esta Oficina Nacional un expediente relacionado con el pago de una indemnización integral acordada a favor de la empresa que usted representa y asimismo, solicita lo conducente a los fines de hacer seguimiento al caso y realizar los trámites pertinentes para que se lleve a cabo la referida indemnización.

Sobre el particular una vez analizado el precitado expediente es pertinente señalar que esta Oficina Nacional no tiene competencia sobre estos particulares, toda vez que de conformidad con la cláusula quinta del Pliego de Condiciones suscrita en fecha 17 de diciembre de 2003 que establece: *"Una vez determinado el monto de la indemnización, el Ministerio de Energía y Minas iniciará los trámites para el pago del mismo, ante el órgano competente...".*

Es por la razón antes expuesta que es necesario oficiar al Ministerio de Energía y Minas a los fines de que realicen los trámites conducentes para el pago de la referida indemnización.

Sin otro particular al cual hacer referencia, se despide.

Atentamente



CARMEN TERESA MELENDEZ
TESORERA NACIONAL

CTM/MEU/

"1805-2005 BICENTENARIO DEL JURAMENTO DEL LIBERTADOR
SIMON BOLIVAR EN EL MONTE SACRO"

Esquina de Carmelitas, Torre Norte del Edificio Sede del Ministerio de Finanzas, P.B., Parroquia Altagracia
Teléfonos: 802-30-07 / 30.42/ 30.85    Fax: 802-3013

[Letterhead:]

**MF**

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF FINANCES
NATIONAL TREASURY OFFICE

**NTO**

National Treasury Office

No. ONT **004086**                                Caracas, 5 OCT 2005

Mr. MANUEL ALFREDO FERNANDEZ GONZALO
DIRECTOR
COMPAÑIA MINERA DEL BAJO CARONI (CAROMIN, C.A.)
Address: Calle Cuenca, Block 7, Field B of Ferrominera, Quinta Analú,
Puerto Ordaz, State of Bolívar

    I am pleased to present my compliments and, at the same time, answer your communication with no number and no date with which you forwarded to this National Office a file related to the payment of a full indemnity ordered in favor of the company you represent and requested that the necessary things be done in order to follow up on the case and take the appropriate steps to carry out the aforesaid indemnity.

    On this particular issue, and after analyzing the aforesaid file, it is fitting to point out that this National Office has no competence over these matters, inasmuch as under clause five of the General Terms signed on December 17, 2003, it is established: "**Once the amount of the indemnity has been determined, the Ministry of Energy and Mines will initiate the process with the competent body for the payment thereof. ...**"

    For this reason stated above, it is necessary to send an official communication to the Ministry of Energy and Mines in order to have them take the appropriate steps for the payment of the aforesaid indemnity.

    There being nothing further to refer to, I remain,

Sincerely yours,

[Illegible signature]
CARMEN TERESA MELENDEZ
NATIONAL TREASURER

CTM/MEU/da [illegible initials]

**LOPEZ AND DURAN**
**Interpreting and Translating**
420 South Dixie Highway, Suite 2L
Coral Gables, Florida 33146
Tele: (305)461-4699 * Fax: (305)461-4799

CERTIFICATE OF ACCURACY

STATE OF FLORIDA )
               ) SS.
COUNTY OF DADE   )

Before me, a notary public in and for the State of Florida at large, appears Nelson Duran, Ph.D., who is personally known to me, a certified court interpreter, qualified by the Administrative office of the United States Courts, for and on behalf of Lopez and Duran Interpreting and Translating, who, after being duly sworn, deposes and says that he is fully versed in the Spanish and the English languages, and that the aforegoing is a true and correct translation of the attached document consisting of ___one___ pages, and that this is the last of the attached.

Nelson Duran, Ph.D.

Sworn to and subscribed this _third_ day of _October_, 200_7_.

MARLEN ABASCAL
Notary Public,
State of Florida at Large

My commission expires:



MARLEN ABASCAL
MY COMMISSION # DD 342829
EXPIRES: August 2, 2008
Bonded Thru Notary Public Underwriters

The utmost care has been taken to ensure the accuracy of all translations. Lopez and Duran Interpreting and Translating and its employees shall not be liable for any damages due to negligence or error in typing or translation.