## Documento 1 (columna izquierda)

SNAT-2007-0083
Caracas, 08 de febrero de 2007
196° y 147°

### PROVIDENCIA ADMINISTRATIVA

Quien suscribe, JOSÉ GREGORIO VIELMA MORA, titular de la cédula de identidad N° 6.209.038, Superintendente del Servicio Nacional Integrado de Administración Aduanera y Tributaria, SENIAT, en mi condición de máxima autoridad, de conformidad con lo dispuesto en el artículo 7 de la Ley del Servicio Nacional Integrado de Administración Aduanera y Tributaria, y en uso de la facultad que me confiere el numeral 3 del Artículo 10 de la citada Ley, conforme a lo establecido en el Artículo 21 de la Providencia que dicta el Estatuto del Sistema de Recursos Humanos del Servicio Nacional Integrado de Administración Aduanera y Tributaria (SENIAT), publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.292, de fecha 13 de octubre de 2005, designo al funcionario JAVIC JOSE MARIÑO BELLO, titular de la cédula de identidad N° 11.920.345, quien actualmente se desempeña en el cargo de Profesional Aduanero y Tributario, Grado 12, como Jefe de la División de Contribuyentes Especiales de la Gerencia Regional de Tributos Internos Región Centro Occidental, en calidad de Titular, para que ejerza las competencias asignadas al cargo, Artículo 102 de la Resolución 32 de fecha 24 de marzo de 1995, publicada en Gaceta Oficial de la República de Venezuela el 29 de marzo de 1995, bajo el N° 4.881, EXTRAORDINARIO, sobre la Organización, Atribuciones y Funciones del Servicio Nacional Integrado de Administración Tributaria, a partir de la fecha de su notificación.

Es importante indicar la obligación de presentar la Declaración Jurada de Patrimonio ante la Contraloría General de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

JOSÉ GREGORIO VIELMA MORA
SUPERINTENDENTE DEL SERVICIO NACIONAL INTEGRADO
DE ADMINISTRACIÓN ADUANERA Y TRIBUTARIA
Decreto N° 2.407 de fecha 13-05-03
Gaceta Oficial N° 37.689 del 14-05-03

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LAS FINANZAS
COMISIÓN NACIONAL DE VALORES

Resolución N° 036-2007
Caracas, 09 de marzo de 2007
196° y 148°

Visto que el ciudadano Freddy Alexis Zambrano Jiménez, titular de la cédula de identidad N° 9.876.204, se dirigió ante esta Comisión Nacional de Valores a fin de solicitar la autorización para actuar como Asesor de Inversiones en los mercados primario y secundario, de conformidad con lo establecido en el artículo 85 de la Ley de Mercado de Capitales y artículo 10 de las "Normas Relativas a la Autorización de los Asesores de Inversión y Registro de los Mismos".

La Comisión Nacional de Valores, habiendo constatado que se ha dado cumplimiento a la totalidad de los requisitos tanto legales como normativos, actuando de conformidad con lo establecido en el artículo 68 numeral 5 de la Ley de Mercado de Capitales,

### RESUELVE

1.- Autorizar al ciudadano Freddy Alexis Zambrano Jiménez, arriba identificado, para actuar como Asesor de Inversiones.

2.- Inscribir en el Registro Nacional de Valores al ciudadano Freddy Alexis Zambrano Jiménez, arriba identificado, en el libro que a tal efecto es llevado por el referido Registro.

3.- Notificar al ciudadano Freddy Alexis Zambrano Jiménez, arriba identificado, lo acordado en la presente Resolución, de conformidad con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese.

Fernando J. De Candia Ochoa
Presidente

Eduardo E. Morales          Mario R. Dickson Gutiérrez
Director                    Director

Claudio Antonio Hernández   Mayari Gago
Director                    Director

Lucía Savaltiere F.
Secretario Ejecutivo

## Documento 2 (columna derecha)

### MINISTERIOS DEL PODER POPULAR PARA LAS INDUSTRIAS LIGERAS Y COMERCIO, PARA LA AGRICULTURA Y TIERRAS Y PARA LA ENERGÍA Y PETRÓLEO

REPÚBLICA BOLIVARIANA DE VENEZUELA

MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA Y TIERRAS.- DESPACHO DEL MINISTRO, N° 0521, MINISTERIO DEL PODER POPULAR PARA LAS INDUSTRIAS LIGERAS Y COMERCIO.- DESPACHO DE LA MINISTRA, N° 222, MINISTERIO DEL PODER POPULAR PARA LA ENERGÍA Y PETRÓLEO.- DESPACHO DEL MINISTRO, N° 061. Caracas, 03 de Mayo de 2007.

197° y 148°

### RESOLUCIÓN

De conformidad con lo establecido en el artículo 305 de la Constitución de la República Bolivariana de Venezuela, en ejercicio de las atribuciones previstas en los numerales 1, 3 y 18 del artículo 76 de la Ley Orgánica de la Administración Pública y los artículos 11, 14 y 20 del Decreto N° 5.246 sobre Organización y Funcionamiento de la Administración Pública Nacional, publicado en la Gaceta Oficial N° 38.654 de fecha 28 de Marzo de 2007, en concordancia con los artículos 3 y 12 de la Ley Orgánica de Hidrocarburos Gaseosos; artículos 5, 6 y 52 de la Ley de Protección al Consumidor y al Usuario; el Decreto N° 5.197 con Rango, Valor y Fuerza de Ley Especial de Defensa Popular contra el Acaparamiento, la Especulación, el Boicot y cualquier otra conducta que afecte el Consumo de los Alimentos o Productos sometidos a Control de Precios, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.629 de fecha 16 de Febrero de 2007 y lo establecido en el Decreto N° 5.218 de fecha 26 de febrero de 2007, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.638 de fecha 06 de Marzo de 2007;

### CONSIDERANDO

Que la producción de alimentos es fundamental para el desarrollo económico y social de la Nación, como elemento esencial de la seguridad, la soberanía nacional y el bienestar de la población;

### CONSIDERANDO

Que es necesario garantizar el abastecimiento al mercado interno y el suministro seguro y a precios justos de los fertilizantes nitrogenados, a fin de cumplir con las metas del Plan Nacional de Siembra diseñado por el Ejecutivo Nacional para alcanzar la autosuficiencia alimentaria;

### CONSIDERANDO

Que el Decreto 5.218 de fecha 26 de febrero de 2007 dispone que la actividad de comercialización de los fertilizantes nitrogenados, realizada por personas naturales y jurídicas, queda sometida a los precios, volúmenes, controles, regulaciones y fiscalizaciones que establezcan los Ministerios del Poder Popular para la Agricultura y Tierras, para las Industrias Ligeras y Comercio y para la Energía y Petróleo;

### RESUELVEN

**Artículo 1:** La presente Resolución tiene por objeto la regulación, control e inspección de la producción, comercialización, distribución y venta de urea, a fin de garantizar el abastecimiento del mercado nacional. Igualmente regula la exportación de la misma, una vez cubierta la demanda interna.

**Artículo 2:** La Empresa del Estado, Petroquímica de Venezuela S.A. (Pequiven S.A.) será la única facultada para administrar la entrega de urea en todo el Territorio Nacional, a través de los canales de distribución y puntos de venta debidamente autorizados.

**Artículo 3:** Se fija para la urea en sus presentaciones granular y perlada, el precio máximo de venta al distribuidor (PMVD) en Morón, Guanta y el Tablazo, como sigue:

| PRECIO MÁXIMO DE VENTA AL DISTRIBUIDOR DE UREA GRANULAR (PMVD) (BS/SACO de 50 Kg) | PRECIO MÁXIMO DE VENTA AL DISTRIBUIDOR DE UREA PERLADA (PMVD) (BS/SACO de 50 Kg) |
|---|---|
| 14.800 | 14.800 |

**Artículo 4:** El precio máximo de venta al distribuidor (PMVD) establecido en la presente Resolución incluye el costo de ensacado.

**Artículo 5:** Se fija para la urea en sus presentaciones granular y perlada, el precio máximo de venta al público (PMVP) en todo el territorio nacional, en la forma que sigue:

| PRECIO MAXIMO DE VENTA AL PÚBLICO DE UREA GRANULAR (PMVP) (BS/SACO de 50 Kg) | PRECIO MAXIMO DE VENTA AL PÚBLICO DE UREA PERLADA (PMVP) (BS/SACO de 50 Kg) |
|---|---|
| 18.900 | 18.900 |

**Artículo 6:** El precio máximo de venta al público (PMVP), incluye el costo de ensacado, el flete por tierra y el IVA correspondiente al flete.

**Artículo 7:** El Precio Máximo de Venta al Público (PMVP) fijado en esta Resolución será exhibido en listas o carteles en los puntos de venta, en lugares accesibles y de fácil visualización por parte de los consumidores.

**Artículo 8:** Los precios establecidos en la presente Resolución podrán ser revisados y ajustados de acuerdo a los intereses del Estado. Para ello se establecerá una Comisión Técnica Permanente entre los Ministerios del Poder Popular para la Agricultura y Tierras, para las Industrias Ligeras y Comercio y para la Energía y Petróleo.

**Artículo 9:** El Ministerio del Poder Popular para la Agricultura y Tierras informará anualmente al Ministerio del Poder Popular para la Energía y Petróleo, en el mes de noviembre del año anterior, los requerimientos de fertilizantes para el cumplimiento del Plan Nacional de Siembra, a fin de programar efectivamente los volúmenes destinados al mercado nacional y aquellos que pudieran ser destinados a la exportación, después de cumplirse los requerimientos de la Nación y previa aprobación del Estado Venezolano.

**Artículo 10:** La Empresa del Estado, Petroquímica de Venezuela S.A. (Pequiven S.A.) podrá comprar la urea que requiera para cubrir las necesidades de la Nación, a cualquier fabricante establecido en el país, al precio máximo de venta a granel a puerta de planta, de 155.200 Bs./TM (Bolívares por Tonelada métrica).

**Artículo 11:** Los fabricantes de urea deberán informar mensualmente (por mes vencido), al Ministerio del Poder Popular para la Energía y Petróleo, a través de la Dirección General de Petroquímica, en el formato que esta Dirección considere conveniente, los volúmenes producidos y los volúmenes dirigidos al consumo nacional e internacional. En este último caso, deberán indicar su destino, los clientes y los precios FOB y CIF.

**Artículo 12:** Los fabricantes de urea que aspiren exportar este producto, deberán obtener previamente, el Certificado de Satisfacción de la Demanda Nacional de Urea, que para tal efecto otorgará el Ministerio del Poder Popular para la Energía y Petróleo, previa opinión favorable del Ministerio del Poder Popular para la Agricultura y Tierras.

**Artículo 13:** Para los efectos de la obtención del Certificado de Satisfacción de la Demanda Nacional de Urea, los interesados deberán consignar, ante la Oficina de Permisología del Ministerio del Poder Popular para la Energía y Petróleo los siguientes recaudos:

1. Solicitud dirigida al Ministerio del Poder Popular para la Energía y el Petróleo, debiendo cumplir con lo establecido en el Art. 49 de la Ley Orgánica de Procedimientos Administrativos y la Ley de Timbre Fiscal.
2. Código arancelario, descripción del producto y especificación técnica.
3. Programación anual de los volúmenes a exportar.
4. Órdenes de Compra y/o Cartera de Clientes con sus respectivos requerimientos.
5. Aduanas de Salida.
6. Cualquier otro recaudo que el Ministerio considere necesario para el análisis de la solicitud.

**Artículo 14:** El Certificado de Satisfacción de la Demanda Nacional de Urea tendrá vigencia de un año.

**Artículo 15:** El Ministerio del Poder Popular para la Energía y Petróleo revocará el Certificado de Satisfacción de la Demanda Nacional de Urea otorgado a los fabricantes o comercializadores, por incumplimiento de las normas aplicables contenidas en Leyes, Decretos o Resoluciones, o cuando se demuestre que las necesidades de la Nación no se encuentran satisfechas.

**Artículo 16:** El Ministerio del Poder Popular para la Energía y Petróleo podrá tomar medidas de inspección en cualquiera de los puntos de la cadena productiva y de distribución, a fin de dar cumplimiento a lo establecido en la presente Resolución. Igualmente, los Ministerios que suscriben la presente Resolución organizarán las comisiones y equipos de trabajo que fueren necesarios para la mejor implementación y ejecución del Decreto N° 5.218, de fecha 26 de febrero de 2007, de la presente Resolución y de aquellas otras medidas o disposiciones que establezcan, bien sea en forma conjunta o separada, de acuerdo a sus respectivas competencias sobre la materia a que se refiere el mencionado Decreto presidencial, manteniendo en todo momento la coordinación interministerial que fuere necesaria.

**Artículo 17:** Las infracciones a la presente Resolución y demás disposiciones dictadas en ejecución del Decreto N° 5.218 de fecha 26 de febrero de 2007 serán sancionadas conforme a lo establecido en la Ley de Protección al Consumidor y al Usuario, La Ley Orgánica de Aduanas, la Ley Orgánica de Hidrocarburos Gaseosos, el Decreto N° 5.197 con Rango, Valor y Fuerza de Ley Especial de Defensa Popular contra el Acaparamiento, la Especulación, el Boicot y cualquier otra conducta que afecte el Consumo de los Alimentos o Productos sometidos a control de precios y demás disposiciones normativas aplicables, sin perjuicio de las sanciones penales a que hubiere lugar.

**Artículo 18:** La presente Resolución entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Publíquese y Cúmplase,

Por el Ejecutivo Nacional,

Elías Jaua Milano
Ministro del Poder Popular para la Agricultura y Tierras

María Cristina Iglesias
Ministra del Poder Popular para las Industrias Ligeras y el Comercio

Rafael Ramírez Carreño
Ministro del Poder Popular para la Energía y Petróleo



# MINISTERIO DEL PODER POPULAR PARA EL TURISMO

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA EL TURISMO
DESPACHO DE LA MINISTRA

Caracas, 25 de 04 de 2007

RESOLUCIÓN DM N° 025

196° Y 148°
RESOLUCIÓN

En ejercicio de la atribución conferida en el numeral 19 y 25 del artículo 76 de la Ley Orgánica de la Administración Pública, en concordancia con los artículos 5, numeral 2°, 19 y 20 numeral 6 de la Ley del Estatuto de la Función Pública, resuelve:

**ARTÍCULO 1:** Se crea a partir del día 28 de marzo de 2007 la Comisión para la Vigilancia, Inspección y Control de la Concesión del Sistema de Teleférico Caracas-Litoral y Hotel Humboldt.

**ARTÍCULO 2:** Se designan como miembros principales y suplentes de la Comisión para la Vigilancia, Inspección y Control de la Concesión del Sistema de Teleférico Caracas-Litoral y Hotel Humboldt, a los ciudadanos que a continuación se señalan:

Como Miembros Principales: al ciudadano RAFAEL MATA MIRABAL, titular de la cédula de identidad N° V-6.512.512 (Presidente); OSCAR PACHECO GUZMAN, titular de la Cédula de Identidad N° V-11.057.929 VICEPRESIDENTE, DAVID TERÁN GUERRA, titular de la cédula de identidad N° V-11.027.954, por el área jurídica; GREYNEL GONZÁLEZ MOGOLLÓN, titular de la cédula de identidad N° V-15.332.523, por el área financiera, respectivamente.

Como Miembros Suplentes, los ciudadanos: BERTHA FUENTES HERNÁNDEZ, titular de la Cédula de Identidad N° V-6.556.582, por el área jurídica; y RUBÉN GONZÁLEZ HERNÁNDEZ, titular de la cédula de identidad N° V-7.160.191, por el área financiera.

**ARTÍCULO 3:** Las faltas temporales o accidentales del Presidente de la Comisión serán cubiertas por el Vicepresidente. Las faltas absolutas, temporales o accidentales del resto de la comisión serán cubiertas por cualquiera de los suplentes, que previa convocatoria realizará el Presidente de la Comisión. En caso, que concurran las ausencias de los miembros principales y suplentes, serán sustituidos por los funcionarios o personas que a tales efectos designe la Ministra.

**ARTÍCULO 4:** La comisión designada para la Vigilancia, Inspección y Control del contrato de operación de la Concesión del Sistema de Teleférico Caracas-Litoral y Hotel Humboldt, suscrito con la empresa Inversora Turística Caracas, tendrá las siguientes atribuciones:

4.a.- Revisión y análisis del contrato de operación y su ejecución.

4.b.- Inspección y visita de todas las instalaciones físicas y equipos que conforman el Sistema de Teleférico Caracas-Litoral y Hotel Humboldt.

4.c.-Solicitar al concesionario, toda la información y recaudos que requieran relacionados con el contrato de operación, en especial, el Programa Básico y del Plan de Inversiones, el Balance General y el de Ganancias y Pérdidas, o Estados Financieros, las Constancias de pagos efectuados por efectos de la concesión otorgada, el Presupuesto y Ejecución presupuestaria; la Solvencia Laboral, Solvencia del Seguro Social, INCE, y Declaración de Impuestos Sobre la Renta. Contratos suscritos y vigentes para la explotación de servicios conexos con la actividad Artística, la Nómina de personal y el Obrero que laboran en el Sistema de Teleférico y del Hotel Humboldt, las Pólizas de seguros contratadas, los Planes de seguridad y contingencias en casos de emergencias, Listado actualizado de los procesos judiciales en caso que existan, documentos que sustentan las deudas y obligaciones contraídas con entes públicos y privados así como cualquier otra que exista con personas naturales.