REPORT OF EXAMINATION
**RAFAEL RAMIREZ CARREÑO**
SEPTEMBER 19, 2007
MY FILE NO. 2007-055

# GUS R. LESNEVICH
*Forensic Document Examiner*

Mailing Address
Post Office Box 126
Curryville, PA 16631-0126
(814) 793-2377
(814) 793-3790 fax

OFFICE & LABORATORY
1684 Henrietta Mountain Road
Martinsburg, PA 16662

September 19, 2007

Roberto Martinez, Esquire
Colson Hicks Eidson
255 Aragon Avenue
Second Floor
Coral Gables, FL 33134

    Re:  Handwriting Analysis
           Rafael Ramirez Carreño
           My File No. 2007-055

### REPORT OF EXAMINATION

**I.  EXHIBITS EXAMINED:**

    Q-1  Copy of an ADDENDUM bearing a questioned "Rafael Ramirez" signature dated 19 December 2003.

    K-1 through K-5
        Copies of documents bearing known signatures of Rafael Ramirez Carreño.

        *Note:*  *Copies of the documents listed above have been attached for identification purposes.*

**II. PROBLEM:**

    To determine if the author of the known Rafael Ramirez Carreño signatures appearing on the Exhibit K-1 through K-5 documents wrote the questioned "Rafael Ramirez" signature appearing on the Exhibit Q-1 document.

Roberto Martinez, Esquire						September 19, 2007
Page 2 of 4

III. **RESULTS OF EXAMINATION:**

The questioned "Rafael Ramirez" signature appearing on the Exhibit Q-1 document was* written by the author of the Rafael Ramirez Carreño signatures appearing on the Exhibit K-1 through K-5 documents.

> *Note:  *The conclusion rendered above was based upon the Exhibit Q-1 document being a true and accurate reproduction of the original document and the questioned "Rafael Ramirez" signature having been naturally written.*

IV. **REMARKS:**

One of the identifiable features of a signature is letter formation or the design of the letters. Some of the elements that define letter formation are as follows:

1. The general design of letters. (The uniqueness, position and sequence of the strokes in letter formation.)

2. The relative size of letters in respect to other letters.

3. The relative size of letter projections below the baseline.

4. The relative size of letters projecting above the height of the other letters.

5. Embellishments, ornamentations and flourishes.

6. Habitual abbreviation of letter formation due to speed.

7. Inter-word or intra-word spacing and the overall balance of the signature.

Roberto Martinez, Esquire                              September 19, 2007
Page 3 of 4

IV.  **REMARKS:**                                           (Continued)

    While the design of the letters may be the eye catching feature, the execution of a signature is just as important. Some of the elements that define the execution of a signature are as follows:

1. Intra-word connections. The lack of a continuous writing movement.

2. Pen emphasis or pressure applied on particular strokes, often called shading.

3. The direction of strokes in letter formation.

4. The speed of execution as evident by line quality.

5. Smoothly rounded, sharply curving or elliptical or angular connecting strokes between letters.

6. The starting of the initial writing movement before or after the pen contacts the paper.

7. Finishing the final writing movement before or after the pen leaves the paper.

8. Habitual retouching or lack of it.

    If a questioned signature agrees with the known signatures in both letter formation (writing similarity) and execution, then the signatures must be identified as having been written by a common writer. In this case, the questioned "Rafael Ramirez" signature appearing on Exhibit Q-1 and the known Rafael Ramirez Carreño signatures appearing on Exhibits K-1 through K-5 are in complete agreement in letter formation. However it was not possible, with an examination of copies, to determine the execution of the questioned "Rafael Ramirez" signature.

> "The conclusion that a writing is not genuine is only properly reached when it contains divergences in the amount and quality beyond the range of variation in the standard writing that cannot reasonably be accounted for by changed conditions in the writer or surrounding the writer."
> (Questioned Documents, Second Edition, Osborn 1929, p. 205)

Roberto Martinez, Esquire                       September 19, 2007
Page 4 of 4

**IV.  REMARKS:**                                      (Continued)

"In identifying a person, for example, scars, deformities, fingerprints, or a series of accurate measurements, must be depended upon and finally, if the conclusion of identity is reached, either in a person or a handwriting, there must not remain significant differences that cannot reasonably be explained."
(Questioned Documents, Second Edition, Osborn 1929, p. 245)

"It also needs to be emphasized that two writings are identified as being by the same writer by the absence of fundamental divergences as well as by a combination of sufficient number of similarities.  The process is always a double operation, positive and negative, and if error is to be avoided neither part of the process should be overlooked.  In order to reach the conclusion of identity of two sets of writings there must not be present significant and unexplained divergences.  These divergences must, however, be something more than mere trivial variations that can be found in almost any handwriting."
(Questioned Documents, Second Edition, Osborn 1929, p. 262)

The attached Comparison Chart illustrates some of the significant similarities in the letter formation or design of the letters that exist between the questioned "Rafael Ramirez" signature and the known signatures of Rafael Ramirez Carreño.  It should be obvious from this Comparison Chart illustration that the similarities in letter formation, or design of the letters, are in the amount and quality necessary to support the conclusions that, if the questioned "Rafael Ramirez" signature was naturally written, then the writer of the known Rafael Ramirez Carreño signatures wrote the questioned "Rafael Ramirez" signature.

GUS R. LESNEVICH
Forensic Document Examiner

# Comparison Chart

## Rafael Ramirez Carreno

QUESTIONED "RAFAEL RAMIREZ" SIGNATURE

page 1



Q-1



Q-1



K-1



K-1

KNOWN SIGNATURES OF
RAFAEL RAMIREZ CARRENO



Known Signatures of Rafael Ramirez Carreño





page 4




KNOWN SIGNATURES OF
RAFAEL RAMIREZ CARREÑO

page 5



page 7

Known Signatures of
Rafael Ramirez Carreño

K-2: se leyó y conformes firman
Rafael Ramírez Carreño
Ministro de Energía y Minas

K-1: Atentamente,
RAFAEL RAMIREZ CARREÑO
Ministro de Energía y Minas
trativos.

K-3: ue rige en los Estados Unidos.
ago bajo fe de Juramento, en la ciudad de Caracas
2007
Rafael Ramírez Carreño

Questioned
"Rafael Ramirez"
Signature

Q-1: Ing. RAFAEL RAMIREZ

Known Signatures of
Rafael Ramirez Carreno

K-1

K-2

K-3

Questioned
"Rafael Ramirez"
Signature

Q-1

page 8

KNOWN SIGNATURES OF
RAFAEL RAMIREZ CARREÑO



QUESTIONED
"RAFAEL RAMIREZ"
SIGNATURE



page 10

Known Signatures of Rafael Ramirez Carreño



Questioned "Rafael Ramirez" Signature

