



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV - 5 2007
UNITED STATES DISTRICT JUDGE

Washington Office
202-223-1200

November 5, 2007

**Via Facsimile Transmission**

Honorable Naomi Reice Buchwald
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Compañia del Bajo Caroni (Caromin), C.A. v. Bolivarian Republic of Venezuela* - Case No. 07 CV 3179 (NRB)

Dear Judge Buchwald:

    We are counsel to the Defendants in the above-captioned matter pending before Your Honor. We are writing to request a seven-day extension of time to file Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint. If granted, the extension would move the due date for the Reply from November 13 to November 20, 2007.

    This brief extension is necessary because of the time required to obtain pertinent documents and witness statements from Venezuela and to translate them from Spanish into English.

    Opposing counsel has consented to this extension, and the Defendants have not previously requested an extension to file this pleading.

    Thank you for your attention to this matter.

*[Handwritten: So Ordered. Naomi Reice Buchwald USDJ 11/5/07]*

                              Respectfully submitted,

                              *[signature]*

                              Ronald E.M. Goodman (RG6698)
                              Paul S. Reichler

cc:   James W. Perkins, Esq. (via e-mail)
      Ronald W. Kleinman, Esq. (via e-mail)
      Steven M. Schneebaum, Esq. (via e-mail)

---

1875 K Street, NW / Suite 800 / Washington, DC 20006-1238 / TEL: 202.223.1200 / FAX: 202.785.6687
Foley Hoag LLP     BOSTON     WASHINGTON, DC     www.foleyhoag.com