EXHIBIT D

Apellido: TDVSA

Planilla N°

República Bolivariana de Venezuela
Ministerio del Poder Popular
para Relaciones Interiores y Justicia
Registro Principal del Distrito Capital
Caracas





# Legalización de Firma

Edificio N° 30, Pelota a Punceres, Av. Urdaneta
Frente al CICPC, Caracas, Venezuela





NOTARIA PUBLICA
TRIGESIMA NOVENA
DEL MUNICIPIO LIBERTADOR

JUAN CARLOS MARQUEZ CABRERA
INPREABOGADO N° 59.52...

PLANILLA N° ........ 1.Y.1.3.9. ....
DERECHOS Bs ........ 30.10.5.... ....
O°ORGAMIENTO PARA EL DIA .z..(.(-d.
A LAS ................. HORAS

Ciudadana

**Notario Público Trigésimo Noveno del Municipio Libertador**

**Su despacho.-**

Yo, **RAFAEL DARIO RAMIREZ CARREÑO**, de nacionalidad venezolana, mayor de edad, domiciliado en la ciudad de Caracas, y portador de la Cédula de identidad No. **V-5.479.706**, por medio del presente documento certifico: Que las copias fotostáticas que anexo al presente documento correspondientes al Pasaporte Diplomático N° 396/2002, expedido por el Ministro de Relaciones Exteriores en nombre del Presidente de la República Bolivariana de Venezuela son fieles y exactas de su original.

En Caracas, a la fecha de su autenticación

**RAFAEL DARIO RAMIREZ CARREÑO**
**C.I. V-5.479.706**









# PASAPORTE DIPLOMÁTICO

*Passeport Diplomatique*
*Diplomatic Passport*

No 396/2002

En nombre del Presidente de la República
Bolivariana de Venezuela, el Ministro de
Relaciones Exteriores, que suscribe, otorga
el presente pasaporte a:

Au nom du Président de la République Bolivarienne du Venezuela,
le sussigné Ministre des Affaires Etrangères, délivre le présent
passeport à:

In the name of the President of the Bolivarian Republic of Venezuela,
the undersigned, Minister of Foreing Relations, issues the present
passport to:

Sua Rafael Dario Ramirez
Carreño, Ministro de Energia
y Minas.





SEÑALES PERSONALES – SIGNALEMENT – PERSONAL DESCRIPTION

REPÚBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Notaría Pública Trigésima Novena del Municipio Libertador

SELLO SECO

FIRMA DEL PORTADOR
SIGNATURE DU TITULAIRE
SIGNATURE OF BEARER

SEÑALES PERSONALES – SIGNALEMENT – PERSONAL DESCRIPTION

NACIONALIDAD
NATIONALITE _____ *venezolana*
NATIONALITY

LUGAR DE NACIMIENTO
LIEU DE NAISSANCE *Caracas ~ Dtto.*
PLACE OF BIRTH
*Federal*

FECHA DE NACIMIENTO
DATE DE NAISSANCE _____ *04 de Agosto de 1963.*
DATE OF BIRTH

ROSTRO              ESTADO CIVIL
VISAGE  *Ovalado*  ETAT CIVIL  *casado*
FACE                STATUS

COLOR DE LOS OJOS
COULEUR DES YEUX _____ *azules*
COLOUR OF EYES

COLOR DEL CABELLO
COULEUR DES CHAVEUX _____ *gris*
COLOUR OF HAIR

SEÑAS PARTICULARES
SIGNES PARTICULIERS _____ *ninguna*
DISTINGUISHING MARKS

CEDULA DE IDENTIDAD
CERTE D'IDENTITÉ _____ *5.479.706.*
IDENTITY CARD









REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTÍNEZ, NOTARIO PÚBLICO TRIGÉSIMO NOVENO DEL MUNICIPIO LIBERTADOR. EL BOSQUE. Doc. 602 de Noviembre de DOS MIL SIETE (2007). 197° y 148°. El anterior documento redactado por el abogado _Juan Carlos Vazquez Colseis_ inscrito en el Impreabogado bajo el Nº ____59.526____, fue presentado para su autenticación y devolución, según planilla Nº 141139, de fecha 02/11/2007. Presente su otorgante dijo llamarse: RAFAEL DARIO RAMIREZ CARREÑO, mayor de edad, domiciliado en Caracas, de estado civil: Casado, de nacionalidad: Venezolana, con cédula de identidad Nº 5.479.706. Leídole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: "SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO". El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARÍA EUGENIA ROMERO y MARÍA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el Nº 39, Tomo 190 de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y Consecuencias Legales del Documento que otorga tal como lo exige el Artículo 79, Numeral 2, de la Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autorizo a MARIA EUGENIA ROMERO, con Cédula de Identidad Nº 5.074.944, Escribiente I de esta Notaría, para presenciar dicho otorgamiento en PDVSA La Campiña, a las 4:00 p.m., a solicitud de parte interesada. Todo de conformidad con el Art. 29 del Reglamento de Notarías Públicas.

EL NOTARIO PÚBLICO,

Dra. Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

EL OTORGANTE,

RAFAEL DARIO RAMIREZ CARREÑO

LOS TESTIGOS,

FUNCIONARIO AUTORIZADO,





REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR
PARA RELACIONES INTERIORES Y JUSTICIA
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
CARACAS

N° 243025

Quien suscribe, **Dr. JOSE MIGUEL VILLANUEVA R.** Registrador Principal del Distrito Capital, hace constar; para dar cumplimiento al art. 65 de la Ley de Registro Público y del Notariado se legaliza la firma de el (la) ciudadano(a); **Dra. ZULAY DE MARTINEZ.** Quien para la fecha que suscribe es; NOTARIO PUBLICO TRIGESIMO NOVENO DEL **MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL.** La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma, **Papel de Seguridad N° 243025** Se expide a solicitud de oficio N° S/N de fecha **07 de Noviembre de 2007** Emanado de PDVSA. El presente documento fue elaborado por la Funcionaria Autorizada. Magalys Alvarez.. Caracas., Siete (07) de Noviembre del 2007.

Magalys Alvarez
FUNCIONARIA AUTORIZAD.

Dr. JOSE M. VILLANUEVA R.
REGISTRADOR PRINCIPAL DEL DTTO CAPITAL





*DIRECCION GENERAL DE REGISTROS Y NOTARIAS*

Se legaliza la firma que antecede del ciudadano

## JOSE M. VILLANUEVA R.

quien es como se titula, **Registrador Principal del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.



Caracas,    0 7 NOV 2007

Años 197°  y  148°

Por el Ministro,



**Abog. JONÁS ANTONIO SANDOVAL Q.**
*Adjunto de la Dirección General de Registros y Notarías*
*Por delegación de firma, según Resolución N° 057 de fecha 30-01-2007*
*Publicada en Gaceta Oficial de la República Bolivariana*
*de Venezuela N° 38.615 de la misma fecha*













Venezuela
AHORA ES DE TODOS



Gobierno
Bolivariano
de Venezuela  |  Ministerio del Poder Popular para **Relaciones Interiores y Justicia**

N° **0066541**

0167212



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
DIRECCION GENERAL DE RELACIONES CONSULARES



**APOSTILLE**

Convention de La Haye del 5 Octobre 1961

1- País: VENEZUELA

El presente documento público :

2- Ha sido suscrito por: JONÁS ANTONIO SANDOVAL QUIÑONEZ

3- Actuando en su calidad de: DIRECTOR ADJUNTO DE REGISTROS Y NOTARIAS

4- Llevando el sello/timbre de: MINISTERIO DEL INTERIOR Y JUSTICIA

Certificado

5- En Caracas:    08/11/2007

6- Por el Ministro:

7- N°:    0167212

8-Sello/Timbre

9-Firma

Leonardo Javier Villalba Palacios
/ Ministro Consejero
Res. N° DM.080 del 06/03/2007

Edificio N° 30, Pelota a Punceres, Av. Urdaneta
Frente al CICPC, Caracas, Venezuela

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language Works**

STATE OF NEW YORK    )
                                       ) ss
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Ramirez Carreño Passport Affidavit* on 11/19/07, originally written in Spanish.

Gina/St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146587
Qualified in Kings County
Commission Expires May 22, 2010

*[Seal appears: Ministry of
The People's Power of Interior and Justice]*

Surname: ____PDVSA____

Form No.: _____

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Interior and Justice**
**Primary Register of the Capital District**
**Caracas**

*[Large crest appears: "April 19, 1810 – February 20, 1859 –
Independence – Federation – Bolivarian Republic of Venezuela"]*

**Legalization of Signature**

**Building No. 30, Pelota a Punceres, Av. Urdaneta**
**Facing CICPC, Caracas, Venezuela**

*[Three partial ink stamps appear: "Legalization - Bolivarian Republic of Venezuela – Ministry of the Interior and Justice – Primary Registry Office of the Capital District - Caracas"]*

[Ink stamp appears: "Notary Public Office No. Thirty-nine of the Municipality of Libertador – Form No. 141139 – Fees Bs. 39,105.60 - Issued for: November 2, 2007 at _____."]

[illegible signature]
Juan Carlos Márquez Cabrera
Venezuelan Bar Assn. No. 59526

[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

The Thirty-ninth Notary Public of the Municipality of Libertador, His Office

I, **Rafael Darío Ramírez Carreño**, a Venezuelan citizen, of legal age, domiciled in the city of Caracas, and holder of I.D. Document No. **V-5,479,706**, hereby certify: That the photocopies attached hereto correspond to Diplomatic Passport No. 396/2002, issued by the Minister of Foreign Relations on behalf of the President of the Bolivarian Republic of Venezuela, are true and accurate copies of their originals.

In Caracas, on the date of authentication.

[illegible signature]
**Rafael Darío Ramírez Carreño**
**I.D. V-5,479,706**

[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Four illegible fiscal stamps appear]

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

*[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

*[Two partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of*

*Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

[All of the text appears in English in the source document, following the text in Spanish and French, except for the items indicated below:]

Rafael Dario Ramírez Carreño, Minister of Energy and Mines.

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of

Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Left page]
[Photo appears]

Dry Seal
[illegible seal appears in background]

[illegible signature]

Signature of the Bearer

[Right page]

**Personal Description:**

Nationality:            Venezuelan

Place of Birth:         Caracas, Federal District

Date of Birth:          August 4, 1963

Face: Oval              Marital status: Married

Eye color:      Blue

Hair color:     Grey

Identifying features:   None

I.D. Card No.:          5,479,706

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of pInterior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

*[Multiple entry/exit stamps appear, not requiring translation.]*

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[Five partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

**BOLIVARIAN REPUBLIC OF VENEZUELA, MINISTRY OF THE INTERIOR AND JUSTICE. DR. ZULAY DE MARTÍNEZ, THIRTY-NINTH NOTARY PUBLIC OF THE MUNICIPALITY OF LIBERTADOR. EL BOSQUE. November 2, 2007. 197 and 148.** The foregoing document prepared by attorney Juan Carlos Marquez Cabrera, Member No. 59,526 of the Venezuelan Bar, was presented for authentication and return, per form No. 141139 dated November 2, 2007. The executing party was present and said that his name was: **RAFAEL DARIO RAMIREZ CARREÑO,** of legal age, domiciled in Caracas, married, a Venezuelan citizen, holder of I.D. No. **5,479,706.** Having read the instrument to him and compared the original with its photocopies, and having signed the letter and the original in the presence of the Notary, the executing party stated: **"ITS CONTENTS ARE TRUE AND THE SIGNATURE APPEARING AT THE BOTTOM OF THE INSTRUMENT IS MINE."** In virtue whereof, the Notary declared the document to be authenticated in the presence of witnesses María Eugenia Romero and María Carolina Gil, I.D. Nos. 5,074,944 and 8,640,853, entering it at No. 39, Volume 190 of the copybook of Authentications maintained in this Notary Office. The Notary Public acknowledged having informed the executing party of the Nature, Importance and Legal Consequences of the Document he issued as required by Article 79, No. 2 of the Public Registration and Notary Act, published in the Official Gazette of the Bolivarian Republic of Venezuela, No. 5,833, dated December 22, 2006. The Notary Public hereby certifies that for these proceedings, **María Eugenia Romero,** holder of I.D. No. 5,074,944, Clerk I of this Notary Office, was authorized to witness said issuing at PDVSA La Campiña, at 4:00 p.m. at the request of the interested party. All of the foregoing in accordance with Article 29 of the Public Notaries Regulation.

**THE NOTARY PUBLIC**
*[illegible signature]*
Dra. Zulay de Martinez
Notary Public No. Thirty-nine of the Municipality
of Libertador

**THE EXECUTING PARTY**
*[illegible signature]*
Rafael Dario Ramirez Carreño

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

**THE WITNESSES**
*[illegible signature]*
*[illegible signature]*

**AUTHORIZED OFFICIAL**
*[illegible signature]*

*[This page is blank in the source document, containing three partial seals which are not identifiable.]*

[Coat of arms]

[Coat of arms]

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PEOPLE'S POWER OF
INTERIOR AND JUSTICE
PRIMARY REGISTER OF THE CAPITAL
DISTRICT – CARACAS
No. 243025

The undersigned, **Dr. José Miguel Villanueva R.**, Primary Registrar of the Capital District,

hereby acknowledges:  In order to comply with Article 65 of the Public Registration and Notary Act, the

signature of **Dr. Zulay de Martínez** was legalized, who as of the date of execution was the **THIRTY-**

**NINTH PUBLIC NOTARY OF THE MUNICIPALITY OF LIBERTADOR, CAPITAL DISTRICT.**

This legalization does not prejudge any other matter of substance or of form, **Security Paper No. 243025.**

Issued at the request of Memo No. S/N *[unnumbered]* dated **November 7, 2007,** issued by **PDVSA.**  This

document was prepared by the Authorized Official.  Magalys Alvarez.  Caracas, November 7, 2007.

*[illegible signature]*
Magalys Alvarez
Authorized Official

*[Ink stamp appears:*
*"Legalization - Bolivarian*
*Republic of Venezuela – Ministry*
*of the People's Power of Interior*
*and Justice – Primary Registry*
*Office of the Capital District -*
*Caracas "]*

*[illegible signature]*
Dr. José M. Villanueva R.
Primary Registrar,
Capital District

*[Three partial ink stamps appear on the left margin: "Legalization - Bolivarian Republic of Venezuela –*

*Ministry of the People's Power of Interior and Justice – Primary Registry Office of the Capital District -*

*Caracas"]*

*[Three partial, unidentifiable seals appear on the left margin.]*

*[Ink stamp appears: "Legalization - Bolivarian Republic of Venezuela – Ministry of the People´s Power of Interior and Justice – Primary Registry Office of the Capital District - Caracas"]*

*[Three partial ink stamps appear on the right margin: "Legalization - Bolivarian Republic of Venezuela – Ministry of the People´s Power of Interior and Justice – Primary Registry Office of the Capital District - Caracas"]*

[Seal: "Ministry of the People's Power of Interior and Justice"]
OFFICE OF REGISTERS AND NOTARIES

The foregoing signature of

**JOSÉ M. VILLANUEVA R.**

is hereby legalized. He is the **Primary Registrar of the Capital District.**

Please be informed that this legalization does not prejudge any other matter of substance or of form.

Caracas, November 7, 2007
Years 197 and 148

For the Minister,

[Ink stamp appears: " Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Office of Registers and Notaries"]]

[illegible signature]
**Atty. Jonas Antonio Sandoval Q.**
**Assistant in the Office of Registries and Notaries**
By delegation of signature, per Resolution No. 057 dated January 30, 2007
Published in the Official Gazette of the Bolivarian Republic of Venezuela No. 38,615 of the same date.

[initials]
OFM

[Two partial, unidentifiable ink stamps appear on the left margin.]

Bolivarian Government       **Ministry of the People's Power of Interior**       **Venezuela**
of Venezuela               **and Justice**                                       Now for everyone

*[Two partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of People's Power of Foreign Relations – Legalizations Department"]*

No. 0066541

0167212

*[Crest appears]*
BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF PEOPLE'S POWER FOR FOREIGN RELATIONS
OFFICE OF CONSULAR RELATIONS

## APOSTILLE

The Hague Convention of October 5, 1961

1. Country:    VENEZUELA
   This public instrument:
2. was executed by: JONÁS ANTONIO SANDOVAL QUIÑONEZ
3. in his capacity of: ASSISTANT DIRECTOR OF REGISTRIES AND NOTARIES
4. bearing the seal/stamp of:    MINISTRY OF THE INTERIOR AND JUSTICE

## CERTIFIED

5. In Caracas: November 8, 2007
6. By the Minister:
7. No.: 0167212
8. Seal/Stamp

*[seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Foreign Relations – Legalizations Department"]*

9.    **Signature**
      *[illegible signature]*
      Leonardo Javier Villalba Palacios
      Minister-Council Member
      Res. No. DM.080 dated March 6, 2007

*[Two partial, unidentifiable ink stamps appear on the left margin.]*







SELLO SECO



**FIRMA DEL PORTADOR**
**SIGNATURE DU TITULAIRE**
**SIGNATURE OF BEARER**

SEÑALES PERSONALES ~ SIGNALEMENT ~ PERSONAL DESCRIPTION

NACIONALIDAD
NATIONALITÉ        *venezolana*
NATIONALITY

LUGAR DE NACIMIENTO
LIEU DE NAISSANCE    *Caracas ~ Dto.*
PLACE OF BIRTH       *Federal*

FECHA DE NACIMIENTO
DATE DE NAISSANCE    *04 de Agosto de 1963.*
DATE OF BIRTH

ROSTRO               ESTADO CIVIL
VISAGE   *Ovalado*  ETAT CIVIL    *casado*
FACE                 STATUS

COLOR DE LOS OJOS
COULEUR DES YEUX     *azules*
COLOUR OF EYES

COLOR DEL CABELLO
COULEUR DES CHAVEUX  *gris*
COLOUR OF HAIR

SEÑAS PARTICULARES
SIGNES PARTICULIERS  *ninguna*
DISTINGUISHING MARKS

CEDULA DE IDENTIDAD
CERTE D'IDENTITÉ     *5.479.706.*
IDENTITY CARD



20.

VENEZUELA
(2014599)
21 AGO...

AIRPORT IMMIGRATION
CURACAO
ING JAN 2 8 2009
Toegestaan verblijf voor

VENEZUELA
(2014739)
MAIQUETIA
26 FEB 2003
AEROPUERTO INTERNACIONAL
SIMON BOLIVAR

República de Colombia
SANTA MARTA
INMIGRACION

Republica de Colombia
SANTA MARTA
EMIGRACION

