# EXHIBIT G



Menu
Home
News Briefs
News
Opinion & Analysis
Audio
Video
Documents
Featured Articles
Newsletter Issues
Letters
Blog Entries
Static
About
Constitution
Basic Facts
Bibliography
Books
Links
Economic Indicators
What's new?
Interactive
Contact Us
Letter to the Editor
Sign up for Newsletter
RSS & Podcasts
Search
Text Size

Donate

Help keep us online - donate to Venezuela Analysis

Recommended Links

News

Home

# Venezuela Highlights its Strengths as a Reliable Energy Provider at the LNG Ministerial Summit

*December 31st 2003, by Venezuelanalysis.com*

Caracas, Venezuela. Dec 31 (Venezuelanalysis.com).- Venezuela ratified its commitment as a reliable and safe provider of oil and Natural Gas to the United States, during the Liquefied Natural Gas Ministerial (LNG) Summit, celebrated last December 17 and 18 in Washington, DC.

24 energy ministers attended the summit, along with LNG ship owners and builders, terminal owners, LNG facilities construction companies, pipeline owners, LNG buyers and contract holders, and marine and terminal facilities safety and security experts.

Rafael Ramirez

24 energy ministers attended the Liquefied Natural Gas (LNG) Ministerial Summit in Washington DC.

Attending the invitation of U.S. Secretary of Energy Spencer Abraham, the Venezuelan delegation was headed by the Minister of Energy and Mines Rafael Ramirez, Vice-Minister of Hydrocarbons Luis Vierma, and Venezuela's Ambassador to the United States Bernardo Alvarez.

Minister Ramirez, ratified Venezuela's commitment to continue being a reliable and safe



POLITICS
Chavez: Reform Strengthens Venezuelan State in Fight against Neo-Liberalism
November 14th 2007

INTERNATIONAL
Spanish-Venezuelan Spat Continues As Both Try to Calm Issue
November 13th 2007

INTERNATIONAL
Venezuelan President Clashes with the King of Spain at Latin American Summit
November 12th 2007

INTERNATIONAL
Chavez: "Latin America Is Waking Up, and No One Can Stop It"
November 9th 2007

INTERNATIONAL
Venezuela Accuses U.S. of Instigating Student Violence
November 9th 2007

OPPOSITION CIVIL SOCIETY
Pro-Chavez Students Blame Opposition Students for Violence at University
November 9th 2007

ECONOMY INTERNATIONAL
Venezuela and China Form Bilateral Development Fund
November 7th 2007

POLITICS

provider of energy for the United States, and presented Venezuela's vision to become the most important player in the LNG market in the Americas.

Vice-Minister of Hydrocarbons Luis Vierma presented an overview of the different LNG projects that Venezuela's oil giant PDVSA is currently pursuing, such as the Mariscal Sucre Project, along with Shell and Mitsubishi, and the Deltana Platform Project with ChevronTexaco, ConocoPhillips, and Statoil.

Vice-Minister of Hydrocarbons Luis Vierma during his presentation.

Vierma highlighted the potential that Venezuela has to offer for lucrative foreign investment in these and other LNG projects.

Minister Ramirez held private meetings with several Energy Ministers from Qatar, Mexico, Bolivia and Trinidad Tobago, during which bilateral cooperation agreements were discussed.

Also attending representing Venezuela were Joseph Alonso, Manuel Gonzalez and Domingo Rodriguez Polanco, who are in charge of PDVSA's LNG projects, as well as Fadi Kabboul, Energy Affairs Advisor at the Embassy of Venezuela in the United States.

PRINTER-FRIENDLY VERSION

Note: The old URL of this article was:
http://www.venezuelanalysis.com/news.php?newsno=1148

It has changed and is now:
http://www.venezuelanalysis.com/news/295

Chavez Urges Supporters to Campaign Non-Stop for Venezuelan Constitutional Reform
*November 7th 2007*

venezuelanalysis.com :: website realized with **drupal** using **free software** only :: site best viewed with **mozilla firefox**

POLITICS
Former Venezuelan Defense Minister Baduel Denounces Constitutional Reform
*November 6th 2007*

INTERNATIONAL
Representatives Colombian Guerrilla Arrive in Venezuela for Humanitarian Accords
*November 6th 2007*

12/19/03 Oil Daily 03352001
2003 WLNR 6503047

Oil Daily
COPYRIGHT 2003 Energy Intelligence Group

**December 19, 2003**

Volume 53; Issue 244

US, Opec Beg to Differ on Current Oil Rally.(Organization of Petroleum Exporting Countries, oil prices)

US, Opec Beg to Differ on Current Oil Rally.(Organization of Petroleum Exporting Countries, oil prices)

WASHINGTON -- Opec faced off with the world's largest oil consumer this week with both sides drawing different conclusions as to what is behind crude oil's relentless rise to its highest levels since the start of the Iraq war nine months ago.

Energy Secretary Spencer Abraham "informally" urged Opec ministers attending an liquefied natural gas (LNG) summit here this week to loosen their grip on production taps, Opec President Abdullah al-Attiyah said on Thursday.

Al-Attiyah said there was no fundamental reason for the fact that prices soared close to $34 per barrel on US futures markets this week. "We try to explain that these higher prices are not connected to a shortage of supply," said al- Attiyah. "Prices are being driven by geopolitics, speculators and psychological factors."

Venezuelan Oil **Minister** Rafael **Ramirez** told reporters at the conference that Opec would not adjust output before **ministers** meet on Feb. 10 in Algiers and he blamed market speculators for $2-$4/bbl of the current oil price.

But Abraham called current prices "very high" though he stopped short of telling reporters that he asked for more Opec oil when he met separately with oil ministers in Washington. In the four weeks ended Dec. 12, US crude inventories plunged 21 million barrels to put the supply deficit versus the seasonally adjusted 1998-2002 average at a worrying 10%.

"(The price) is very high and, obviously we have continually stated our belief that the market should be allowed to work," Abraham said.

In addition to al-Attiyah and **Ramirez**, the oil **ministers** from Saudi Arabia, Algeria, Indonesia and the United Arab Emirates attended the LNG talks. Earlier this week, Saudi Arabia's oil **minister** Ali Naimi pointed to the declining value of the dollar as a good reason for Opec to allow prices to rise above the group's $22-$28 target price. Al- Attiyah, who gives up the rotating Opec presidency at the end of this month, said that some discussion of Opec's intentions to curb supplies ahead of an expected fall in demand in the second quarter took place during the **ministers**' meetings with Abraham.

"We are very, very concerned about the second quarter because we believe (there)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

will be more surplus," al-Attiyah said. Later on Thursday, economists from Opec's Secretariat revised up its expectations for demand for Opec oil in the first and second quarter, albeit marginally. Opec now expects the call on Opec crude plus stocks to average 26.61 million barrels per day in the first quarter, falling to 24.65 million b/d in the second quarter, well above current production.

Al-Attiyah reiterated Opec's belief that second quarter 2004, which is normally a time of lower oil demand, will see a 2.5 million b/d overhang in oil supplies that will require cuts in order to keep prices from falling below the Opec target.

The potential for Opec cutbacks causes concern in the US given the increased demand required to fuel the current economic revival.

On Tuesday, Energy Information Administration Administrator Guy Caruso said that he believes that the need to replenish low stocks will keep prices from falling in the second quarter. Caruso said that the low stocks are "part of the reason we've seen the (recent) volatility in price."

Christian Schmollinger, Madeline Jowdy

---- INDEX REFERENCES ----

NEWS SUBJECT: (Exports (1EX39); Finance Management (1FI66); OPEC (1OP01); World Trade (1WO85); Economics & Trade (1EC26))

INDUSTRY: (Oil (1OI41); Oil & Gas (1OI76); Oil & Gas Prices (1OI34); Upstream Oil (1UP67); Oil & Gas Market (1OI62))

REGION: (North Africa (1NO44); Americas (1AM92); Saudi Arabia (1SA38); North America (1NO39); Middle East (1MI23); USA (1US73); Africa (1AF90); Algeria (1AL17); Arab States (1AR46))

Language: EN

OTHER INDEXING: (Abraham, Spencer) (ENERGY INFORMATION ADMINISTRATION; LNG; PETROLEUM EXPORTING COUNTRIES; VENEZUELAN OIL) (Abdullah; Abraham; Ali Naimi; Attiyah; Beg; Caruso; Christian Schmollinger; Energy; Guy Caruso; Madeline Jowdy; Opec; Opec Beg; Rafael Ramirez; Ramirez; Spencer Abraham; US) (Organization of Petroleum Exporting Countries (Prices and rates); Organization of Petroleum Exporting Countries (Production management); Petroleum (Prices and rates); Petroleum (Production management); Petroleum industry (Prices and rates); Petroleum industry (Production management)) (Trade) (Any type of business (BUSN); Petroleum, Energy Resources and Mining (OIL)) (Production management (230); Commodity & service prices (740)) (Organization of Petroleum Exporting Countries (0OPEC); United States (1USA))

PRODUCT: Petroleum; Petroleum & Energy Products; Crude Petroleum & Natural Gas; PETROLEUM AND COAL PRODUCTS; Crude petroleum and natural gas; Petroleum and Coal Products Manufacturing; Petroleum and Coal Products Manufacturing; Crude Petroleum and Natural Gas Extraction2910000; 2900000; 1310000

SIC: 2900; 1311

NAICS CODE: 3241; 324; 211111

Word Count: 679
12/19/03 OILDAILY 03352001

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

# Venezuela colocará primera molécula de gas en el mercado en 2008

*Venpres - www.aporrea.org*
19/12/03 - www.aporrea.org//n12561.html

Washington, 18 Dic. Venpres.- La imagen de Venezuela como el país con mayores reservas de gas del continente, y su rol estratégico para cubrir las futuras demandas del mercado norteamericano, se vio fortalecida durante la participación del Ministro de Energía y Minas, Rafael Ramírez, en la Cumbre
Ministerial de Gas Natural celebrada en Washington, los días 17 y 18 de diciembre; encuentro al que asistió atendiendo a una invitación del Departamento de Energía de los Estados Unidos.

Ante una numerosa concurrencia encabezada por sus homólogos de 25 países productores de gas, representantes del gobierno estadounidense, empresas del sector y medios de comunicación, Ramírez anunció que Venezuela espera colocar la primera molécula de gas en el mercado para el año 2008.

Con más de 148 trillones de pies cúbicos de reservas probadas de gas asociado y más de 196 trillones de pies cúbicos de reservas probadas de gas natural costa afuera, Venezuela está destinada a convertirse en la más confiable y competitiva proveedora de gas natural del continente. El
Gobierno Bolivariano ha implementado un marco legal e institucional que garantiza las inversiones nacionales y extranjeras en el sector, para lo cual solo se necesitan socios responsables.

En este sentido, se han garantizado licencias a empresas calificadas en el marco de los proyectos de Plataforma Deltana y Mariscal Sucre, los cuales sostendrán la primera gran ruta de desarrollo y expansión de gas natural licuado en el país. Además, existen otras áreas promisorias
que se abrirán a muchos socios. Son los casos de los desarrollos en el Golfo de Venezuela, Blanquilla, Carúpano, Falcón y Ensenada, cuyos recursos potenciales ascienden a 95 trillones de pies cúbicos de gas.

De esta forma, antes del año 2008 se espera invertir 800 millones de dólares en una campaña de exploración, y se estima que el desarrollo de los proyectos a ejecutar entre 2004 y 2009 supondrá una inversión de 6 billones de dólares para Petróleos de Venezuela, mientras que los socios tendrán la oportunidad de realizar inversiones por el orden de los 4 billones de dólares.

Noticia leida aproximadamente 1413 veces.
*Contador actualizado cada 3 minutos*

La fuente original de este documento es:
Venpres (http://www.venpres.gov.ve)

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

LanguageWorks

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Article dated 19 December 2003, "Venezuela colocará primera molécula de gas en el mercado en 2008"* completed on 11/19/07, originally written in Spanish.

Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

Venezuela will sell its first molecule of gas in the market in 2008
Venpres - www.aporrea.org
19/12/03 - www.aporrea.org//n12561.html

Washington, 18 December. Venpres.- The image of Venezuela as the country with the largest gas reserves on the continent, and its strategic role in meeting future demand of the North American market, was strengthened by the participation of Minister of Energy and Mines, Rafael Ramirez, at the Natural Gas Ministerial Summit held in Washington on December 17 and 18, which he attended at the invitation of the U.S. Department of Energy.

In front of numerous attendees led by counterparts from 25 gas-producing countries, representatives of the U.S. government, companies from that sector and the media, Ramirez announced that Venezuela plans to put its first shipments of natural gas on the market in 2008.

With more than 148 trillion cubic feet of proven gas reserves and more than 196 trillion cubic feet of proven offshore natural gas reserves, Venezuela is destined to become the most reliable and competitive supplier of natural gas on the continent. The Venezuelan Government has implemented a legal and institutional framework that guarantees domestic and foreign investment in the sector, for which they only require responsible partners.

In this regard, licenses have been guaranteed to qualified companies for projects in the Deltana Platform and Mariscal Sucre, which will support the first major thrust of development and expansion of liquefied natural gas in the country. There are also other promising areas that will be opened to many partners. This is the case of developments in the Gulf of Venezuela, Blanquilla, Carúpano, Falcón and Ensenada, with potential resources totaling 95 trillion cubic feet of gas.

So, before 2008 it is expected that 800 million dollars will be invested in an exploration campaign, and it is estimated that the development of projects between 2004 and 2009 will entail investments of 6 billion dollars for Petróleos de Venezuela, while the partners will have the opportunity to make investments in the amount of 4 billion dollars.

Article read approximately 1417 times.
Counter updated every 3 minutes
The original source of this document is:
Venpres (http://www.venpres.gov.ve)