# EXHIBIT K

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \* \*
\*
Compañía del Bajo Caroni (Caromin), C.A., *et al.*, \*
\*
Plaintiffs, \*
\*
v. \*   Case No. 07-CV-3179 (NRB)
\*
Bolivarian Republic of Venezuela, *et al.*, \*
\*
Defendants. \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARACIÓN DE MAIRA OLIVERA

Yo, Maira Olivera, declaro y manifiesto lo siguiente:

1. Soy ciudadana de la República Bolivariana de Venezuela, y resido en la ciudad de Caracas, Venezuela.

2. Actualmente me desempeño como secretaria para la oficina de Recursos Humanos de PDVSA, en Comisión de Servicios.

3. Entre los años 2001 al 2005, trabajé en el Ministerio de Energía y Minas. En diciembre de 2003, trabajaba como secretaria del Dr. Adrián Zerpa, Jefe de la División de Tramitaciones Mineras la cual era parte de la Dirección de Concesiones Mineras.

4. Entre mis responsabilidades, tenía a mi cargo recibir las llamadas de concesionarios, recibir y enviar correspondencia, y sacar fotocopias solicitadas por el Dr.

-1-

Zerpa, o solicitarle al Sr. Miguel Daniels, quien trabajaba en la oficina sacando fotocopias, que sacara las fotocopias.

5.  Ni en la Dirección de Concesiones Mineras ni en la División de Tramitaciones Mineras había fotocopiadora a color durante el período en que yo trabajé. Como resultado, no teníamos capacidad de sacar fotocopias a color en la Dirección de Concesiones Mineras ni en la División de Tramitaciones Mineras. Yo nunca saqué una fotocopia a color dentro o fuera del Ministerio para el Dr. Adrián Zerpa o para ninguna otra persona relacionada con mi trabajo, ni nunca solicité al Sr. Daniels ni a ninguna otra persona que sacara una fotocopia a color relacionada con mi trabajo.

6.  Tengo conocimiento personal de la información manifestada en esta Declaración firmada por mi persona. Declaro bajo pena de perjurio bajo las leyes de la República Bolivariana de Venezuela y bajo las leyes de los Estados Unidos y en conformidad con 28 U.S.C. §1746 que lo anterior es verdadero y cierto.

Suscrito el 2 de noviembre de 2007 en la ciudad de Caracas, Venezuela.

_____  C.F. /2964.611
Maira Olivera

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language Works**

STATE OF NEW YORK    )
                     )    ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Olivera Declaration* completed on 11/19/07, originally written in Spanish.

_____
Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

_____
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Compañía del Bajo Caroni (Caromin) C.A., *et al.*,

Plaintiffs,

v.                                                                      Case No. 07-CV-3179 (NRB)

Bolivarian Republic of Venezuela, *et al.*,

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DECLARATION OF MAIRA OLIVERA**

I, Maira Olivera, do declare and state the following:

1. I am a Venezuelan citizen and reside in the city of Caracas, Venezuela.

2. I am currently employed as a secretary in the Office of Human Resources of PDVSA, on assignment.

3. Between 2001 and 2005, I worked at the Ministry of Energy and Mines. In December 2003, I worked as a secretary for Dr. Adrián Zerpa, Head of the Division of Mining Applications, which was part of the Bureau of Mining Concessions.

4. As part of my responsibilities, I was in charge of receiving phone calls from concession-holders, receiving and sending correspondence, and making photocopies requested by Dr. Zerpa, or asking Mr. Miguel Daniels, who also worked at that office making photocopies, to make photocopies.

5.  There was no color photocopier at either the Bureau of Mining Concessions or in the Division of Mining Applications during the period in which I was employed there. As a result, we did not have the capability of making color photocopies either at the Bureau of Mining Concessions or the Division of Mining Applications. I never made any color photocopy either within or outside the Ministry for Dr. Adrián Zerpa, or for any other person related to my work, nor did I ever request Mr. Daniels, or any other person, to make a color photocopy related to my work.

6.  I have personal knowledge of the information given in this statement, which is signed by me. I declare under penalty of perjury under the laws of Venezuela and under the laws of the United States, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Signed this 2nd day of November 2007 in the city of Caracas, Venezuela.


                [sgd] Maira Olivera
                National ID Card No. 12964.611