# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
Compañía del Bajo Caroni (Caromin), C.A., et al.,   *
                                                *
                        Plaintiffs,             *
                                                *
        v.                                      *    Case No. 07-CV-3179 (NRB)
                                                *
Bolivarian Republic of Venezuela, et al.,       *
                                                *
                        Defendants.             *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECLARACIÓN DE MARÍA ELENA PALACIOS

Yo, María Elena Palacios, declaro y manifiesto lo siguiente:

1.  Soy ciudadana de la República Bolivariana de Venezuela, y resido en la ciudad de Guarenas, Estado Miranda, Venezuela.

2.  Desde julio de 1980 hasta marzo de 2005 trabajé en el Ministerio de Energía y Minas.

3.  En diciembre de 2003, trabajé como secretaria de la Dirección de Concesiones Mineras, asistiendo a la Dra. Martha Acosta y al Dr. Adrián Zerpa.

4.  Mi trabajo como secretaria consistía en atención al público, control de entrada y salida de correspondencia, y asistir a la Dra. Acosta y al Dr. Zerpa con las fotocopias que necesitaran, contando con la ayuda del Sr. Miguel Daniels, quien trabajaba en la oficina sacando fotocopias.

5. En la Dirección de Concesiones Mineras no había una fotocopiadora a color en diciembre de 2003, ni tampoco existía una fotocopiadora a color en esa época en la División de Tramitaciones Mineras. Durante el tiempo en que trabajé allí, yo jamás saqué una fotocopia a color referente a un asunto relativo a mi trabajo. Yo tampoco solicité al Sr. Daniels ni a nadie que sacara una fotocopia a color en nuestra oficina, ni en el Ministerio, ni fuera del Ministerio para la Dra. Martha Acosta ni para el Dr. Adrián Zerpa ni para ninguna otra persona relacionada con mi trabajo.

6. Tengo conocimiento personal de la información manifestada en esta Declaración firmada por mi persona. Declaro bajo pena de perjurio bajo las leyes de la República Bolivariana de Venezuela y bajo las leyes de los Estados Unidos y en conformidad con 28 U.S.C. §1746 que lo anterior es verdadero y cierto.

Suscrito el 6 de noviembre de 2007 en la ciudad de Caracas, Venezuela.

*[signature]*
María Elena Palacios
C.I. 3969689

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language Works**

STATE OF NEW YORK   )
                    )   ss
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Palacios Declaration* completed on 11/19/07, originally written in Spanish.

Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
Compañía del Bajo Caroni (Caromin) C.A., *et al.*,   \*
\*
Plaintiffs,   \*
\*
v.   \*   Case No. 07-CV-3179 (NRB)
\*
Bolivarian Republic of Venezuela, *et al.*,   \*
\*
Defendants.   \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF MARIA ELENA PALACIOS

I, Maria Elena Palacios, do declare and state the following:

1. I am a Venezuelan citizen and reside in the city of Guarenas, State of Miranda, Venezuela.

2. From July 1980 to March 2005, I worked at the Ministry of Energy and Mines.

3. In December 2003, I worked as a secretary in the Bureau of Mining Concessions, assisting Dr. Martha Acosta and Dr. Adrián Zerpa.

4. As a secretary, my job consisted of handling inquiries from the public, controlling incoming and outgoing correspondence, and assisting Drs. Acosta and Zerpa with making any required photocopies, for which I counted on the assistance of Mr. Miguel Daniels, who worked in the office making photocopies.

5. In December 2003, there was no color photocopying machine either at the Bureau of Mining Concessions or at the Division of Mining Applications. During the time I worked there, I never made a color photocopy relating to any work matter. Nor did I ask Mr. Daniels or anyone else to make a color photocopy in our office or in the Ministry or outside the Ministry for either Dr. Martha Acosta or Dr. Adrián Zerpa, or for any other person related to my job.

6. I have personal knowledge of the information given in this statement, which is signed by me. I declare under penalty of perjury under the laws of Venezuela and under the laws of the United States, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Signed this 6th day of November 2007 in the city of Caracas, Venezuela.

[sgd]  María Elena Palacios
         National ID Card No. 3969689