# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
Compañía del Bajo Caroni (Caromin), C.A., et al., *
                                               *
                    Plaintiffs,                *
                                               *
         v.                                    *   Case No. 07-CV-3179 (NRB)
                                               *
Bolivarian Republic of Venezuela, et al.,      *
                                               *
                    Defendants.                *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DECLARACIÓN DE MARIA TERESA LUGO

Yo, María Teresa Lugo, declaro y manifiesto lo siguiente:

1. Soy ciudadana de Venezuela, y resido en la ciudad de Caracas, Venezuela.

2. En diciembre de 2003, yo trabajaba como secretaria de la Dirección de Concesiones Mineras del Ministerio de Energía y Minas, hoy Ministerio del Poder Popular para la Energía y Petróleo. En esa época, la Dra. Martha Acosta era la Directora de Concesiones Mineras, y el Dr. Adrián Zerpa, era Jefe de la División de Tramitaciones Mineras la cual funcionaba dentro de la Dirección de Concesiones Mineras.

3. Entre mis responsabilidades como secretaria, tenía a mi cargo atender al público, responder llamadas telefónicas y atender las solicitudes de fotocopias, ya sea

-1-

realizándolas yo misma, o solicitando al Sr. Miguel Daniels, quien trabajaba en la oficina brindando apoyo con las fotocopias, que las hiciera.

4.   Ni en la Dirección de Concesiones Mineras, ni en la División de Tramitaciones Mineras, había una fotocopiadora a color durante el período en que yo desempeñé funciones. Yo nunca saqué una fotocopia a color mientras trabajé en esta Dirección, ni tampoco saqué una fotocopia a color dentro o fuera del Ministerio para ninguna persona que se vinculara con mi trabajo. Tampoco solicité nunca al Sr. Daniels ni a ninguna otra persona que sacara una fotocopia a color para el Dr. Adrián Zerpa, ni para ninguna persona que se relacionara con mi trabajo.

5.   Tengo conocimiento personal de la información manifestada en esta Declaración firmada por mi persona. Declaro bajo pena de perjurio bajo las leyes de Venezuela y bajo las leyes de los Estados Unidos y en conformidad con 28 U.S.C. §1746 que lo anterior es verdadero y cierto.

Suscrito el 2 de noviembre de 2007 en la ciudad de Caracas, Venezuela.

_____
María Teresa Lugo

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language Works**

STATE OF NEW YORK    )
                     )    ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Lugo Declaration* completed on 11/19/07, originally written in Spanish.

_____
Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

_____
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Compañía del Bajo Caroni (Caromin) C.A., *et al.*,

Plaintiffs,

v.

Bolivarian Republic of Venezuela, *et al.*,

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Case No. 07-CV-3179 (NRB)

## **DECLARATION OF MARIA TERESA LUGO**

I, María Teresa Lugo, do declare and state the following:

1. I am a Venezuelan citizen and reside in the city of Caracas, Venezuela.

2. In December 2003, I worked as a secretary at the Bureau of Mining Concessions of the Ministry of Energy and Mines, today the Ministry of the People's Power for Energy and Petroleum. At that time, Dr. Martha Acosta was the Director of Mining Concessions, and Dr. Adrián Zerpa was the Head of the Division of Mining Applications, which functioned within the Bureau of Mining Concessions.

3. As a secretary, my responsibilities included, attending to the public, answering telephone calls and handling requests for photocopies, which I did myself or asked Mr. Miguel Daniels, who worked in the office helping our with photocopying, to make the requested photocopies.

4. There was no color photocopying machine either in the Bureau of Mining Concessions or in the Division of Mining Applications during the period I worked there. I never made a color photocopy while I worked at the Bureau of Mining Concessions, nor did I make a color photocopy inside or outside the Ministry for anyone connected to my work. Nor did I ever ask Mr. Daniels, or any other person, to make a color photocopy for Dr. Adrián Zerpa, or for any person who was connected with my work.

5. I have personal knowledge of the information stated in this declaration signed by me. I declare under penalty of perjury under the laws of Venezuela and under the laws of the United States, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Signed this 2nd day of November 2007 in the city of Caracas, Venezuela.


[sgd] María Teresa Lugo