# EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
*****************************
                              *
Compañía del Bajo Caroni (Caromin), C.A., et al.,  *
                              *
              Plaintiffs,     *
                              *
     v.                       *     Case No. 07-CV-3179 (NRB)
                              *
Bolivarian Republic of Venezuela, et al.,          *
                              *
              Defendants.     *
                              *
*****************************
```

## DECLARACIÓN DE MIGUEL DANIELS

Yo, Miguel Daniels, declaro y manifiesto lo siguiente:

    1.    Soy ciudadano de Venezuela, y resido en la ciudad de Caracas, Venezuela.

    2.    En diciembre de 2003, yo trabajaba en la Dirección de Concesiones Mineras del Ministerio de Energía y Minas. Yo estaba a cargo de sacar fotocopias en la Dirección de Concesiones Mineras, dentro de la cual también se encontraba la División de Tramitaciones Mineras. Actualmente estoy jubilado.

    3.    En esa época no existía una fotocopiadora a color ni en la Dirección de Concesiones Mineras, ni en la División de Tramitaciones Mineras. Por lo tanto yo nunca saqué una fotocopia a color en todo el período en que desempeñé funciones en estas

oficinas. Tampoco saqué nunca una fotocopia a color en otras oficinas dentro del Ministerio, ni fuera del Ministerio.

4.  Tengo conocimiento personal de la información manifestada en esta Declaración firmada por mi persona. Declaro bajo pena de perjurio bajo las leyes de Venezuela y bajo las leyes de los Estados Unidos y en conformidad con 28 U.S.C. §1746 que lo anterior es verdadero y cierto.

Suscrito el 6 de noviembre de 2007 en la ciudad de Caracas, Venezuela.

Miguel Daniels

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language** *Works*

STATE OF NEW YORK    )
                     )   ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Daniels Declaration* completed on 11/19/07, originally written in Spanish.

_____
Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

_____
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

* * * * * * * * * * * * * * * * * * * * * * * * *
Compañía del Bajo Caroni (Caromin) C.A., *et al.*,  *
                                         *
          Plaintiffs,                    *
                                         *
v.                                       *   Case No. 07-CV-3179 (NRB)
                                         *
Bolivarian Republic of Venezuela, *et al.*,  *
                                         *
          Defendants.                    *
* * * * * * * * * * * * * * * * * * * * * * * * *

### DECLARATION OF MIGUEL DANIELS

I, Miguel Daniels, do declare and state the following:

1. I am a Venezuelan citizen and reside in the city of Caracas, Venezuela.

2. In December 2003, I worked at the Bureau of Mining Concessions of the Ministry of Energy and Mines. I was in charge of making photocopies at the Bureau of Mining Concessions, within which was housed the Division of Mining Applications. I am currently retired.

3. At that time, there was no color photocopying machine either at the Bureau of Mining Concessions or at the Division of Mining Applications. Therefore, I never made a color photocopy during the entire period when I worked at these offices. Nor did I make any color photocopies in any other offices within or outside the Ministry.

4. I have personal knowledge of the information given in this statement, which is signed by me. I declare under penalty of perjury under the laws of Venezuela

and under the laws of the United States, and in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Signed this 6th day of November 2007 in the city of Caracas, Venezuela.

[sgd] Miguel Daniels