# EXHIBIT S

Ciudadano
Dra. Laura Paredes
Dirección General de Concesiones Mineras
Ministerio de Industrias Básicas y Minería.
Su Despacho.-

Yo, **LUIS ANDRES GUERRERO ROSALES**, venezolano, mayor de edad, de este domicilio, titular de la Cédula de Identidad N° 6.816.219, e Inscrito en el Instituto de Previsión Social del Abogado bajo el N° 28.521, ante usted respetuosamente ocurro a fin de exponer lo siguiente:

1) Consta de instrumentos poderes otorgados por ante la Notaría Pública Séptima del Municipio Chacao, en fecha 18 de diciembre de 2003, los cuales cursan ante este Despacho en el correspondiente Expediente Administrativo, que he venido ejerciendo ante esta sede administrativa, la representación de las sociedades "Compañía Minera del Bajo Caroní, Caromin, C.A." y "VMC Mining Company, C.A.".



2) Asimismo, consta en el respectivo expediente administrativo, que mis actuaciones han estado destinadas a impulsar la ejecución de la Providencia Administrativa N° 003, de fecha 02 de diciembre de 2003, dictada por la Dirección General de Minas del extinto Ministerio de Energía y Minas, en la cual se acordó el Rescate Anticipado de las Concesiones Mineras Alfa 1, Alfa 2, Alfa 3 y Alfa 4, y Delta A, Delta B, Delta C y Delta D.; así como la correspondiente indemnización de dichas empresas.

3) Ahora bien, siendo el caso que he sido informado por las mencionadas empresas que dicha reclamación será planteada fuera de la vía administrativa; me permito notificar ante ese Despacho mi renuncia a la representación que ejerciera por las sociedades **VMC Mining Company, C.A.** y **Compañía Minera del Bajo Caroní, Caromin, C.A.**, tal como consta de documentos otorgados por ante la Notaría Pública Séptima del Municipio Chacao del Estado Miranda, en fecha 23 de abril de 2007, los cuales fueron anotados bajos los Nros. 48 y 49, respectivamente, en el tomo 48 de los Libros de Autenticaciones.



A los fines legales consiguientes consigno copia de los documentos contentivos de dichas renuncias, y presento sus originales ad efectum videndi.

En Caracas, a la fecha de su presentación.

*Javier E. Garrido L.*
Abogado
Inpreabogado N° 83.968

Notaría Pública Séptima del Municipio
Chacao del Estado Miranda
Fecha de presentación .......... 23/01/02
Planilla N° .......... 66617
Derechos Bs. .......... 30705
Fecha del Otorgamiento .......... 23/01/02

Yo, **Luis Andrés Guerrero Rosales**, venezolano, mayor de edad, de este domicilio, titular de la cédula de identidad número 6.816.219, e inscrito en el Inpreabogado bajo el número 28.521, mediante el presente documento declaro: Que **RENUNCIO** formal y expresamente, al poder especial que me fuera otorgado por la empresa **"COMPAÑÍA MINERA DEL BAJO CARONÍ" CAROMIN, C.A.**, sociedad mercantil domiciliada en Ciudad Bolívar, Municipio Autónomo Heres del Estado Bolívar, inicialmente inscrita ante el Registro Mercantil Segundo del Distrito Federal y Estado Miranda, bajo el N°86, Tomo 7-A, en fecha 27 de enero de 1983, según documento autenticado ante la Notaría Pública Séptima del Municipio Chacao del Estado Miranda en fecha 18 de diciembre de 2003, dejándolo inserto bajo el N°46, Tomo 55, de los libros de Autenticaciones llevados por dicha Notaría Pública, y en virtud del cual se me facultó para que representara y sostuviera los derechos e intereses de dicha sociedad mercantil, ante el Ministerio de Energía y Minas de la República Bolivariana de Venezuela (hoy denominado Ministerio de Industrias Básicas y Minería), así como ante cualquier otro ente de la Administración Pública Central o Descentralizada en el procedimiento administrativo relativo al rescate anticipado declarado por el señalado Ministerio sobre las Concesiones Mineras **Alfa 1, Alfa 2, Alfa 3 y Alfa 4**, según oficio **DGM-DCM-DTM-516** del 2 de diciembre de 2003. Caracas, en la fecha de su autenticación.

"REPUBLICA BOLIVARIANA DE VENEZUELA"
MINISTERIO DEL PODER POPULAR PARA LAS RELACIOES DEL INTERIOR Y JUSTICIA. DALIA ROJAS MONTERO.- NOTARIO PUBLICO (TITULAR) DEL MUNICIPIO CHACAO ESTADO MIRANDA. El Rosal, _Veintitres_ ( 23 ) de _Abril_ de Dos Mil Siete (2.007). 196° y 148°. El anterior documento redactado por el Abogado **JAVIER E. GARRIDO L.** Inscrito en el Inpreabogado bajo el N° **83.968**, presentado por LUIS GUERRERO, titular de la cedula de identidad Nro V- **6.816.216** para su **AUTENTICACION Y DEVOLUCION**, según planilla N° **66627**, de fecha **23-04-2.007**, de conformidad con la Ley de arancel Judicial. Presente su otorgante dijo llamarse: **LUIS ANDRES GUERRERO ROSALES** domiciliados en **CARACAS** de Nacionalidad: **VENEZOLANA**, de estado civil: _Soltero_, titulares de las cédulas de identidad Nros. V- **6.816.216**, respectivamente. Leídoles y confrontado el original con sus fotocopias y firmada en éstas y en el original, los otorgantes expusieron: "**SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO**". La Notario en tal virtud da Fe Pública a solicitud de parte interesada del acto o negocio jurídico otorgado en su presencia y de las copias firmadas en original que formaran el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el N° **49, Tomo 48**, de los Libros de Autenticaciones llevados en esta Notaria. Actuaron como testigos **YVONNE PAIVA y ALEJANDRA MARQUEZ**, titulares de las cédulas de identidad números V- **11.030.589** y V- **23.067.589**. Igualmente hace constar que se le dio estricto cumplimiento a lo establecido en el **Artículo 79, Ordinal 2do de la Ley de Registro Público y del Notariado**, identificó a las partes y les informo del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios Jurídicos otorgados en su presencia, así como de las renuncias, reserva, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos.- Para este acto se autorizo a _Yineth Malave_, con cedula de identidad V- _15049645_, escribiente _I_, de esta notaria para realizar dicho otorgamiento conforme al artículo 29 del Reglamento de Notarias Publicas en: **TORRE EL SAMAN PISO 8**. - Término se leyó y conforme firman:

LA NOTARIO PÚBLICO                                  EL OTORGANTE

_Dalia Rojas M_
Dalia Rojas Montero
Notario Público Séptimo de Chacao
Estado Miranda                                      LUIS ANDRES GUERRERO ROSALES

LOS TESTIGOS                                        EL FUNCIONARIO AUTORIZADO

*Javier E. Garrido L.*
*Abogado*
Inpreabogado N° 83.968




Yo, **Luis Andrés Guerrero Rosales**, venezolano, mayor de edad, de este domicilio, titular de la cédula de identidad número 6.816.219, e inscrito en el Inpreabogado bajo el número 28.521, mediante el presente documento declaro: Que **RENUNCIO** formal y expresamente, al poder especial que me fuera otorgado por la empresa "**V.M.C. MINING COMPANY, C.A.**", sociedad mercantil domiciliada en la Ciudad de Puerto Ordaz, Estado Bolívar, debidamente inscrita por ante el Registro Mercantil de la Circunscripción Judicial del Estado Bolívar, en fecha 25 de Octubre de 1993, bajo el N°20, Tomo 177-A, según documento autenticado ante la Notaría Pública Séptima del Municipio Chacao del Estado Miranda en fecha 18 de diciembre de 2003, dejándolo inserto bajo el N°45, Tomo 55, de los libros de Autenticaciones llevados por dicha Notaría Pública, y en virtud del cual se me facultó para que representara y sostuviera los derechos e intereses de dicha sociedad mercantil, ante el Ministerio de Energía y Minas de la República Bolivariana de Venezuela (hoy denominado Ministerio de Industrias Básicas y Minería), así como ante cualquier otro ente de la Administración Pública Central o Descentralizada en el procedimiento administrativo relativo al rescate anticipado declarado por el señalado Ministerio sobre las Concesiones Mineras **DELTA A, DELTA B, DELTA C** y **DELTA D**, según oficio **DGM-DCM-DTM-516** del 2 de diciembre de 2003. Caracas, en la fecha de su autenticación.



"REPUBLICA BOLIVARIANA DE VENEZUELA" MINISTERIO DEL PODER POPULAR Y LAS RELACIONES DEL INTERIOR Y JUSTICIA.- ABOGADA. DALIA ROJAS MONTERO.- NOTARIO PUBLICO (TITULAR) SÉPTIMO DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA.- EL ROSAL.- Veintitres (23) de Abril, Dos Mil Siete (2007). 196° y 148°.- El Anterior Documento redactado por el Abogado (a): JAVIER E. GARRIDO L., inscrito (a) en el Inpreabogado bajo el No. 83.968, presentado por: LUIS GUERRERO, titular de la Cédula de Identidad No. 6.816.219, para su AUTENTICACIÓN y DEVOLUCIÓN, según planilla No. 66626, de fecha: 23-04-2007, de las Tasas por Servicios Notariales, conforme a lo establecido en la Ley de Registro Público y del Notariado.- Presente (s) su (s) Otorgante (s) dijo (eron) Llamarse: LUIS ANDRÉS GUERRERO ROSALES, mayor (es) de edad, domiciliados en: CARACAS, de Nacionalidad: VENEZOLANO, de Estado Civil: Soltero, y titular (es) de la (s) Cédula (s) de Identidad No (s). V- 6.816.219, Leídole (s) y confrontado el original con sus fotocopias y firmadas en éstas y en el Original, el (los) otorgante (s) expuso (ieron) "SU CONTENIDO ES CIERTO Y MIA (NUESTRAS) LA (S) FIRMA (S) QUE APARECE (N) AL PIE DEL INSTRUMENTO".- El Notario en tal virtud da FE PÚBLICA a solicitud de parte interesada del Acto o Negocio Jurídico otorgado en su presencia y de las copias firmadas en original que formaran el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el No. 48, Tomo 48, de los Libros de Autenticaciones llevados en ésta Notaría.- actuaron como testigos instrumentales: JULIO GARCÍA MARTÍNEZ y MARISELA DE GUISASOLA, titulares de las Cédulas de Identidad No. 8.773.236 y 4.270.641.- La Notario Público hace constar que en cumplimiento del Artículo 79, Ordinal 2° de la Ley de Registro y Notarías Públicas, identificó a las partes y les informo del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios jurídicos otorgados en su presencia, así como de las renuncias, reserva, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos.- Igualmente hace constar que tuvo a la vista El Poder otorgado por: "V.M.C. MINING COMPANY, C.A., el cual fue autenticado por ante está Notaría Pública, el 18 de Diciembre de 2003, anotado bajo el No. 45, Tomo 55.- y para este acto se autorizó a : _____, con Cédula No. V 15749615, Escribiente : ____I____, de está Notaría para presenciar dicho otorgamiento conforme el

Artículo 29 del Reglamento de Notarías Públicas en: Av. Venezuela, Torre El Saman, piso 6, El Rosal, hoy a las : __04:00 pm__, a petición de parte interesada.- Termino se leyó y conforme firman.-

**LA NOTARIO PUBLICO**

Dalia Rojas Montero
Notaria Pública Séptima de Chacao
Estado Miranda

**EL (LOS) OTORGANTE (S)**

LUIS ANDRÉS GUERRERO ROSALES

**LOS TESTIGOS.-**

DR/jg.-

**EL FUNCIONARIO AUTORIZADO**

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language Works**

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *L. Guerrero Resignation Letter* completed on 11/19/07, originally written in Spanish.

_____
Gina St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

_____
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010

Dr. Laura Paredes
Office of Mining Concessions
Ministry of Basic Industries and Mining


   I, **LUIS ANDRES GUERRERO ROSALES,** Venezuelan, of legal age, residing in this domicile, holder of I.D. No. 6,816,219, and registered with the Venezuelan Bar Association at No. 28,521, respectfully appear before you in order to state the following:

1)  It is recorded from power of attorney documents issued before the Seventh Notary Public of the Municipality of Chacao, on December 18, 2003, which were filed with this Office in the corresponding Administrative File, that I have been representing the companies **"Compañía Minera del Bajo Caroní, Caromin, C.A." and "VMC Mining Company, C.A."** before this administrative venue.

2)  Furthermore, it is recorded in the corresponding administrative file, that my actions have been intended to promote the implementation of Administrative Order No. 003 dated December 2, 2003, issued by the Office of Mines of the Former Ministry of Energy and Mines, which granted the Early Redemption of the Mining Concessions Alfa 1, Alfa 2, Alfa 3 and Alfa 4 and Delta A, Delta B, Delta C and Delta D, as well as the corresponding indemnification of said companies.

3)  Now then, since I have been informed by the aforementioned companies that said claim shall be filed outside of the administrative channels, I would like to notify this Office of my resignation as representative for of the companies **VMC Mining Company, C.A.** and **Compañía Minera del Bajo Caroní, Caromin, C.A.,** as is noted in documents issued before the Seventh Notary Public of the Municipality of Chacao of the State of Miranda, dated April 23, 2007, which were entered at Nos. 48 and 49, respectively, in Volume 48 of the Book of Authentications.

   For the corresponding legal purposes, I herewith deliver a copy of the documents containing said resignations and I herewith submit the corresponding originals for the purpose of comparison.

   In Caracas, on the date of its submission.

   [illegible signature]

*[Three illegible fee stamps appear.]*

*[Partially legible "RECEIVED" stamp dated May 3, 2007 appears.]*

| | | |
|---|---|---|
| [illegible signature]<br>Javier E. Garrido L.<br>Attorney<br>Ven. Bar Assoc. No. 83,968 | [Ink stamp appears: "Bolivarian Republic of Venezuela<br>Ministry of the People's Power of Interior and Justice<br>Notary Public No. Seven<br>Municipality of Chacao – State of Miranda"] | Seventh Public Notary Office of the Municipality of Chacao - State of Miranda<br>Date of presentation: Apr. 23, 2007<br>Form No.: 66627<br>Fees: Bs. 30705<br>Date Issued: Apr. 23, 2007 |

I, **Luis Andrés Guerrero Rosales,** Venezuelan, of legal age, residing in this domicile, holder of I.D. No. 6,816,219, and registered with the Venezuelan Bar Association at No. 28,521, hereby represent: That I formally and expressly RESIGN the special power of attorney that has been granted to me by the company **"COMPAÑÍA MINERA DEL BAJO CARONÍ" CAROMIN, C.A.,** a commercial company domiciled in Ciudad Bolivar, in the Autonomous Municipality of Heres, in the State of Bolivar, initially entered in the Second Commercial Register of the Federal District and State of Miranda, at No. 86, Volume 7-A, dated January 27, 1983, according to the document authenticated by the Seventh Notary Public of the Municipality of Chacao, State of Miranda, dated December 18, 2003, inserting it at No. 46, Volume 55, of the Book of Authentications maintained by said Public Notary Office, and in virtue of which I was authorized to represent and promote the rights and interests of said commercial company, before the Ministry of Energy and Mines of the Bolivarian Republic of Venezuela (today called the Ministry of Basic Industries and Mining), and before any other entity of the Central or Decentralized Government in the corresponding administrative proceedings relative to the early recovery declared by the indicated Ministry for the Mining Concessions referenced as **Alfa 1, Alfa 2, Alfa 3 and Alfa 4,** according to memo **DGM-DCM-DTM-516** dated December 2, 2003. Caracas, on the date of its authentication.

[illegible signature]

*[Three partial ink stamps appear on left margin: "Bolivarian Republic of Venezuela - Ministry of the People's Power of the Interior and Justice - Notary Public No. Seven - Municipality of Chacao – State of Miranda"]*

**BOLIVARIAN REPUBLIC OF VENEZUELA, MINISTRY OF THE INTERIOR AND JUSTICE. DALIA ROJAS MONTERO. NOTARY PUBLIC OF THE MUNICIPALITY OF CHACAO, STATE OF MIRANDA.** El Rosal, April twenty-third, 2007. **196 and 148.** The foregoing document prepared by attorney Javier E. Garrido L., Member No. 83,968 of the Venezuelan Bar, presented by LUIS GUERRERO, holder of I.D. No. V-6,816,216 for its **AUTHENTICATION AND RETURN** per form **No. 66627**, dated **April 23, 2007**, in accordance with the Judicial Tariff Law. The executing party was present and said that his name was: **LUIS ANDRES GUERRERO ROSALES,** domiciled in Caracas, a Venezuelan citizen, SINGLE, holders of I.D. Nos. **6,816,216,** respectively [sic]. Having read the instrument to him and compared the original with its photocopies, and having signed the latter and the original in the presence of the Notary, the issuing parties [sic] stated: **"ITS CONTENTS ARE TRUE AND THE SIGNATURES APPEARING AT THE BOTTOM OF THE INSTRUMENT ARE OURS [sic]."** In virtue whereof, the Notary, at the request of the interested party witnessed the legal act or transaction conducted before him and the original copies signed, which comprised the Primary Volume and the Duplicate Volume, being entered at No. 49, Volume 48 of the Book of Authentications maintained by this Notary Office. **Yvonne Paiva and Alejandra Marquez** served as witnesses, who are holders of I.D. Nos. **V-11,030,589 and V-23,067,589.** It was also acknowledged that the provisions of **Article 79, No. 2 of the Public Registration and Notary Act** were strictly respected, the parties were identified and they were informed of the content, nature, significance and legal consequences of the legal actions or transactions carried out in their presence, as well as the waivers, reserve, encumbrances and any other item affecting the referenced assets or rights. For these proceedings, Yinetto [illegible], holder of I.D. No. V-15049645, Clerk I of this Notary Office, was authorized to witness said issuance in accordance with Article 29 of the Public Notaries Regulation at Torre El Saman Piso 8. This instrument was read, and as a sign of their assent the parties have signed:

**THE NOTARY PUBLIC**  
*[illegible signature]*  
Emilia Rojas Montero  
Notary Public No. Seven of Chacao  
State of Miranda

**THE EXECUTING PARTY**  
*[illegible signature]*  
Luis Andres Guerrero Rosales

**THE WITNESSES**  
[illegible signature]

**THE AUTHORIZED OFFICIAL**

| | | |
|---|---|---|
| [illegible signature]<br>Javier E. Garrido L.<br>Attorney<br>Ven. Bar Assoc. No. 83,968 | [Ink stamp appears: "Bolivarian Republic of Venezuela<br>Ministry of the People's Power of Interior and Justice<br>Notary Public No. Seven<br>Municipality of Chacao – State of Miranda"] | Seventh Public Notary Office of the Municipality of Chacao - State of Miranda<br>Date of presentation: Apr. 23, 2007<br>Form No.: 66626<br>Fees: Bs. 30705<br>Date Issued: Apr. 23, 2007 |

I, **Luis Andrés Guerrero Rosales,** Venezuelan, of legal age, residing in this domicile, holder of I.D. No. 6,816,219, and registered with the Venezuelan Bar Association at No. 28,521, hereby represent: That I formally and expressly RESIGN the special power of attorney that has been granted to me by the company **"V.M.C. MINING COMPANY, C.A.,"** a commercial company domiciled in the city of Puerto Ordaz, State of Bolivar, duly registered with the Commercial Register of the Judicial District of the State of Bolivar, on October 25, 1993, at No. 20, Volume 177-A, according to the document authenticated by the Seventh Notary Public of the Municipality of Chacao, State of Miranda, dated December 18, 2003, inserting it at No. 45, Volume 55, of the Book of Authentications maintained by said Public Notary Office, and in virtue of which I was authorized to represent and promote the rights and interests of said commercial company, before the Ministry of Energy and Mines of the Bolivarian Republic of Venezuela (today called the Ministry of Basic Industries and Mining), and before any other entity of the Central or Decentralized Government in the corresponding administrative proceedings relative to the early redemption declared by the indicated Ministry for the Mining Concessions referenced as **Delta A, Delta B, Delta C and Delta D,** according to memo **DGM-DCM-DTM-516** dated December 2, 2003. Caracas, on the date of its authentication

[illegible signature]

                                                    [illegible signature]<br>
                                                    Reviewed by:<br>
                                                    Nelson La Cruz<br>
                                                    Chief of Services

[Four illegible fee stamps and three illegible legalization stamps appear.]

*[Three partial, illegible ink stamps appear on left margin]*

**BOLIVARIAN REPUBLIC OF VENEZUELA, MINISTRY OF THE PEOPLE'S POWER OF INTERIOR AND JUSTICE. DALIA ROJAS MONTERO. NOTARY PUBLIC OF THE MUNICIPALITY OF CHACAO, STATE OF MIRANDA.** El Rosal, April twenty-third, 2007. **196 and 148.** The foregoing document prepared by attorney Javier E. Garrido L., Member No. 83,968 of the Venezuelan Bar, presented by LUIS GUERRERO, holder of I.D. Document No. V-6,816,219 for its **AUTHENTICATION AND RETURN** per form **No. 66626**, dated **April 23, 2007,** in accordance with the Notarial Services Tariffs as established in the Public Registration and Notary Law. The executing party (parties) was (were) present and said that his name was: **LUIS ANDRES GUERRERO ROSALES,** of legal age, domiciled in Caracas, a Venezuelan citizen, SINGLE, holder(s) of I.D. No(s). **6,816,219.** Having read the instrument to him (them) and compared the original with its photocopies, and having signed the latter and the original, the issuing party (parties) stated: **"ITS CONTENTS ARE TRUE AND THE SIGNATURE(S) APPEARING AT THE BOTTOM OF THE INSTRUMENT ARE MINE (OURS)."** In virtue whereof, the Notary, at the request of the interested party attested to the legal act or transaction conducted before him and the original copies signed, which comprised the Primary Volume and the Duplicate Volume, being entered at No. 48, Volume 48 of the Copybooks of Authentications maintained by this Notary Office. **JULIO GARCÍA MARTÍNEZ and MARISELA DE GUISASOLA** served as witnesses, who are holders of I.D. Nos. 8,773,236 and 4,270,641.

The Notary Public acknowledged that in accordance with **Article 79, No. 2 of the Public Registration and Notary Act** identified the parties and informed them of the content, nature, significance and legal consequences of the legal actions or transactions carried out in their presence, as well as the waivers, reserve, encumbrances and any other item affecting the referenced assets or rights. He also acknowledged that he saw the Power of Attorney issued by "V.M.C. MINING COMPANY, C.A.," which was authenticated before this Notary Public Office, on December 18, 2003, entered at No. 45, Volume 55, and for these proceedings, Yinetto [illegible], holder of I.D. No. V-15049645, Clerk I of this Notary Office, was authorized to witness said issuance in accordance with

Article 29 of the Public Notaries Regulation at Av. Venezuela, Torre El Saman Piso 6. El Rosal, today at 4:00 p.m., at the request of the interested party. This instrument was read, and as a sign of their assent the parties have signed:

**THE NOTARY PUBLIC**  
*[illegible signature]*  
Emilia Rojas Montero  
Notary Public No. Seven of Chacao  
State of Miranda

**THE EXECUTING PARTY**  
*[illegible signature]*  
Luis Andres Guerrero Rosales

*[Ink stamp appears on left margin: "Bolivarian Republic of Venezuela - Ministry of the People's Power of Interior and Justice - Public Notary No. Seven - Municipality of Chacao – State of Miranda"]*

**THE WITNESSES**  
*[illegible signature]*

*[illegible signature]*  
**THE AUTHORIZED OFFICIAL**