EXHIBIT F

Republica Bolivariana de Venezuela

Ministerio del Poder Popular

Relaciones Interiores y Justicia

NOTARIA PUBLICA TRIGÉSIMO NOVENA
DEL MUNICIPIO LIBERTADOR

Bajo el N° 23

Tomo N° 192

Fecha: 9-11-07

NOTARIA PUBLICA
TRIGESIMA NOVENA
DEL MUNICIPIO LIBERTADOR

PLANILLA N° ........ I.Y..Z.2.0....

DERECHOS Bs. ........3.3.6.8.⁰⁰....

OTORGAMIENTO PARA EL DIA...2..(.(..-⁰¬⁷

A LAS ....................... HORAS

YUDAISY PASCUAL
INPREABOGADO N° 103.661

Yo, **JULIA ELBA VAN DEN BRULE AULAR,** de nacionalidad venezolana, mayor de edad, domiciliada en la ciudad de Caracas, y portadora de la Cédula de identidad No. **V- 9.482.510,** por medio del presente documento declaro y manifiesto que: "soy ciudadana venezolana, país donde resido en la ciudad de Caracas, de profesión abogada y actualmente me desempeño como abogado de la Gerencia Funcional de Nuevos Negocios Nacionales de la Consultoría Jurídica de Petróleos de Venezuela, S.A., (PDVSA) y en el año 2003, ejercía las funciones inherentes al cargo de Asistente Ejecutiva del Ministro de Energía y Minas, ciudadano Rafael Darío Ramírez Carreño, específicamente para el área internacional. En fecha 17 de octubre de 2003, tuve la oportunidad de conocer las declaraciones de los ciudadanos Manuel Fernández y Adrián Zerpa León, presentadas como anexos al escrito de los Demandantes de fecha 12 de octubre de 2007, interpuesto por ante la Corte de Distrito, del Distrito Sur de Nueva York de los Estados Unidos de América contra la República Bolivariana de Venezuela, donde se hace referencia a mi persona y a dos (2) memorandos que supuestamente fueron dirigidos a mí. Estos dos (2) memorandos fueron signados por los demandantes como el anexo "4" a la declaración del ciudadano Manuel Fernández, de fecha 12 de octubre de 2007, y el anexo "D" a la declaración del ciudadano Adrián Zerpa León, de fecha 10 de octubre de 2007. Con anterioridad al 17 de octubre de 2007, nunca vi, ni tuve conocimiento de esos dos (2) memorandos o del documento referenciado por los Demandantes y supuestamente anexado a los mismos como el "documento complementario". Además, manifiesto que nunca vi, ni tuve conocimiento del supuesto "Addendum" que los Demandantes hacen valer como fundamento de su acción ante la referida Corte de Distrito, del Distrito Sur de Nueva York de los Estados Unidos de América. Yo vi y leí el supuesto "Addendum" por primera vez el 17 de octubre de 2007,

YUDAISY PASCUAL
INPREABOGADO Nº 103.661

cuando revisé las declaraciones de los ciudadanos Manuel Fernández Adrián Zerpa León. El memorando presentado como anexo "4" a la declaración del ciudadano Manuel Fernández, carece de fecha y número de identificación y fue supuestamente enviado por el Director General de Minas, Ingeniero Francisco Salas Blanco, a mi persona el 17 de diciembre de 2003, cabe mencionar que ni siquiera conozco a esta persona. Este memorando esta relacionado con el rescate anticipado de las concesiones denominadas Delta A-D y Alfa 1-3 y las empresas titulares V.M.C. Mining Company C.A., y Compañía Minera del Bajo del Caroní, C.A., pero nunca antes lo recibí, ni vi hasta el año 2007. De hecho, en diciembre del año 2003, no tenía conocimiento alguno del caso referido. En relación con un presunto memorando dirigido a mi persona por la Dra. Rosa Toro, de fecha 18 de diciembre de 2003 y sin numero de referencia, el cual se acompaña como anexo "4" de la declaración del ciudadano Manuel Fernández y anexo "D" de la declaración del ciudadano Adrián Zerpa, doy fe de que nunca lo recibí, ni lo vi antes del año 2007, cuando me fue informada la presentación de la demanda antes aludida. Con respecto al contenido del mismo, debo destacar que dónde dice: *"las sugerencias de forma que previamente fueron conversadas vía telefonics [sic] con usted"*, no se ajusta a la verdad de los hechos, porque yo no conversé nunca con la Dra. Rosa Toro, en relación al documento complementario (*"Addendum"*) del Pliego de Condiciones (Concesiones Alfa y Delta) o en relación al referido caso. Asimismo, al contrario de lo que el ciudadano Manuel Fernández expone en su declaración, específicamente en el párrafo 12, manifiesto, que yo no conozco a esta persona y niego haberlo llamado y conversado con él en fecha 17, ni 18 de diciembre de 2003, y en ninguna otra oportunidad, mucho menos para avisarle que el departamento legal estaba trabajando y haciendo cambios al supuesto "documento complementario". Ratifico que salí de Venezuela en horas

de la tarde del día 17 de diciembre de 2003 en viaje de trabajo con el Ministro Rafael Darío Ramírez a la ciudad de Washington D.C., en los Estados Unidos de América y regresé a la ciudad de Caracas el día 19 de diciembre de 2003 en horas de la noche, aproximadamente a las 8:00 p.m., por lo que permanecí fuera del territorio venezolano durante el período comprendido entre el 17 y 19 de diciembre de 2003. Como prueba de lo antes señalado, adjunto a la presente declaración, copia autentica y certificada de mi Pasaporte venezolano N° 1088575, donde se evidencia mi salida de Venezuela a los Estados Unidos de América, como se constata en las páginas Nos. 24 y 31 del referido pasaporte, con sello de salida de Venezuela estampado por el Departamento de Migración de la República Bolivariana de Venezuela (M.I.J.-ONIDEX), de fecha 17 de diciembre de 2003 y estampa del sello de entrada del Departamento de Migración de los Estados Unidos de América, de fecha 17 de diciembre de 2003, y asimismo, se refleja la estampa del sello correspondiente a la entrada a Venezuela el día 19 de diciembre de 2003, colocado por el Departamento de Migración de la República Bolivariana de Venezuela.

En virtud de esta declaratoria que hago, solicito al ciudadano Notario que le otorgue fe pública a la narrativa de los hechos antes expuestos, de conformidad con lo que establece el artículo 74, numeral 1 de la ley de Registro Público y del Notariado vigente.

En Caracas, a la fecha de su autenticación.

YUDAISY PASCUAL
INPREABOGADO N° 103.661

JULIA ELBA VAN DEN BRULE AULAR
V- 9.482.510





REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTÍNEZ, C.I. Nº 4.684.558, NOTARIO PÚBLICO TRIGÉSIMO NOVENO DEL MUNICIPIO LIBERTADOR. El anterior documento redactado por el abogado YUDAISY PASCUAL, inscrito en el INPREabogado bajo el Nº 103.661, fue presentado para su autenticación y devolución, según planilla Nº 141280, de fecha 07/11/2007. Presente su otorgante dijo llamarse: JULIA ELBA VAN DEN BRULE AULAR, mayor de edad, domiciliado en Caracas, de estado civil: __Soltera__, de nacionalidad: Venezolana, con cédula de identidad Nº 9.482.510. Leídole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: "SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO". El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARÍA EUGENIA ROMERO y MARÍA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el Nº 23, Tomo 192 de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y Consecuencias Legales del Documento que se otorga tal como lo exige el Artículo 79, Numeral 2, de la Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autorizo a MARIA EUGENIA ROMERO, con Cédula de Identidad Nº 5.074.944, Escribiente I de esta Notaría, para presenciar dicho otorgamiento en Edf. Petróleos de Venezuela, Torre Este, Av. Libertador, La Campiña, a las 2:00 p.m., a solicitud de parte interesada. Todo de conformidad con el Art. 29 del Reglamento de Notarías Públicas.

EL NOTARIO PÚBLICO,

Dra. Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

EL OTORGANTE,

JULIA ELBA VAN DEN BRULE AULAR

LOS TESTIGOS,

FUNCIONARIO AUTORIZADO,





**REPUBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR**
**PARA RELACIONES INTERIORES Y JUSTICIA**
**REGISTRO PRINCIPAL DEL DISTRITO CAPITAL**
**CARACAS**

**N⁰ 242133**

Quien suscribe, **Dr. JOSE MIGUEL VILLANUEVA R.** Registrador

Principal del Distrito Capital, hace constar: para dar cumplimiento al art.

65 de la Ley de Registro Público y del Notariado se legaliza la firma de el

(la) ciudadano(a): **Dra. ZULAY DE MARTINEZ.** Quién para la fecha

que suscribe es: **NOTARIO PUBLICO TRIGESIMO NOVENO DEL**

**MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL.** La presente

legalización no prejuzga acerca de ningún otro extremo de fondo ni de

forma, Papel de Seguridad Nº 242133 Se expide a solicitud de oficio Nº

S/N de fecha **14 de Noviembre de 2007** Emanado del **PDVSA.** El

presente documento fue elaborado por la Funcionaria Autorizada. Magalys

Alvarez. Caracas, trece (13) de Noviembre del 2007.

**Magalys Alvarez**

FUNCIONARIA AUTORIZADA

**Dr. JOSE M. VILLANUEVA R.**
**REGISTRADOR PRINCIPAL DEL DTTO**
**CAPITAL**

PDV-SA



*DIRECCION GENERAL DE REGISTROS Y NOTARIAS*

Se legaliza la firma que antecede del ciudadano

**JOSE M. VILLANUEVA R.**

quien es como se titula, **Registrador Principal del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.

Caracas,    1 5 NOV. 2007

Años 197°  y  148°

Por el Ministro,



**Abog. JONAS ANTONIO SANDOVAL Q.**
*Adjunto de la Dirección General de Registros y Notarías*
*Por delegación de firma, según Resolución N° 057 de fecha 30-01-2007*
*Publicada en Gaceta Oficial de la República Bolivariana*
*de Venezuela N° 38.615 de la misma fecha*













Gobierno
Bolivariano
de Venezuela | Ministerio del Poder Popular para
**Relaciones Interiores y Justicia**

Venezuela
AHORA ES DE TODOS



N° 0068979

0173715



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
DIRECCION GENERAL DE RELACIONES CONSULARES

**APOSTILLE**

Convention de La Haye del 5 Octobre 1961

1- País: VENEZUELA

El presente documento público :

2- Ha sido suscrito por: JONÁS ANTONIO SANDOVAL QUIÑONEZ

3- Actuando en su calidad de DIRECTOR ADJUNTO DE REGISTROS Y NOTARIAS

4- Llevando el sello/timbre de MINISTERIO DEL INTERIOR Y JUSTICIA

Certificado

5- En Caracas:    16/11/2007

6- Por el Ministro:

7- N°:    0173715

8-Sello/Timbre

9- Firma

Leonardo Javier Villalba Palacios
Ministro Consejero
Res. N° DM.080 del 06/03/2007

Republica Bolivariana de Venezuela

Ministerio del Poder Popular

Relaciones Interiores y Justicia

NOTARIA PUBLICA TRIGÉSIMO NOVENA
DEL MUNICIPIO LIBERTADOR

Bajo el N° 22

Tomo N° 192

Fecha: 9-11-07

NOTARIA PUBLICA
TRIGESIMA NOVENA
DEL MUNICIPIO LIBERTADOR

PLANILLA N° ......1.4.1.2.3.9........ .

DERECHOS Bs.......2.0.1.0.5.0.º

O°ºOTORGAMIENTO PARA EL DIA.2...1º.º...º

A LAS .............. HORAS

YUDAISY PASCUAL
INPREABOGADO N° 10B.661

Ciudadana

Notario Público Trigésimo Noveno del Municipio Libertador

Del Distrito Capital.

Su despacho.-

YO, **JULIA ELBA VAN DEN BRULE AULAR,** de nacionalidad venezolana, mayor de edad, domiciliado en la ciudad de Caracas, y portadora de la Cédula de identidad No. **V- 9.482.510,** por medio del presente documento certifico: Que las copias fotostáticas que anexo al presente documento correspondientes a mi Pasaporte Venezolano N° 1088575, expedido por el Consulado General de la República Bolivariana de Venezuela en Madrid, España, son fieles y exactas de su original.

En Caracas, a la fecha de su autenticación.

**JULIA ELBA VAN DEN BRULE AULAR**
C.I. V-9.482.510



































4

Observaciones: SE EXPIDE PASAPORTE POR EXTRAVIO DEL ANTERIOR SEGUN DENUNCIA COMISARIA DE BUENAVISTA DE FECHA 4-1-94

REPUBLICA DE VENEZUELA
Consulado General en Madrid

5

Leave to enter the United Kingdom, on condition that the holder does not enter or change employment paid or unpaid without the consent of the Secretary of State for Employment, and does not engage in any business or profession without the consent of the Secretary of State for the Home Department is hereby given for/until 30th June 1994

| P7 | 086 | 371 |
| --- | --- | --- |

-7 JAN 1994
GATWICK (S)

Holds Prc No:- L499121.

DORSET POLICE
EASTERN DIVISION
3 MAR 1994
BOURNEMOUTH

VNVENVAN<DEN<BRULE<AULAR<<JULIA<ELBA<<<<<<<<<

20635449

UNITED STATES OF AMERICA

VISA

| | |
|---|---|
| Issuing Post Name | CARACAS |
| Surname | VAN DEN BRULE AULAR |
| Given Name | JULIA ELBA |
| Passport Number | 1088575 |
| Sex | F |
| Birth Date | 20JUN1967 |
| Nationality | VENZ |
| Visa Type/Class | R B1/B2 |
| Control Number | 19980615200010 |
| Entries | M |
| Issue Date | 02MAR1998 |
| Expiry Date | 01MAR1999 |
| Annotation | |

VENEZUELA (201-662) 05 JUN 2003 MAIQUETIA AEROPUERTO INTERNACIONAL SIMON BOLIVAR SALIDA

VENEZUELA (201-639) 09 JUL 2003 SIMON BOLIVAR SALIDA

DIRECCION NACIONAL DE MIGRACIONES 24 NOV 2002 PERMANENTE TEMPORARIO TURISTA 90 DIAS

DIRECCION NACIONAL DE MIGRACIONES 30 NOV 2002 DOCUMENTACION VERIFICADA

REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTÍNEZ, C.I. Nº 3.84.553, NOTARIO PÚBLICO TRIGÉSIMO NOVENO DEL MUNICIPIO LIBERTADOR. EL BOSQUE, Nueve (9) de Noviembre de DOS MIL SIETE (2007). 197º 148º. El anterior documento redactado por el abogado YUDAISY PASCUAL, inscrito en el impreabogado bajo el Nº 103.661, fue presentado para su autenticación y devolución, según planilla Nº 141279, de fecha 07/11/2007. Presente su otorgante dijo llamarse: JULIA ELBA VAN DEN BRULE AULAR, mayor de edad, domiciliado en Caracas, de estado civil: _Soltera_, de nacionalidad: Venezolana, con cédula de identidad Nº 9.482.510. Leídole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: "SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO". El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARÍA EUGENIA ROMERO y MARÍA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el Nº 22, Tomo 192 de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que tuvo a su vista: _Pasaporte exist_
_za expedido por el Consulado General de la_
_República Bolivariana de Venezuela, en la_
_dad, España_
e igualmente dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y consecuencias Legales del Documento que se otorga tal como lo exige el Artículo 79, Numeral 2, de Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autoriza a MARÍA EUGENIA ROMERO, con Cédula de Identidad Nº 5.074.944, Escribiente 1 de esta Notaría, para presenciar dicho otorgamiento en Edf. Petróleos de Venezuela, Torre Este, Av. Libertador Campiña, a las 2:00 p.m., a solicitud de parte interesada. Todo de conformidad con el artº 29 del Reglamento de Notarías Públicas.

EL NOTARIO PÚBLICO,

Dra. Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

EL OTORGANTE,

JULIA ELBA VAN DEN BRULE AULAR

LOS TESTIGOS,

FUNCIONARIO AUTORIZADO,



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR
PARA RELACIONES INTERIORES Y JUSTICIA
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
CARACAS

Nº 242132

Quien suscribe, *Dr. JOSE MIGUEL VILLANUEVA R. Registrador Principal del Distrito Capital,* hace constar: para dar cumplimiento al art. 65 de la Ley de Registro Público y del Notariado se legaliza la firma de el (la) ciudadano(a): *Dra. ZULAY DE MARTINEZ.* Quién para la fecha que suscribe es: *NOTARIO PUBLICO TRIGESIMO NOVENO DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL. La presente* legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma, *Papel de Seguridad Nº 242132* Se expide a solicitud de oficio Nº S/N de fecha *14 de Noviembre de 2007* Emanado del *PDVSA.* El presente documento fue elaborado por la Funcionaria Autorizada. Magalys Alvarez. Caracas, trece (13) de Noviembre del 2007.

Dr. JOSE M. VILLANUEVA R.
REGISTRADOR PRINCIPAL DEL DTTO
CAPITAL

Magalys Alvarez
FUNCIONARIA AUTORIZADA

P.D.V.S.A





*Ministerio del Poder Popular*

*DIRECCION GENERAL DE REGISTROS Y NOTARIAS*

Se legaliza la firma que antecede del ciudadano

## JOSE M. VILLANUEVA R.

quien es como se titula, **Registrador Principal del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.

Caracas,    1 5 NOV. 2007
Años 197°  y  148°

Por el Ministro,



**Abog. JONÁS ANTONIO SANDOVAL Q.**
**Adjunto de la Dirección General de Registros y Notarías**
*Por delegación de firma, según Resolución N° 057 de fecha 30-01-2007*
*Publicada en Gaceta Oficial de la República Bolivariana*
*de Venezuela N° 38.615 de la misma fecha*



Venezuela



Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para
Relaciones **Interiores y Justicia**











N° 0068979

0173714

REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
DIRECCION GENERAL DE RELACIONES CONSULARES

**APOSTILLE**

**Convention de La Haye del 5 Octobre 1961**

**1- País: VENEZUELA**

**El presente documento público :**

**2- Ha sido suscrito por: JONÁS ANTONIO SANDOVAL QUIÑONEZ**

**3- Actuando en su calidad de DIRECTOR ADJUNTO DE REGISTROS Y NOTARIAS**

**4- Llevando el sello/timbre de MINISTERIO DEL INTERIOR Y JUSTICIA**

**Certificado**

**5- En Caracas:    16/11/2007**

**6- Por el Ministro:**

**7- N°:    0173714**

**8-Sello/Timbre**

**9- Firma**

*Leonardo Javier Villalba Palacios*
*Ministro Consejero*
*(Res. N° DM.080 del 06/03/2007*