Surname: _____ PDVSA _____

Form No.: _____

[Seal appears: Ministry of
the People's Power of Interior and Justice]

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Interior and Justice**
**Primary Register of the Capital District**
**Caracas**

*[Large crest appears: "April 19, 1810 – February 20, 1859 –*
*Independence – Federation – Bolivarian Republic of Venezuela"]*

**Legalization of Signature**

**Building No. 30, Pelota a Punceres, Av. Urdaneta**
**Facing CICPC, Caracas, Venezuela**

1

2

*[Three partial, unidentifiable ink stamps appear.]*

YUDAISY PASCUAL
BAR ASSOCIATION NO. 103.661

[illegible signature]

[Seal appears: "Bolivarian Republic of Venezuela –
Ministry of the People's Power of Interior and
Justice – Notary Public – Thirty-nine of the
Municipality of Libertador"]

[Ink stamp appears: "Notary Public Office No.
Thirty-nine of the Municipality of Libertador –
Form No. 141758 – Fees Bs. 71,500 - Issued for:
November 15, 2007 at   3PM   ."]

I, **GUSTAVO ENRIQUE HERRERA RAMIREZ**, a Venezuelan citizen, of legal age, domiciled in the city of Caracas, and holder of I.D. Document No. **V-4.772.671**, hereby state: "That I am a Commercial Pilot and since 1983 I have been and am currently employed as the Pilot and Captain of Petróleos de Venezuela S.A., (PDVSA) aircrafts. On December 17, 2003, I was the pilot of the aircraft with the following characteristics: Registration No. YV-450CP, Serial No. 219, from Simón Bolívar de Maiquetía International Airport in Venezuela (the airport closest to the city of Caracas), headed for Dulles International Airport (one of the airports closest to the city of Washington D.C.) and returning on December 19, 2003, from Dulles International Airport to Simón Bolívar de Maiquetía International Airport. My responsibilities as Pilot and Captain are to maintain the flight log for each trip, recording specific details for each flight, such as the time of takeoff and landing, which is recorded in GMT time (Greenwich Mean Time) for flights to the United States of America, the flight time and the number of passengers. I have attached photocopies of the Flight Log for December 17 and 19, 2003, identified as Annexes "A" and "B", respectively. Furthermore, as Pilot and Captain of the aircraft, I am the one responsible for filling out and presenting to the Venezuelan immigration authorities the corresponding "General Declaration," which includes the complete names of the crew, their identification and license numbers, the complete names of passengers and their identification numbers, the place of departure and the first port of entry into the destination country (international airport of Fort Lauderdale, Florida), which is required by the customs and immigration authorities of the United States of America,

3

identified as Annex "C" dated December 17, 2003, duly certified by the immigration authorities of the Bolivarian Republic of Venezuela. In addition, I have attached to this declaration a photocopy of the Flight Plan, which is a document prepared by PDVSA for each trip, which includes information related to the plane, the date of departure and arrival, the departure and arrival airports and the estimated departure and arrival times of the flight. In addition the Flight Plan includes the *"Passenger Manifest,"* which identifies in detail the name of each of the passengers traveling to Dulles International Airport and returning to Simón Bolívar de Maiquetía International Airport, prepared by the crew for the trip to Washington D.C., from December 17 through 19, 2003, identified as Annex "D." According to the Flight Log, on December 17, 2003, the aircraft owned by PDVSA, No. YV450CP, took off from Simón Bolívar de Maiquetía International Airport at 22:11 hours GMT and 18:11 Venezuelan time, as is shown by Annex "A" to this declaration. It should be noted that the aircraft in question was boarded by five (5) passengers (Annexes "A", "C" and "D"). We subsequently made a stop at one of the first points of entry into the United States of America, specifically at the international airport of Fort Lauderdale, Florida, which is required by United States customs and immigration authorities (Annexes "A", "C" and "D"), and we then continued on to our final destination of Washington D.C., and we arrived at Dulles International Airport (Annexes "A" and "D"). On December 19, 2003, the same crew and passengers took off from Dulles International Airport at 19:24 hours GMT and 14:24 local time at the departure airport, landing at Simón Bolívar de Maiquetía International Airport at 23:41 hours GMT and 19:41 Venezuelan time (Annexes "B" and "D").

4

YUDAISY PASCUAL
BAR ASSOCIATION NO. 103.661

By virtue of this declaration, I request that the Notary publicly witness the narrative of the foregoing facts and attach hereto the appendices indicated below, so that they may be considered an integral part hereof:

1) Annex "A": Flight Log dated December 17, 2003.

2) Annex "B": Flight Log dated December 19, 2003.

3) Annex "C": Declaration presented to the immigration authorities of the Bolivarian Republic of Venezuela, dated December 17, 2003 (General Declaration).

4) Annex "D": Flight Plan and Passenger Manifest. All of the foregoing is in accordance with the provisions of Article 74, No. 1, of the current Public Registry and Notary Act in effect.

In Caracas, on the date of its authentication.

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

**GUSTAVO ENRIQUE HERRERA RAMIREZ**
**I.D. No. V-4.772.671**

5

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

6

7

*[Three partial, unidentifiable ink stamps appear on the left margin.]*

**ANNEX "A"**

**Flight Log dated December 17, 2003**

8

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

PDVSA

# FLIGHT LOG FALCON 50

Reg.: YV-450CP  
Captain: G. Herrera  
Captain:

Serial No.: 219  
Captain: G. Oviedo

Tec./Aux.: A. Alencar

Date: Dec. 17, 2003  
Final Time:  
Initial Time:

## FLIGHT HOURS

Total:

| Orig. | Dest. | Engine On | Take Off | Landing | Engine Off | Flight Time Partial | Flight Time Total | Block Time Partial | Block Time Total | PAX |
|-------|-------|-----------|----------|---------|------------|---------|-------|---------|-------|-----|
| SVMI | KFLL | 22:00 | 22:11 | 01:11 | 01:15 | 03:00 | 03:00 | 03:15 | 03:15 | 5 |
| KFLL | KIAD | 02:05 | 02:22 | 04:17 | 04:25 | 01:55 | 04:55 | 02:20 | 05:35 | 5 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Aircraft and engine hours | | | Landings and cycles | | | Next service |
|------|--------|--------|------|------|------|------|
| Fuselage | 4788.0 | +4.9 | 4792.9 | Fuselage | 2446 | +2 | 2448 | |
| Engine 1 | 4774.0 | +4.9 | 4778.9 | Engine 1 | 2398 | +2 | 2400 | |
| Engine 2 | 4641.8 | +4.9 | 4646.7 | Engine 2 | 2348 | +2 | 2350 | |
| Engine 3 | 4722.3 | +4.9 | 4727.2 | Engine 3 | 2418 | +2 | 2420 | |
| APU | | | | APU | | | | |

## Engine Instruments

| | N1 | ITT | N2 | F/F | OIL T | OIL P | DC/V | Fuel DC/A | AC VOLT |
|--|-----|-----|-----|-----|-------|-------|------|------|---------|
| Fuselage | 48.4 | 846 | 98 | 830 | 90 | 43 | 90 | 0 | #1 117 |
| Engine 1 | 48.4 | 843 | 96 | 821 | 103 | 42 | 90 | | #2 117 |
| Engine 2 | 48.5 | 842 | 97 | 824 | 95 | 44 | 130 | | |
| [illegible] | | TAT: | | | SAT: | | MACH: | | |

SAT: TAT:

**Pre-flight**

Technician: Larry J. Tavio  
Lic.: AE-6479508

**Crew Service Hours**  
Entry time: _____  
Exit time: _____  
Total: _____

RON: _____

**Pilot [illegible]**  
After FL 100 RH main gear performance light remains on.

**Corrective [illegible]**  
[illegible] pending due to [illegible] fault O. L. Tavio

Pilot: *[illegible signature]*

L. Tavio    Lic.: AE-6479508    Inspector:    Lic.:    Date:

Corporate Graphics Arts Services

O. Toro

9

10

[Three partial, unidentifiable ink stamps appear on the right margin.]

[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

ANNEX "B"

**Flight Log dated December 19, 2003**

*[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"."]*

PDVSA

# FLIGHT LOG FALCON 50

Reg.: YV-450CP
Captain: G. Herrera
Captain:

Serial No.: 219
Captain: G. Oviedo

Tec./Aux.: A. Alencar

Date: Dec. 19, 2003
Final Time:
Initial Time:

## FLIGHT HOURS

Total: 4.3

| Orig. | Dest. | Engine On | Take Off | Landing | Engine Off | Flight Time Partial | Flight Time Total | Block Time Partial | Block Time Total | PAX |
|---|---|---|---|---|---|---|---|---|---|---|
| KIAD | SVMI | 19:10 | 19:24 | 23:41 | 23:50 | 04:17 | 04:17 | 04:40 | 04:40 | 5 |

**Aircraft and engine hours**

| | | | Next service |
|---|---|---|---|
| Fuselage | 4792.9 | + 4.3 | 4797.2 |
| Engine 1 | 4778.9 | + 4.3 | 4783.2 |
| Engine 2 | 4646.7 | + 4.3 | 4651.0 |
| Engine 3 | 4727.2 | + 4.3 | 4731.5 |
| APU | | | |

**Landings and cycles**

| | | | |
|---|---|---|---|
| Fuselage | 2448 | + 1 | 2449 |
| Engine 1 | 2400 | + 1 | 2401 |
| Engine 2 | 2350 | + 1 | 2351 |
| Engine 3 | 2420 | + 1 | 2421 |
| APU | | | |

### Engine Instruments

| | N1 | ITT | N2 | F/F | OIL T | OIL P | DC/V | DC/A | AC VOLT |
|---|---|---|---|---|---|---|---|---|---|
| | 97 | 872 | 96 | 865 | 77 | 44 | 90 | 0 | #1 116 |
| | 97 | 815 | 94 | 857 | 102 | 43 | 100 | | #2 117 |
| | 96.8 | 805 | 95 | 845 | 87 | 45 | 130 | 0 | |
| [illegible] 330 | TAT: 21 | | | SAT: 48 | | MACH: • 80 | | | |

Fuel

**Crew Service Hours**

Entry time: _____
Exit time: _____
Total: _____

RON: _____

**Pre-flight**

**Pilot [illegible]**

Technician:
Lic.:

[Handwritten:]  N/A

**Corrective [illegible]**

L. Tavio    Lic.: AE-6479508    Inspector:    Lic.::    Date: Dec. 19, 2003

Pilot: [illegible signature]

Corporate Graphics Arts Services

13

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

ANNEX "C"

## GENERAL DECLARATION

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

# GENERAL DECLARATION
(Outward/Inward)

**Owner/Operator** PETROLEOS DE VENEZUELA S.A.

**Marks of Nationality and Registration** YV490CP    **Flight** PRIVADO    **Date** 17/10/2003

**Departure from** AERP INT'L. SIMON BOLIVAR MAIQUETIA VZLA.    **Arrival at** AERP INT'L. FORT LAUDERDALE U.S.A.
(Place and Country)    (Place and Country)

## FLIGHT ROUTING

"Place" Column always to list origin, every en route stop and destination

| Place | TOTAL NUMBER of CREW | NUMBER OF PASSENGERS on this stage | CARGO |
|---|---|---|---|
| VENEZUELA | CAP. GUSTAVO ENRIQUE HERRERA R. LIC. 7464   C.I. 4.772.571 | | Cargo Manifest attached |
| | COPILOTO LITOMAC HENRIQUE OVIEDO PEREZ C.I. 5.305.885   C.I. 5.305.885 | Departure Place: MAIQUETIA, VENEZUELA | |
| | MED. ALOAM ALVMIR ALECAR PEREZ | Embarking | |
| | DOCTOR/GTGT C.I. 7.037.051 | Through on same flight | |
| VZLA. | RAMIREZ     CARRERO RAFAEL DARIO | | |
| 4179/600 | PASAJEROS | | |
| 5297/10 | JULIA ELENA  VAN DER ERUEL AVILAR | Arrival Place: FORT LAUDERDALE FLORIDA-U.S.A. | |
| 5197/002 | LUIS FELIPE  VIERAM PEREZ | | |
| N385067 | DELOY      RODRIGUEZ | Disembarking | |
| 1793.850 | PEREZ     CARRILLO MINS TINTMARA | Through on same flight | |

DECLARATION OF HEALTH

Persons on board known to be suffering from illness other than airsickness or the effects of accidents, as well as those cases of illness disembarked during the flight

NONE

Any other condition on board which may lead to the spread of disease

NO

Details of each disinsecting or sanitary treatment (place, date, time, method) during the flight. If no disinsecting has been carried out during the flight give details of most recent disinsecting

[illegible] % half-hour before landing.

Signed, if required   GUSTAVO HERRERA LIC. 7464
Crew member concerned

I declare that all statements and particulars contained in this General Declaration, and in any supplementary forms required to be presented with this Declaration are complete, exact and true to the best of my knowledge and that all through passengers will continue/have continued of this flight.

SIGNATURE   ALFREDO MORENO
Authorized Agent or Pilot in Command

To be completed only when required by the State.

To be completed when passenger manifests are presented and only when required by the State.

81

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

19

ANNEX "D"

**FLIGHT PLAN**

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[This entire page is in English and does not require translation.]*

*[Three partial, illegible ink stamps appear.]*

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[This entire page is in English and does not require translation.]*

*[Two partial, illegible ink stamps appear.]*

24

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

*[This entire page is in English and does not require translation.]*

*[Two partial, illegible ink stamps appear.]*

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

*[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador".]*

26

*[This entire page is in English and does not require translation.]*

*[Two partial, illegible ink stamps appear.]*

[Three partial, unidentifiable ink stamps appear on the right margin.]

[Seal appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

*[This entire page is in English and does not require translation.]*

*[Three partial, illegible ink stamps appear.]*

**ANEXO "D"**
**Plan de Vuelo**





Leg Details

## Trip Manager (Reservation #232)(Ver:1) - unmodified    All Legs Posted

| | Leg | Aircraft | From | Dep. Date | ETD | UTC | To | Arr. Date | ETA | UTC | ETE | NM | SM | WF | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ ✗ | 01 | YV-450CP | SVMI | 17/12/2003 | 18:00 | +4 | KFLL | 17/12/2003 | 20:00 | +5 | 03+00 | 1191 | 1370 | -12 | |
| | 02 | YV-450CP | KFLL | 17/12/2003 | 22:00 | +5 | KIAD | 18/12/2003 | 00:00 | +5 | 02+00 | 784 | 902 | 8 | |
| | 03 | YV-450CP | KIAD | 19/12/2003 | 14:00 | +5 | SVMI | 19/12/2003 | 19:10 | +4 | 04+10 | 1790 | 2059 | 10 | |

Manifests  Passenger Itin

Open Reservation    232    [Go]    **Crew | Pax Manifest | Contact | Logistics | Split**    Remarks: **Trip/Leg Crew    CANCEL**

| Date/Aircraft | Departure | Arrival | Distance/Time | |
|---|---|---|---|---|
| Date ◀◀ ◀ 17/12/2003 ▶ ▶▶ | Airport **SVMI** | Airport **KFLL** | ETE 03+00 | ☐ |
| Aircraft **YV-450CP** | *ETD Local 18:00 | ETA Local 20:00 | Nautical Miles 1191 | |
| Aircraft Duty Reg. | *ETD UTC **22:00** | ETA UTC **01:00** | Statute Miles 1370 | |
| Non-Flight Leg | UTC **+4** | UTC **+5** | Wind Factor -12 | |
| | | | Codes | |







Flmp Manager - Fleet

**Fleet Schedule for Wednesday, December 17, 2003**

YV-455CP    YV-450CP    N-28SCP    YV-2040    YV-2039    N-977CP    YV-1495    YV-1496

| Times In | UTC | Local | Base |
|---|---|---|---|
| SVMI 5 KFLL | 18:00 | 20:15 | |
| KFLL 5 KIAD | 21:05 | 23:25 | |

Previous
Today
Next

Página 1 de 1



CAMP Flight Scheduling System

Página 1 de 1

## Flight Scheduling

Fernando Duque   Primary Window    Trip Quote Monitor | User Settings | Administration | Logoff

Ver. 3.2.0 **Trip Quote | Trip Search | Atlas | Aircraft | Crew | Trip Manager | Reports | Post | Contacts | Views | Misc | Mv**

**Passenger Manifest**    (Reservation #232)    Sort By: Last Name   Open Reservation  232   Go    Trip Manager   Crewing

| X | Passenger(s) Name Passport | Citizenship | Date of Birth Green Card | | SL | SGL | Remarks | | 1: YV-450CP Seats 9 SVMI - KFLL 12/17/2003 | | 2: YV-450CP Seats 9 KFLL - KIAD 12/17/2003 | | 3: YV-450CP Seats 9 KIAD - SVMI 12/19/2003 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PEREZ, MINA | | | | ↻ | ↻ | General | Trip | C | ☒ | C | ☒ | C | ☒ | |
| | RAMIREZ, RAFAEL | | | | ↻ | ↻ | General | Trip | C | ☒ | C | ☒ | C | ☒ | |
| | RODRIGUEZ, DELCY | | | | ↻ | ↻ | General | Trip | C | ☒ | C | ☒ | C | ☒ | |
| | VAN DEN BRULE AULAR, JULIA ELBA | | | | ↻ | ↻ | General | Trip | C | ☒ | C | ☒ | C | ☒ | |
| | VIERMA, LUIS | | | | ↻ | ↻ | General | Trip | C | ☒ | C | ☒ | C | ☒ | |

Last Name _____   First Name _____

**Add Passengers**

Add... | Delete... | Clear All | Copy Down | Copy Right | Copy R/Down | Submit | Group List

30/10 '07 MAR 14:37 FAX 58 212 8068423 38423 PDVSA, SERV. HANGAR.

Posting / Logbook

# Posting/Logbook

**Reservation #** 232   Reservation   Shuttle   Go   Search

**Flight #:** N/A   **Trip Code:** N/A   **Description:** N/A

| Dep Date | Leg # | Aircraft | POD | ETD | POA | Arrv Date | ETA | Codes | Status | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17/12/2003 zulu | 1 | YV-450CP | SVMI | 22:00 zulu | KFLL | 18/12/2003 zulu | 01:00 zulu | ---- | POST | |
| 17/12/2003 local | | S/n: 219 | | 18:00 local | | 17/12/2003 local | 20:00 local | | | |
| 18/12/2003 zulu | 2 | YV-450CP | KFLL | 03:00 zulu | KIAD | 18/12/2003 zulu | 05:00 zulu | ---- | POST | |
| 17/12/2003 local | | S/n: 219 | | 22:00 local | | 18/12/2003 local | 00:00 local | | | |
| 19/12/2003 zulu | 3 | YV-450CP | KIAD | 19:00 zulu | SVMI | 19/12/2003 zulu | 23:10 zulu | ---- | POST | |
| 19/12/2003 local | | S/n: 219 | | 14:00 local | | 19/12/2003 local | 19:10 local | | | |

| | Out Date | Out | Off | On | In | In Date | | |
|---|---|---|---|---|---|---|---|---|
| | 17/12/2003 | 2200 | 2211 | 0111 | 0115 | 18/12/2003 | | Clear |
| | 17/12/2003 | 1800 | 1811 | 2011 | 2015 | 17/12/2003 | | Zulu Time |

Local Time

Flt H.T   3.0    H.T   0
Flt H:M   3:00   H:M   0:0
Blk H.T   3.3
Blk H:M   3:15

Delay Code

Delay Notes

Crew Duty Start   0000

Crew Duty Stop   0000

## APU / HOBBS METER

Start   0    Stop   0    HOBBS TIME   0

☐ HOBBS Total Only

Clear Hobbs

## FUEL USAGE

Fuel Out   0   Lbs    Fuel In   0   Lbs    Consumed   0   Lbs

☐ Fuel Consumed Only

Clear Fuel

## MISCELLANEOUS

Distance   1191   Nm    Cargo   Lbs    TOGW   0   Lbs    Num Pax   5

Expenses    Billing

BOLIVARIAN REPUBLIC OF VENEZUELA, MINISTRY OF THE PEOPLE'S POWER OF INTERIOR AND JUSTICE. DR. ZULAY DE MARTINEZ, THIRTY-NINTH NOTARY PUBLIC OF THE MUNICIPALITY OF LIBERTADOR. EL BOSQUE. November 15, 2007. 197 and 148. The foregoing document prepared by attorney YUDAISY PASCUAL, Member No. 103.661 of the Venezuelan Bar, was presented for authentication and return, per form No. 141758 dated November 15, 2007. The executing party was present and said that his name was: **GUSTAVO ENRIQUE HERRERA RAMIREZ**, of legal age, domiciled in Caracas, married, a Venezuelan citizen, holder of I.D. No. 4,772,671. Having read the instrument to him and compared the original with its photocopies, and having signed the latter and the original in the presence of the Notary, the executing party stated: **"ITS CONTENTS ARE TRUE AND THE SIGNATURE APPEARING AT THE BOTTOM OF THE INSTRUMENT IS MINE."** In virtue whereof, the Notary declared the document to be authenticated in the presence of witnesses Maria Eugenia Romero and María Carolina Gil, I.D. Nos. 5,074,944 and 8,640,853, entering it at No. 1, Volume 198 of the Book of Authentications maintained in this Notary Office. The Notary Public acknowledged having informed the executing party of the Nature, Importance and Legal Consequences of the Document he issued as required by Article 79, No. 2 of the Public Registration and Notary Act, published in the Official Gazette of the Bolivarian Republic of Venezuela, No. 5,833, dated December 22, 2006. The Notary Public hereby certifies that for these proceedings, **Lourdes Cortez**, holder of I.D. No. 4,594,803, Clerk I of this Notary Office, was authorized to witness said issuing at PDVSA Building, East Tower, Av. Libertador, La Campiña, at 3:00 p.m. at the request of the interested party. All of the foregoing in accordance with Article 29 of the Public Notaries Regulation.

**THE NOTARY PUBLIC**
[illegible signature]
Dra. Zulay de Martinez
Notary Public No. Thirty-nine of the Municipality
of Libertador

**THE WITNESSES**
[illegible signature]
[illegible signature]

**AUTHORIZED OFFICIAL**
[illegible signature]

**THE EXECUTING PARTY**
[illegible signature]
Gustavo Enrique Herrera Ramirez

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]
[illegible fee stamp appears]

30

30

*[Three partial, unidentifiable ink stamps appear on the right margin.]*

| [Coat of arms] | BOLIVARIAN REPUBLIC OF VENEZUELA<br>MINISTRY OF THE PEOPLE'S POWER OF<br>INTERIOR AND JUSTICE<br>PRIMARY REGISTER OF THE CAPITAL<br>DISTRICT – CARACAS<br>No. 242278 | [Coat of arms] |
|---|---|---|

The undersigned, **Dra. Susana Ramírez Araque**, Auxiliary Primary Registrar of the Capital

District, hereby acknowledges: In order to comply with Article 65 of the Public Registration and Notary Act,

the signature of **Dr. Zulay de Martínez** was legalized, who as of the date of execution was the **THIRTY-**

**NINTH NOTARY PUBLIC OF THE MUNICIPALITY OF LIBERTADOR, CAPITAL DISTRICT.**

This legalization does not prejudice any other matter of substance or of form. Issued at the request of Memo

No. S/N [unnumbered] dated Caracas, November 16, 2007 security paper No. 242277 issued by **PDVSA**

**Security Paper No. 242278.** This document was prepared by the Authorized Official: Magalys Alvarez.

Caracas, November 16, 2007.

| [illegible signature]<br>Magalys Alvarez<br>Authorized Official | [Ink stamp appears:<br>"Legalization – Bolivarian<br>Republic of Venezuela – Ministry<br>of the Interior and Justice –<br>Primary Registry Office of the<br>Capital District – Caracas"] | [illegible signature]<br>Dr. Susana Ramírez A.,<br>Auxiliary Primary Registrar,<br>Capital District |
|---|---|---|

[Three partial, unidentifiable seals appear on the left margin.]

31

32

[Ink stamp appears: "Legalization - Bolivarian Republic of Venezuela – Ministry of the Interior and Justice – Primary Registry Office of the Capital District - Caracas"]

[Three partial ink stamps appear on the right margin: "Legalization - Bolivarian Republic of Venezuela – Ministry of People's Power of Interior and Justice- Office of Registrations"]

*[Seal: "Ministry of the People's Power of Interior and Justice"]*
OFFICE OF REGISTERS AND NOTARIES

The foregoing signature of

**JOSÉ M. VILLANUEVA R.**

is hereby legalized. He is the **Primary Registrar of the Capital District.**

Please be informed that this legalization does not prejudice any other matter of substance or of form.

Caracas, November 16, 2007
Years 197 and 148

For the Minister,

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Office of Registers and Notaries"]*

*[illegible signature]*
**Atty. Jonas Antonio Sandoval Q.**
**Assistant in the Office of Registries and Notaries**
By delegation of signature, per Resolution No. 057 dated January 30, 2007
Published in the Official Gazette of the Bolivarian Republic of Venezuela No. 38,615 of the same date.

[initials]
OFM

*[Three partial, unidentifiable ink stamps appear on the left margin.]*

Bolivarian Government   **Ministry of the People's Power for Interior**
of Venezuela            **and Justice**

**Venezuela**
Now for everyone

33

34

*[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power for Foreign Relations – Legalizations Department"]*

No. 0069042

0173927

35

[Crest appears]
BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN RELATIONS
OFFICE OF CONSULAR RELATIONS

APOSTILLE

The Hague Convention of October 5, 1961

1.    Country:    VENEZUELA
      This public instrument:
2.    was executed by: JONÁS ANTONIO SANDOVAL QUIÑONEZ
3.    in his capacity of:  ASSISTANT DIRECTOR OF REGISTRIES AND NOTARIES
4.    bearing the seal/stamp of:    MINISTRY OF THE INTERIOR AND JUSTICE

CERTIFIED

5.    In Caracas:  November 19, 2007
6.    By the Minister:
7.    No.: 0173927
8.    Seal/Stamp
[seal appears: "Bolivarian Republic of Venezuela –
Ministry of the People's Power of Foreign
Relations – Legitizations Department"]

9.    Signature
      [illegible signature]
      Leonardo Javier Villalba Palacios
      Minister-Council Member
      Res. No. DM.080 dated March 6, 2007

[Three partial, unidentifiable ink stamps appear on the left margin.]

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Herrera Affidavit* completed on 11/19/07, originally written in Spanish.

_____
Ginger St. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

_____
Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010