EXHIBIT E

Apellido: PDVSA

Planilla N°

República Bolivariana de Venezuela
Ministerio del Poder Popular
para Relaciones Interiores y Justicia
Registro Principal del Distrito Capital
Caracas





# Legalización de Firma

Edificio N° 30, Pelota a Punceres, Av. Urdaneta
Frente al CICPC, Caracas, Venezuela

YUDAISY PASCUAL
INPREABOGADO N° 103.661

REPÚBLICA ...
... DE ...
DEL MUNICIPIO LIBERTADOR

PLANILLA N° 141752
DERECHOS EN ... 9/50 ...
OTORGAMIENTO PARA EL DÍA 5/11/6
A LAS 3... HORAS

Yo, **GUSTAVO ENRIQUE HERRERA RAMÍREZ**, ... nacionalidad venezolana, mayor de edad, domiciliado en la ciudad de Caracas, y portador de la Cédula de identidad No. **V-4.772.671,** por medio del presente documento declaro: "Que soy de profesión Piloto Comercial y actualmente me desempeño como Piloto y Capitán de las aeronaves de Petróleos de Venezuela S.A., (PDVSA), desde el año 1983. Dado que en fecha 17 de diciembre de 2003, fui el piloto de la aeronave cuyas características son las siguientes: Matrícula YV-450CP, Serial 219, desde el aeropuerto internacional Simón Bolívar de Maiquetía en Venezuela (el aeropuerto más cercano a la ciudad de Caracas), con destino al aeropuerto Internacional Dulles (uno de los aeropuerto más cercanos a la ciudad de Washington D.C.) y con vuelo de regreso de fecha 19 de diciembre de 2003, desde el aeropuerto internacional Dulles con destino al aeropuerto internacional Simón Bolívar de Maiquetía. Entre mis responsabilidades como Piloto y Capitán están las de mantener el libro de vuelo de cada viaje en el cual se registran detalles específicos de cada vuelo, tales como, la hora de despegue y aterrizaje, la cual se registra para viajes a los Estados Unidos de América en hora GMT (Greenwich Mean Time), el tiempo de vuelo y número de pasajeros. Anexo copias fotostáticas del Libro de Vuelo de fechas 17 y 19 de diciembre de 2003, identificadas como anexos "A" y "B" respectivamente. Asimismo, como Piloto y Capitán de la aeronave, soy el responsable de realizar y presentar ante las autoridades de migración venezolana el correspondiente *"General Declaration"*, que incluye los nombres completos de la tripulación, su número de identificación y de licencia, los nombres completos de los pasajeros y sus números de identificación, lugar de salida y primer puerto de entrada al país de destino (aeropuerto internacional de Fort Lauderdale FL.), el cual es requerido por las autoridades aduanales y de inmigración de los Estados

YUDAISY PASCUAL
INPREABOGADO N° 103.661

Unidos de América, identificado como anexo "C" de fecha 17 de diciembre de 2003, debidamente certificada por las autoridades de migración de la República Bolivariana de Venezuela. Adicionalmente adjunto a la presente declaración copia fotostática del Plan de Vuelo el cual es un documento preparado por PDVSA para cada viaje, el mismo Incluye información relativa al avión, fecha de partida y llegada, aeropuerto de salida y llegada, y el horario estimado de salida y llegada del vuelo. Además el Plan de Vuelo Incluye el *"Passenger Manifest"*, el cual identifica en forma detallada el nombre de cada uno de los pasajeros que viajaban con destino al aeropuerto internacional Dulles y con retorno al aeropuerto internacional Simón Bolívar de Maiquetía, preparado por la tripulación para el viaje a Washington D.C., del 17 al 19 de diciembre de 2003, identificado como anexo "D". Según el Libro de Vuelo, en fecha 17 de diciembre de 2003, la aeronave propiedad de PDVSA, siglas YV450CP, despegó del aeropuerto internacional Simón Bolívar de Maiquetía, a las 22:11 horas GMT y 18:11 hora venezolana, tal como se evidencia en el anexo "A" de la presente declaración. Cabe mencionar que la aeronave en cuestión, había sido abordada por cinco (5) pasajeros (anexos "A", "C" y "D"). Posteriormente hicimos una escala en uno de los primeros puertos de entrada a los Estados Unidos de América, específicamente en el aeropuerto internacional de Fort Lauderdale FL., el cual es requerido por las autoridades aduanales y de inmigración de los Estados Unidos de América (anexos "A", "C" y "D"), para así continuar con nuestro destino final a la ciudad de Washington D.C., y de esta manera arribar al aeropuerto internacional Dulles, (anexos "A" y "D"). En fecha 19 de diciembre de 2003, la misma tripulación y pasajeros despegaron del aeropuerto internacional Dulles a las 19:24 horas GMT y 14:24 hora local del puerto de salida, aterrizando en el aeropuerto internacional Simón Bolívar de Maiquetía a las 23:41 horas GMT y 19:41 hora venezolana (anexos "B" y "D"). En virtud de

YUDAISY PASCUAL
INPREABOGADO N° 103.661

esta declaratoria que hago, solicito al ciudadano Notario que le otorgue fe pública a la narrativa de los hechos antes expuestos y adjunte como parte integrante al presente documento los anexos que señaló a continuación:

1) Anexo "A": Libro de vuelo de fecha 17 de diciembre de 2003.

2) Anexo "B": Libro de vuelo de fecha 19 de diciembre de 2003.

3) Anexo "C": Declaración presentada a las autoridades de migración de la República Bolivariana de Venezuela, de fecha 17 de diciembre de 2003 (General Declaration).

4) Anexo "D": Plan de Vuelo y reporte de pasajeros (Passenger Manifest). Todo esto, de conformidad con lo establecido en el artículo 74, numeral 1 de la ley de Registro Público y del Notariado vigente.

En Caracas, a la fecha de su autenticación.

GUSTAVO ENRIQUE HERRERA RAMIREZ
C.I. V-4.772.671



# ANEXO "A"

## Libro de Vuelo de fecha 17/12/2003











**PDVSA**

## LIBRO DE VUELO FALCON 50

Matrícula: YV-45CCP   Serial: 219   Fecha: 17-12-03

Capitán: G. Herrera   Capitán: G. Oviedo   Téc./Aux.: A. Abreu   Téc.:

Capitán:   Horómetro Final:   Horómetro Inicial:

TOTAL: ____

### HORAS DE VUELO

| Origen | Destino | Encendido | Despegue | Aterrizaje | Apagado | Tiempo Vuelo Parcial | Tiempo Vuelo Total | Tiempo Bloque Parcial | Tiempo Bloque Total | PAX |
|--------|---------|-----------|----------|------------|---------|---------|---------|---------|---------|-----|
| SVMI | KFLL | 22:00 | 22:11 | 01:11 | 01:15 | 03:00 | 03:00 | 03:15 | 03:15 | 5 |
| KFLL | KTAPA | 02:05 | 02:23 | 04:17 | 04:25 | 01:55 | 04:55 | 02:20 | 05:35 | 5 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| HORAS DE AVION Y MOTORES | | | ATERRIZAJES Y CICLOS | | Próximo Servicio |
|---|---|---|---|---|---|
| Fuselaje | 4783.0 | + 4.9 | 4792.9 | Fuselaje | 2446 | + 2 | 2448 | |
| Motor # 1 | 4734.0 | + 4.9 | 4738.9 | Motor # 1 | 2338 | + 2 | 2400 | |
| Motor # 2 | 4641.8 | + 4.9 | 4646.7 | Motor # 2 | 2348 | + 2 | 2350 | |
| Motor # 3 | 4733.2 | + 4.9 | 4733.2 | Motor # 3 | 2418 | + 2 | 2420 | |
| APU | | + | | APU | | + | | |

### Instrumentos Motores

| | N1 | ITT | N2 | F/F | OIL T | OIL P | DC/V | MACH: |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.9 | 846 | 98 | 820 | 90 | 43 | 90 | |
| 2 | 98.4 | 844 | 98 | 821 | 103 | 42 | 90 | |
| 3 | 98.5 | 841 | 98 | 824 | 95 | 44 | 130 | SAT: |
| APU | | | | | | | | TAT: |

| Combustible: | | |
|---|---|---|
| | DC/V | AC VOLT |
| #1 | 0 | 113 |
| #2 | | 113 |

Técnico: Larry J. Tovío   Lic.: AE-6479508

**Pre-Vuelo**

HORAS SERVICIO TRIPULACION
Hora de entrada: ____
Hora de salida: ____
TOTAL: ____

RON: ____

**Reportes del Piloto:**
(1) Dashuys de FL 100 LUZ RH Main Gear permanece
encendida.

Piloto: ____   Lic.: ____

**Acción Correctiva:**
(1) MMTO. pendiente por caza falla 0. 1. Tovío

Técnico: L. Tovío   Lic.: AE-6479508   Inspector: O. Toro

Fecha: ____

Impresión: Servicio corporativo de Artes Gráficas



**ANEXO "B"**

**Libro de Vuelo de fecha 19/12/2003**



# PDVSA

## LIBRO DE VUELO FALCON 50

Matrícula: **YV450CP**  Serial: **219**  Fecha: **19-12-03**

Capitán: **G. Herrera**  Capitán: **G. Oviedo**  Téc./Aux. **A. Alexca**

Capitán: _____  Horómetro Inicial: _____  Horómetro Final: _____

TOTAL: **4-3**

## HORAS DE VUELO

| Origen | Destino | Encendido | Despegue | Aterrizaje | Apagado | Tiempo Vuelo Parcial | Tiempo Vuelo Total | Tiempo Bloque Parcial | Tiempo Bloque Total | PAX |
|--------|---------|-----------|----------|------------|---------|---------|-------|---------|-------|-----|
| KTAD | SVMI | 19:10 | 19:24 | 23:41 | 23:50 | 04:17 | 04:17 | 04:40 | 04:40 | |

### HORAS DE AVION Y MOTORES

| | | F/F | Fuselaje | | |
|--|--|--|--|--|--|
| Fuselaje | 4772.9 | 4.3 | 4772.2 | Fuselaje | |
| Motor # 1 | 4738.9 | 4.3 | 4782.2 | Motor # 1 | |
| Motor # 2 | 4446.2 | 4.3 | 4451.0 | Motor # 2 | |
| Motor # 3 | 4727.2 | 4.3 | 4731.5 | Motor # 3 | |
| APU | | | | APU | |

### ATERRIZAJES Y CICLOS

| | | Total |
|--|--|--|
| | 2448 + 1 | 2449 |
| | 2400 + 1 | 2401 |
| | 2330 + 1 | 2337 |
| | 2420 + 1 | 2421 |
| | + | |

Próximo Servicio

## Instrumentos Motores

| NT | IT | N2 | F/F | OIL T | OIL P | DCV | DCV | DC/A | AC VOLT |
|----|----|----|----|-------|-------|-----|-----|------|---------|
| | | | | | | | | | #1 | #2 |
| | 97.1 | 96 | 865 | 93 | 74 | 90 | 0 | 176 |
| | 84.5 | 94 | 855 | 102 | 43 | 100 | 0 | 1/2 |
| | 4.8 | 80c | 295 | 87 | 45 | 130 | 0 | |

FILE: **8.30**  TAT: **-21**  SAT: **-48**  MACH: **.80**

Combustible: _____

## HORAS SERVICIO/TRIPULACION

Hora de entrada: _____
Hora de salida: _____
TOTAL: _____

RON: _____

### Pre-Vuelo

Técnico: _____  Lic.: _____

portes del Piloto:

Piloto: _____

### ...ión Correctiva:

...co: **L-79010**  Lic.: **A1G 6-69-2500**  Inspector: _____  Lic.: _____  Fecha: _____



Servicio corporativo de Artes Gráficas



ANEXO "C"

**General Declaration**



# GENERAL DECLARATION
(Outward/Inward)

D-ow-0658
1/16/06

## PETROLEOS DE VENEZUELA S. A.

Operator

Nationality and Registration: **YV450CP** — PRIVADO — 17/12/2003

from: AERP. INT'L. S.BOLIVAR MAIQUETIA VZUELA
(Place and Country)

Arrival at: AERP INT'L FORT LAUDERDALE U.S.A.
(Place and Country)

### FLIGHT ROUTING

("Place" Colum always to last origin, every en route stop and destination)

| | 2) NUMBER OF PASSENGERS ON THIS STAGE | CARGO |
|---|---|---|
| | | Carga Manifests attached |

1) TOTAL NUMBER OF CREW

| Place | | |
|---|---|---|
| VEZUELA | CAP. GUSTAVO ENRIQUE HERRERA R. | |
| LIC. 464 | C.I. 4.772.571 | |
| COPILUMO ENRIQUE OVIEDO PEREZ | | |
| LIC. 1563 C.I. 5.303.865 | | |
| MECAR JUAN ALAMIR ALEGAR PEREZ | | |
| LIC.1051 C.I.10.921.051 | | |
| **PASAJEROS** | | |
| PEREZ CARREÑO RAFAEL DARIO | | |
| JULIA ELBA VAN DEN BRUCE AULAR | | |
| LUIS FELIPE VIERMA PEREZ | | |
| DELCY RODRIGUEZ | | |
| PEREZ CARRILLO MINA HAYMARA | | |

Departure Place: MAIQUETIA VENEZUELA

Embarking:

Through on same flight

Arrival Place: FORT LAUDERDALE FLORIDA-U.S.A.

Disembarking:

Through on same flight

Declaration of Health

... suffering from illness other than airsickness or the effects of accidents.

... on board which may lead to the spead of disease

**NO**

... during the flight give details of most recent disinfecting.

MEDIA HORA ANTES DE ATERRIZAR.

Sgd. If required **GUSTAVO HERRERA LIC.7464**
Crew member concerned

... agents and particulars contained in this General Declaration, and in any supplementary forms required to be presented with this ... is complete, exact and true to the best of my knowledge and that all through passengers will continue/have continued of this flight

SIGNATURE **ALFREDO MORENO**
Authorized Agent or Pilot-in-Command

Completed only when required by the State.

Completed when passenger manifests are presented and to be completed only when required by the State.



ANEXO "D"
**Plan de Vuelo**



Leg Details

**Trip Manager** (Reservation #232)(Ver:1) - unmodified      All Legs Posted

Manifests  Passenger Itini

| ✓ ✗ | Leg | Aircraft | From | Dep. Date | ETD | UTC | To | Arr. Date | ETA | UTC | ETE | NM | SM | WF | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | YV-450CP | SVMI | 17/12/2003 | 18:00 | +4 | KFLL | 17/12/2003 | 20:00 | +5 | 03+00 | 1191 | 1370 | -12 | |
| | 02 | YV-450CP | KFLL | 17/12/2003 | 22:00 | +5 | KIAD | 18/12/2003 | 00:00 | +5 | 02+00 | 784 | 902 | 8 | |
| | 03 | YV-450CP | KIAD | 19/12/2003 | 14:00 | +5 | SVMI | 19/12/2003 | 19:10 | +4 | 04+10 | 1790 | 2059 | 10 | |

Open Reservation   232   [Go]   **Crew | Pax Manifest | Contact | Logistics | Split**   Remarks: **Trip/Leg Crew**   **CANCEL**

| Date/Aircraft | Departure | Arrival | Distance/Time |
|---|---|---|---|
| Date ◄ ◄ **17/12/2003** ► ► | Airport **SVMI** 🔍 | Airport **KFLL** 🔍 | ETE **03+00** |
| Aircraft **YV-450CP** | *ETD Local **18:00** | ETA Local **20:00** | Nautical Miles **1191** |
| Aircraft Duty Reg. | *ETD UTC **22:00** | ETA UTC **01:00** | Statute Miles **1370** |
| Non-Flight Leg | UTC **+4** | UTC **+5** | Wind Factor **-12** |
| | | | Codes |





**Fleet Schedule for Wednesday, December 17, 2003**

| Times In | YV-455CP | YV-450CP | N-285CP | YV-2040 | YV-2039 | N-977CP | YV-1495 | YV-1496 |
|---|---|---|---|---|---|---|---|---|
| UTC | | SVMI 5 KFLL<br>18:00 ● 20:15<br>KFLL 5 KIAD<br>21:05 ● 23:25 | | | | | | |
| Local | | | | | | | | |
| Base | | | | | | | | |
| Previous<br>Today<br>Next | | | | | | | | |

CAMP Flight Scheduling System

Página 1 de 1

## Flight Scheduling

Fernando Duque   Primary Window      Trip Quote Monitor | User Settings | Administration | Logoff

Ver. 3.2.0 **Trip Quote | Trip Search | Atlas | Aircraft | Crew | Trip Manager | Reports | Post | Contacts | Views | Misc | Mv**

**Passenger Manifest**   (Reservation #232)   Sort By: Last Name   Open Reservation   232   [GO]   Trip Manager   Crewing

| X | Passenger(s) Name Passport | Citizenship | Date of Birth Green Card | | St | SGL | Remarks | | 1: YV-450CP Seats 9 SVMI - KFLL 12/17/2003 | | 2: YV-450CP Seats 9 KFLL - KIAD 12/17/2003 | | 3: YV-450CP Seats 9 KIAD - SVMI 12/19/2003 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PEREZ, MINA | | | | | | General  Trip | c | | c | | c | |
| | RAMIREZ, RAFAEL | | | | | | General  Trip | c | | c | | c | |
| | RODRIGUEZ, DELCY | | | | | | General  Trip | c | | c | | c | |
| | VAN DEN BRULE AULAR, JULYA ELBA | | | | | | General  Trip | c | | c | | c | |
| | VIERMA, LUIS | | | | | | General  Trip | c | | c | | c | |

Last Name _____   First Name _____

**Add Passengers**

[Add...] [Delete] [Clear All] [Copy Down] [Copy Right] [Copy R&Down]      [Submit]   [Group List]

Expenses     Billing



## Posting/Logbook

**Reservation #** 232    Reservation    Shuttle    Go    Search

**Flight #:** N/A    **Trip Code:** N/A    **Description:** N/A

| Dep Date | Leg # | Aircraft | POD | ETD | POA | Arrv Date | ETA | Codes | Status |
|---|---|---|---|---|---|---|---|---|---|
| 17/12/2003 zulu | 1 | YV-450CP | SVMI | 22:00 zulu | KFLL | 18/12/2003 zulu | 01:00 zulu | ---- | POST |
| 17/12/2003 local | | S/n: 219 | | 18:00 local | | 17/12/2003 local | 20:00 local | | |
| 18/12/2003 zulu | 2 | YV-450CP | KFLL | 03:00 zulu | KIAD | 18/12/2003 zulu | 05:00 zulu | --;-- | POST |
| 17/12/2003 local | | S/n: 219 | | 22:00 local | | 18/12/2003 local | 00:00 local | | |
| 19/12/2003 zulu | 3 | YV-450CP | KIAD | 19:00 zulu | SVMI | 19/12/2003 zulu | 23:10 zulu | ---- | POST |
| 19/12/2003 local | | S/n: 219 | | 14:00 local | | 19/12/2003 local | 19:10 local | | |

| Out Date | | Out | Off | On | In | In Date | | |
|---|---|---|---|---|---|---|---|---|
| 17/12/2003 | 9 | 2200 | 2211 | 0111 | 0115 | 18/12/2003 | 9 | Clear Zulu Time |
| 17/12/2003 | 0 | 1800 | 1811 | 2011 | 2015 | 17/12/2003 | 9 | Local Time |

Flt H.T  3.0    H.T  0
Flt H:M  3:00    H:M  0:0
Blk H.T  3.3
Blk H:M  3:15

Delay Code

Delay Notes

Crew Duty Start  0000

Crew Duty Stop  0000

### APU / HOBBS METER

Start  0    Stop  0    HOBBS TIME  0

☐ HOBBS Total Only

Clear Hobbs

### FUEL USAGE

Fuel Out  0  Lbs    Fuel In  0  Lbs    Consumed  0  Lbs

☐ Fuel Consumed Only

Clear Fuel

### MISCELLANEOUS



Distance  1191  Nm    Cargo  Lbs    TOGW  Lbs    Num Pax  5

Expenses    Billing

| Aircraft | |
| --- | --- |
| Hours | 3.0 |
| Landings | 1 |

| APU | |
| --- | --- |
| Hours | |
| Starts | |

POD FBO

POA FBO

REMARKS

General    No General Remarks

Leg    No Leg Remarks

| ENG | |
| --- | --- |
| Hours | No engines located for this aircraft. |
| Cyc 1 | |

| | Flt | Blk | Day | Night | IFR | VFR | Day T/O | Night T/O | Day LDG | Night LDG | Precision Approach | Non-Precisio |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Captain | | | | | | | | | | | | |
| HERRERA, GUSTAVO | 3.0 | 3.3 | 3:18 | 0:0 | 0:0 | 0:0 | 0 | 0 | 0 | 0 | | |
| First Officer | | | | | | | | | | | | |
| OVIEDO, GUILLERMO | 3.0 | 3.3 | 3:18 | 0:0 | 0:0 | 0:0 | 0 | 0 | 0 | 0 | | |
| | Blk | | | | | | | | | | | |
| Flight Attendant | | | | | | | | | | | | |
| ALLENCAR, ALAN | 3.3 | | | | | | | | | | | |

Submit      Delete Post

REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTÍNEZ, C.I. Nº 4.684.558, NOTARIO PÚBLICO TRIGESIMO NOVENO DEL MUNICIPIO LIBERTADOR. EL BOSQUE, ____ (/) de Noviembre de DOS MIL SIETE (2007). 197º y 148º. El anterior documento redactado por el abogado YUDAISY PASCUAL, inscrito en el Inpreabogado bajo el Nº 103.661, fue presentado para su autenticación y devolución, según planilla Nº 141758, de fecha 15/11/2007. Presente su otorgante dijo llamarse: **GUSTAVO ENRIQUE HERRERA RAMIREZ**, mayor de edad, domiciliado en Caracas, de estado civil: _____ de nacionalidad: Venezolana, con cédula de identidad Nº 4.772.671. Leídole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: **"SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO"**. El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARIA EUGENIA ROMERO y MARIA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el Nº 1, Tomo **198** de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y Consecuencias Legales del Documento que otorga tal como lo exige el Artículo 79, Numeral 2, de la Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autorizó a _____ con Cédula de Identidad Nº _____ Escribiente 1 de esta Notaría, para presenciar dicho otorgamiento en Edif. Petróleo de Venezuela, Torre Este, Av. Libertador, La Campiña, a las 3:00 p.m., a solicitud de parte interesada. Todo de conformidad con el Art. 29 del Reglamento de Notarías Públicas.

**EL NOTARIO PÚBLICO,**

Dra. Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

**LOS TESTIGOS,**

**FUNCIONARIO AUTORIZADO**

**EL OTORGANTE,**

GUSTAVO ENRIQUE HERRERA RAMIREZ



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR
PARA RELACIONES INTERIORES Y JUSTICIA
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
CARACAS

Nº 242278

Quien suscribe, Dra. SUSANA RAMIREZ ARAQUE, Registradora Principal Auxiliar del Distrito Capital. Hace constar para dar cumplimiento al Art. 65 de la Ley de Registro Público y del Notariado se legaliza la firma de el (la) ciudadano (a): Dra. ZULAY DE MARTINEZ. Quien para la fecha es: NOTARIO PUBLICO TRIGESIMO NOVENO DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL. La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. Se expide a solicitud de oficio Nº S/N de fecha Caracas, 16 de Noviembre de 2007 papel de seguridad Nº 242277 emanado de PDVSA papel de seguridad Nº 242278. El presente documento fue elaborado por la Funcionaria: Magalys Alvarez. Caracas, dieciséis (16) de Noviembre del 2007.



Magalys Alvarez
FUNCIONARIA AUTORIZA

Dra. SUSANA RAMIREZ A.
REGISTRADORA PRINCIPAL AUXILIAR
DEL DTO CAPITAL





*DIRECCION GENERAL DE REGISTROS Y NOTARIAS*

Se legaliza la firma que antecede del ciudadano

## JOSE M. VILLANUEVA R.

quien es como se titula, **Registrador Principal del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.



Caracas,   16 NOV. 2007

Años 197° y 148°

Por el Ministro,



**Abog. JONAS ANTONIO SANDOVAL Q.**
*Adjunto de la Dirección General de Registros y Notarías*
*Por delegación de firma, según Resolución N° 057 de fecha 30-01-2007*
*Publicada en Gaceta Oficial de la República Bolivariana*
*de Venezuela N° 38.615 de la misma fecha*

OFM





Venezuela
AHORA ES DE TODOS

Ministerio del Poder Popular para
Relaciones Interiores y Justicia

Gobierno
Bolivariano
de Venezuela









REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
DIRECCION GENERAL DE RELACIONES CONSULARES

**APOSTILLE**

Convention de La Haya del 5 Octobre 1961

1- País: VENEZUELA

El presente documento público :

2- Ha sido suscrito por: JONÁS ANTONIO SANDOVAL QUIÑONEZ

3- Actuando en su calidad de: DIRECTOR ADJUNTO DE REGISTROS Y NOTARIAS

4- Llevando el sello/timbre de: MINISTERIO DEL INTERIOR Y JUSTICIA

Certificado

5- En Caracas:    19/11/2007

6- Por el Ministro:

7- Nº:    0173927

8- Sello/Timbre



9- Firma 

**Leonardo Javier Villalba Palacios**
**Ministro Consejero**
**Res. Nº DM.080 del 06/03/2007**







