EXHIBIT C



Apellido: PDVSA

Planilla Nº

República Bolivariana de Venezuela
Ministerio del Poder Popular
para Relaciones Interiores y Justicia
Registro Principal del Distrito Capital
Caracas



# Legalización de Firma

Edificio Nº 30, Pelota a Punceres, Av. Urdaneta
Frente al CICPC, Caracas, Venezuela







NOTARIA PÚBLICA
TRIGÉSIMA NOVENA
DEL MUNICIPIO LIBERTADOR

PLANILLA N° ........ M.I.I.O.
DERECHOS Bs. ........ 3.280.80
O'ORGAMIENTO PARA EL DIAZ :l :o\
A LAS ................ HORAS

JUAN CARLOS MÁRQUEZ CABRERA
INPREABOGADO N° 59526

Ciudadana

**Notario Público Trigésimo Noveno del Municipio Libertador del**

**Distrito Capital.-**

**"Su despacho.-**

Yo, **RAFAEL DARIO RAMIREZ CARREÑO**, de nacionalidad venezolana, mayor de edad, domiciliado en la ciudad de Caracas, y portador de la Cédula de Identidad No. **V-5.479.706**, en mi condición de Ministro del Poder Popular para la Energía y Petróleo y Presidente de Petróleos de Venezuela, S.A, nombrado el primero mediante Decreto Presidencial N° 1.880 y publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 37.486 de fecha 17 julio de 2002, y el segundo, mediante Decreto Presidencial N° 3.264, de fecha 20 de noviembre de 2004, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 38.082 de fecha 8 de diciembre de 2004, por medio del presente documento declaro: "Que ratifico la declaración que hiciera en fecha 18 de julio de 2007, dirigida a la ciudadana Procuradora General de la República Bolivariana de Venezuela, Gladys Gutiérrez Alvarado, en la cual dejo como constancia de los hechos que se encuentran relacionados con la firma de un **"Addendum"**, el cual desconocía hasta el comienzo del litigio aperturado por los demandantes y que consta en el Expediente N° 07 CV 3179, llevado por ante la Corte de Distrito, del Distrito Sur de Nueva York de los Estados Unidos de América. En virtud de esto, efectúo esta declaración suplementaria para reafirmar los hechos relacionados con la firma del supuesto **"Addendum"**, y declarar que en fecha 19 de diciembre de 2003 no estuve en Venezuela, el día en que según los Demandantes, el **"Addendum"**, fue supuestamente firmado por mi persona y recibido posteriormente por el ciudadano Iván Zerpa, en su oficina, ubicada en el Ministerio de Energía y Minas

JUAN CARLOS MARQUEZ CABRERA
INPREABOGADO N° 59526

de la ciudad de Caracas. En efecto, el 17 de diciembre de 2003, salí de Venezuela acompañado por la ciudadana Julia Van Den Brule y otras personas, con el fin de asistir a una conferencia Internacional de Energía, auspiciada por el Departamento de Energía de los Estados Unidos de América, en la ciudad de Washington D.C., por lo que a continuación señalo lo siguiente: 1) el vuelo que aborde, despegó de la ciudad de Caracas en horas de la tarde del día 17 de diciembre de 2003, y arribó a la ciudad de Washington D.C. (luego de una breve escala en Ft. Lauderdale, FL.), casi a las 23:30 horas de ese mismo día, 2) estuve en Washington D.C., hasta la tarde del día 19 de diciembre de 2003, y mi vuelo de regreso aterrizó en el aeropuerto de Maiquetía en Venezuela aproximadamente a las 19:30 horas. Una vez en Maiquetía, me retiré del aeropuerto y me fui directamente a mi casa. Durante mi viaje a Washington D.C., entre los días 17 y 19 diciembre de 2003 (así como antes y después del viaje), nadie me comentó sobre un **"Addendum"** o algún documento similar, y no vi o firmé algún documento similar, ni denominado como tal **"Addendum"**. En todo caso, dada mi ausencia de Venezuela, era físicamente imposible que yo hubiera firmado ningún **"Addendum"**, en la ciudad de Caracas entre los días 17 y 19 de diciembre del año 2003". Por todo lo antes expuesto, anexo al presente documento, copia autentica y certificada de mi Pasaporte Diplomático N° 396/2002, donde se evidencia el viaje realizado a los Estados Unidos de América, tal cual como se constata en las páginas Nos. 20 y 30, con sello de salida de Venezuela estampado por el Departamento de Migración de la República Bolivariana de Venezuela (M.I.J.-ONIDEX), de fecha 17 de diciembre de 2003 y estampa del sello de entrada del Departamento de Migración de los Estados Unidos de América, de fecha 17 de diciembre de 2003, asimismo se refleja la estampa del sello correspondiente a la entrada a Venezuela el día 19 de diciembre de

JUAN CARLOS MÁRQUEZ CABRERA
INPREABOGADO Nº 59526

2003, colocado por el Departamento de Migración de la República Bolivariana de Venezuela.

En virtud de esta declaratoria que hago, solicito al ciudadano Notario que le otorgue fe pública a la narrativa de los hechos antes expuestos, de conformidad con el artículo 74, numeral 1 de la ley de Registro Público y del Notariado vigente.

En Caracas, a la fecha de su autenticación.

Rafael Darío Ramírez Carreño
Ministro del Poder Popular para la Energía y Petróleo
Presidente de Petróleos de Venezuela, S.A.



REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA. DRA. ZULAY DE MARTINEZ, NOTARIO PÚBLICO TRIGÉSIMO NOVENO DEL MUNICIPIO LIBERTADOR. EL HOY. Dos (02) de Noviembre de DOS MIL SIETE (2007). 197° y 148°. El anterior documento redactado por el abogado Juan Carlos Jiménez Calvano, inserto en el Inprabogado bajo el N° 59.526, fue presentado para su autenticación y devolución, según planilla N° 141140, de fecha 02/11/2007. Presente su otorgante dijo llamarse: RAFAEL DARÍO RAMÍREZ CARREÑO, mayor de edad, domiciliado en Caracas, de estado civil: Casado, de nacionalidad: Venezolana, con cédula de identidad N° 5.479.706. Leídole y confrontado el original con sus fotocopias y firmadas éstas y el original en presencia del Notario, el otorgante expuso: "SU CONTENIDO ES CIERTO Y MÍA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO". El Notario en tal virtud lo declara Autenticado en presencia de los testigos MARÍA EUGENIA ROMERO y MARÍA CAROLINA GIL, con cédulas de identidad Nos. 5.074.944 y 8.640.853, dejándolo inserto bajo el N° 40, Tomo 190 de los libros de Autenticaciones llevados en esta Notaría. El Notario Público hace constar que tuvo a su vista: 1) Decreto Presidencial N° 1.880, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 37.486, de fecha 17/07/2002, donde se evidencia la cualidad de MINISTRO DEL PODER POPULAR PARA LA ENERGÍA Y PETRÓLEO con la que actúa el otorgante. 2) Decreto Presidencial N° 3.264, de fecha 20/11/2004, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 98.082, de fecha 08/12/2004, donde consta la condición de Presidente de PETRÓLEOS DE VENEZUELA, S.A., que ostenta el otorgante. 3) Documento autenticado por ante esta Notaría, en fecha 02/11/2007, anotado bajo el N° 39, Tomo 190, mediante el cual se dejó constancia en la nota de autenticación, que las copias fotostáticas anexas al referido documento son copias fieles y exactas, en virtud de la verificación realizada con el Pasaporte original. Igualmente dio cumplimiento de informar al otorgante sobre la Naturaleza, Trascendencia y Consecuencias Legales del Documento que otorga tal como lo exige el Artículo 79, Numeral 2, de la Ley de Registro Público y del Notariado, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 5.833, de fecha 22/12/2006. El Notario Público certifica que para este acto se autorizo a MARÍA EUGENIA ROMERO, con Cédula de identidad N° 5.074.944, Escribiente I de esta Notaría, para presenciar dicho otorgamiento en PDVSA La Campiña, a las 4:00 p.m., a solicitud de parte interesada. Todo en conformidad con el Art. 29 del Reglamento de Notarías Públicas.

EL NOTARIO PÚBLICO,

LOS TESTIGOS,

FUNCIONARIO AUTORIZADO,

Zulay de Martínez
Notario Público Trigésimo Noveno
del Municipio Libertador

EL OTORGANTE,

RAFAEL DARÍO RAMÍREZ CARREÑO





REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR
PARA RELACIONES INTERIORES Y JUSTICIA
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
CARACAS

Nº 243023

Quien suscribe, Dr. JOSE MIGUEL VILLANUEVA R. Registrador Principal del Distrito Capital, hace constar: para dar cumplimiento al art. de la Ley de Registro Público y del Notariado se legaliza la firma de el (la) ciudadano(a): Dra. ZULAY DE MARTINEZ. Quien para la fecha que suscribe es: NOTARIO PUBLICO TRIGESIMO NOVENO DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL. La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma, Papel de Seguridad Nº 243023 Se expide a solicitud de oficio Nº SIN de fecha 07 de Noviembre de 2007 Emanado de PDVSA. El presente documento fue elaborado por la Funcionaria Autorizada. Magalys Alvarez. Caracas, Siete (07) de Noviembre del 2007.

Magalys Alvarez

FUNCIONARIA AUTORIZADA.

DR. JOSE M. VILLANUEVA R.
REGISTRADOR PRINCIPAL DEL DTTO
CAPITAL







DIRECCION GENERAL DE REGISTROS Y NOTARIAS

Se legaliza la firma que antecede del ciudadano

JOSE M. VILLANUEVA R.

quien es como se titula, **Registrador Principal del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de
ningún otro extremo de fondo ni de forma.

Caracas, 07 NOV 2007

Años 197° y 148°

Por el Ministro,





**Abog. JONAS ANTONIO SANDOVAL Q.**
*Adjunto de la Dirección General de Registros y Notarías*
*Por delegación de firma, según Resolución N° 057 de fecha 30-01-2007*
*Publicada en Gaceta Oficial de la República Bolivariana*
*de Venezuela N° 38.615 de la misma fecha*





Gobierno
Bolivariano
de Venezuela

Ministerio del Poder Popular para
**Relaciones Interiores y Justicia**



Venezuela



N° 0066541

0167212



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
DIRECCION GENERAL DE RELACIONES CONSULARES

APOSTILLE

Convention de La Haye del 5 Octobre 1961

1- Pais: VENEZUELA

El presente documento público :

2- Ha sido suscrito por: JONÁS ANTONIO SANDOVAL QUIÑONEZ

3- Actuando en su calidad de: DIRECTOR ADJUNTO DE REGISTROS Y NOTARIAS

4- Llevando el sello/timbre de: MINISTERIO DEL INTERIOR Y JUSTICIA

Certificado

5- En Caracas:   08/11/2007

6- Por el Ministro:

7- N°:   0167212

8- Sello/Timbre

9- Firma



**Leonardo Javier Villalba Palacios**
Ministro Consejero
Res. N° DM.080 del 05/03/2007

*[Seal appears: Ministry of the People's Power of Interior and Justice]*

Surname: ___PDVSA___

Form No.: _____

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for the Interior and Justice**
**Primary Register of the Capital District**
**Caracas**

*[Large crest appears: "April 19, 1810 – February 20, 1859 – Independence – Federation – Bolivarian Republic of Venezuela"]*

**Legalization of Signature**

**Building No. 30, Pelota a Punceres, Av. Urdaneta**
**Facing CICPC, Caracas, Venezuela**

*[Three partial ink stamps appear: "Legalization - Bolivarian Republic of Venezuela – Ministry of the Interior and Justice – Primary Registry Office of the Capital District - Caracas"]*

[Ink stamp appears: "Notary Public Office No.
Thirty-nine of the Municipality of Libertador –
Form No. 141/40 – Fees Bs 33,868.80 – Issued for:
November 2 [illegible] at _____."]

[illegible signature]
Juan Carlos Márquez Cabrera
Venezuelan Bar Assn. No. 59526

[Seal appears: "Bolivarian Republic of Venezuela –
Ministry of the People's Power of Interior and
Justice – Notary Public – Thirty-nine of the
Municipality of Libertador"]

The Thirty-ninth Notary Public of the Municipality of Libertador, Capital District

I, **Rafael Dario Ramírez Carreño**, a Venezuelan citizen, of legal age, domiciled in the city of Caracas, and holder of I.D. No. V-5,479,706, in my capacity as Minister for Energy and Petroleum and Chairman of Petroleos de Venezuela, S.A., appointed to the former position by Presidential Decree No. 1,880 and published in the Official Gazette of the Bolivarian Republic of Venezuela No. 37,486 dated July 17, 2002, and to the latter position by Presidential Decree No. 3,264, dated November 20, 2004, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 38,082 dated December 8, 2004, hereby represent: "That I ratify the statement made on July 18, 2007, directed to the Attorney General of the Bolivarian Republic of Venezuela, Gladys Gutiérrez Alvarado, in which I testified regarding the facts related to the signing of an "**Addendum**," of which I was not aware until the beginning of the lawsuit filed by the Plaintiffs and which appears in Case File No. 07 CV 3179, filed with the District Court of the Southern District of New York in the United States of America. In virtue of the same, I make this supplemental declaration to reaffirm the facts related to the signing of the alleged "**Addendum**" and to declare that on December 19, 2003, I was not in Venezuela, which was the day on which, according to the Plaintiffs, the "**Addendum**" was allegedly signed by me and received subsequently by Adrián Zerpa, in his office, located in the Ministry of Energy and Mines

[Illegible signature]
Juan Carlos Márquez Cabrera
Venezuelan Bar Assn. No. 59526

in the city of Caracas. In effect, on December 17, 2003, I left Venezuela accompanied by Julia Van Den Brule and other persons, in order to attend an international energy conference, sponsored by the United States Department of Energy, in Washington, D.C. Therefore, I further state the following: 1) The flight that I boarded took off from Caracas in the afternoon of December 17, 2003, and arrived in Washington, D.C. (after a brief stopover in Fort Lauderdale, Florida), at around 11:30 p.m. that same day; 2) I was in Washington, D.C. until the afternoon of December 19, 2003, and my return flight landed at Maiquetia airport in Venezuela at approximately 7:30 p.m. Once in Maiquetia, I left the airport and I went directly to my home. During my trip to Washington, D.C. on December 17 through 19, 2003 (and before and after the trip), no one spoke to me about an "Addendum" or similar document, and I did not see or sign any such document, or any document referenced as an "Addendum." In any event, given my absence from Venezuela, it was physically impossible for me to have signed any "Addendum" in the city of Caracas between December 17 and 19, 2003." For the foregoing reasons, I have attached hereto an authentic, certified copy of my Diplomatic Passport No. 396/2002, which shows the trip made to the United States of America, as noted on Pages No. 20 and 30, with an exit stamp from Venezuela affixed by the Immigration Department of the Bolivarian Republic of Venezuela (M.I.J.-ONIDEX), dated December 17, 2003, and an entry stamp from the Immigration Department of the United States of America, dated December 17, 2003. In addition it shows the seal corresponding to entry into Venezuela on December 19,

*[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

[illegible signature]
Juan Carlos Márquez Cabrera
Venezuelan Bar Assn, No. 59526

2003, affixed by the Immigration Department of the Bolivarian Republic of Venezuela.

In virtue of this declaration, I request that the Honorable Notary publicly witness the narrative of the aforementioned facts, pursuant to Article 74, No. 1 of the Public Registration and Notary Act in effect.

In Caracas, on the date of authentication of this instrument.

[illegible signature]

**Rafael Darío Ramírez Carreño**

**Minister of the People's Power of Energy and Petroleum**

**Chairman of Petróleos de Venezuela, S.A.**

[illegible revenue stamp appears]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[fiscal stamp]

[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

[Three partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

*[Three portrait ink stamps appear on left margin: "Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

**BOLIVARIAN REPUBLIC OF VENEZUELA. MINISTRY OF THE INTERIOR AND JUSTICE. DR. ZULAY DE MARTINEZ, THIRTY-NINTH NOTARY PUBLIC OF THE MUNICIPALITY OF LIBERTADOR. EL BOSQUE,** November 2, 2007. 197 and 148. The foregoing document prepared by attorney Juan Carlos Marquez Cabrera, Member No. 59,526 of the Venezuelan Bar, was presented for authentication and return, per form No. 141140, dated November 2, 2007. The executing party was present and said that his name was: **RAFAEL DARIO RAMIREZ CARREÑO,** of legal age, domiciled in Caracas, married, a Venezuelan citizen, holder of I.D. No. 5,479,706. Having read the instrument to him and compared the original with its photocopies, and having signed the latter and the original in the presence of the Notary, the executing party stated: **"ITS CONTENTS ARE TRUE AND THE SIGNATURE APPEARING AT THE BOTTOM OF THE INSTRUMENT IS MINE."** In virtue whereof, the Notary declared the document to be authenticated in the presence of witnesses Maria Eugenia Romero and Maria Carolina Gil, I.D. Nos. 5,074,944 and 8,640,853, entering it at No. 40, Volume 190 of the copybook of Authentications maintained in this Notary Office. The Notary Public acknowledged having seen: 1) Presidential Decree No. 1,856 published in the Official Gazette of the Bolivarian Republic of Venezuela No. 37,486, dated July 17, 2002, which verifies the capacity of **MINISTER OF ENERGY AND PETROLEUM** in which the executing party is acting. 2) Presidential Decree No. 3,264 dated November 20, 2004, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 38,082, dated December 8, 2004, which verifies the capacity of Chairman of **PETRÓLEOS DE VENEZUELA, S.A.,** as claimed by the executing party. 3) A document authenticated in this Notary Office, on November 2, 2007, entered at No. 39, Volume 190, by means of which it was acknowledged in the authentication statement that the photocopies attached to the referenced document are true and accurate copies, based on the comparison made to the original Passport. Furthermore, the executing party was informed of the Nature, Importance and Legal Consequences of the Document he issued as required by Article 79, No. 2 of the Public Registration and Notary Act, published in the Official Gazette of the Bolivarian Republic of Venezuela, No. 5,833, dated December 22, 2006. The Notary Public hereby certifies that for these proceedings, María Eugenia Romero, holder of I.D. No. 5,074,944, Clerk I of this Notary Office, was authorized to witness said issuing at PDVSA La Campiña, at 4:00 p.m. at the request of the interested party. All of the foregoing is in accordance with Article 29 of the Notaries Public Regulation.

**THE NOTARY PUBLIC**
*[illegible signature]*
Dra. Zulay de Martinez
Notary Public No. Thirty-nine of the Municipality
of Libertador

*[Ink stamp appears: "Bolivarian Republic of Venezuela – Ministry of the Interior and Justice – Notary Public – Thirty-nine of the Municipality of Libertador"]*

**THE EXECUTING PARTY**
*[illegible signature]*
Rafael Dario Ramirez Carreño

**THE WITNESSES**
[illegible signature]
[illegible signature]

**AUTHORIZED OFFICIAL**
[illegible signature]

*[Three partial ink stamps appear: "Legalization - Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice – Primary Registry Office of the Capital District - Caracas".]*

*[Coat of arms]*

*[Coat of arms]*

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PEOPLE'S POWER OF
INTERIOR AND JUSTICE
PRIMARY REGISTER OF THE CAPITAL
DISTRICT – CARACAS
No. 243023

The undersigned, **Dr. José Miguel Villanueva R.**, Primary Registrar of the Capital District, hereby acknowledges: In order to comply with Article 65 of the Public Registration and Notary Act, **the signature of Dr. Zulay de Martínez was legalized**, who as of the date of execution was the **THIRTY-NINTH NOTARY PUBLIC OF THE MUNICIPALITY OF LIBERTADOR, CAPITAL DISTRICT.** This legalization does not prejudge any other matter of substance or of form, **Security Paper No. 243023.** Issued at the request of Memo No. S/N *[unnumbered]* dated **November 7, 2007**, issued by **PDVSA.** This document was prepared by the Authorized Official. Magalys Alvarez.  Caracas, November 7, 2007.

*[Illegible signature]*
Magalys Alvarez
Authorized Official

*[Ink stamp appears:*
*"Legalization – Bolivarian*
*Republic of Venezuela – Ministry*
*of the People's Power of the*
*Interior and Justice – Primary*
*Registry Office of the Capital*
*District – Caracas"]*

*[Illegible signature]*
Dr. José M. Villanueva R.
Primary Registrar,
Capital District

*[Three partial ink stamps appear on the left margin: "Legalization - Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice –Primary Registry Office of the Capital District - Caracas"]*

[Ink stamp appears: "Legalization - Bolivarian Republic of Venezuela – Ministry of the People's Power of the Interior and Justice –Primary Registry Office of the Capital District - Caracas"]

[Three partial ink stamps appear on the right margin: "Legalization - Bolivarian Republic of Venezuela –

Ministry of the People's Power of the Interior and Justice – Primary Registry Office of the Capital District

- Caracas"]

[Seal: "Ministry of the People's Power of the Interior and Justice"]
OFFICE OF REGISTERS AND NOTARIES

The foregoing signature of

**JOSÉ M. VILLANUEVA R.**

**is hereby legalized. He is the Primary Registrar of the Capital District.**

Please be informed that this legalization does not prejudge any other matter of substance or of form.

Caracas, November 7, 2007
Years 197 and 148

For the Minister,

[Ink stamp appears: " Bolivarian Republic of Venezuela – Ministry of the People's Power for Interior and Justice – Office of Registers and Notaries"]

[illegible signature]
**Atty. Jonas Antonio Sandoval Q.**
**Assistant in the Office of Registries and Notaries**
By delegation of signature, per Resolution No. 057 dated January 30, 2007
Published in the Official Gazette of the Bolivarian Republic of Venezuela No. 38,615 of the same date.

[initials]
OFM

[Three partial ink stamps appear on the left margin: "Legalization - Bolivarian Republic of Venezuela –

Ministry of the People's Power of the Interior and Justice – Primary Registry Office of the Capital District

- Caracas"]

Bolivarian Government          **Ministry of the People's Power of Interior**          **Venezuela**
of Venezuela                          **and Justice**                                              Now for everyone

*[Two partial ink stamps appear: "Bolivarian Republic of Venezuela – Ministry of the People's Power of Foreign Relations – Legalizations Department"]*

No. 0066541

0167212

*[Crest appears]*

BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN RELATIONS
OFFICE OF CONSULAR RELATIONS

## APOSTILLE

The Hague Convention of October 5, 1961

1.  Country:    **VENEZUELA**
    **This public instrument:**
2.  was executed by: JONÁS ANTONIO SANDOVAL QUIÑONEZ
3.  in his capacity of: **ASSISTANT DIRECTOR OF REGISTRIES AND NOTARIES**
4.  bearing the seal/stamp of:    **MINISTRY OF THE INTERIOR AND JUSTICE**

## CERTIFIED

5.  In Caracas: November 8, 2007
6.  By the Minister:
7.  No.: 0167212
8.  **Seal/Stamp**
    *[seal appears: "Bolivarian Republic of Venezuela –*
    *Ministry of the People's Power for Foreign*
    *Relations – Legalizations Department"]*

9.  **Signature**
    *[illegible signature]*
    Leonardo Javier Villalba Palacios
    Minister-Council Member
    Res. No. DM 080 dated March 6, 2007

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of the *Ramirez Carreño Affidavit* completed on 11/19/07, originally written in Spanish.

Gina Si. Laurent
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 19th day of November 2007

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146567
Qualified in Kings County
Commission Expires May 22, 2010