GREENBERG TRAURIG, LLP
James W. Perkins (JWP-6684)
Met Life Building
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
perkinsj@gtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
COMPAÑIA DEL BAJO CARONI (CAROMIN), C.A.,  :
Calle Cuenca, Manzana 7, Campo B de Ferrominera :
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela, :   Civil Action No. 07 CV 3179 (NRB)
and :
:
V.M.C. MINING COMPANY, C.A., :
Calle Cuenca, Manzana 7, Campo B de Ferrominera :   **NOTICE OF MOTION FOR ORDER**
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela, :   **GRANTING LEAVE TO**
:   **WITHDRAW AS COUNSEL**
                    Plaintiffs, :
:
          - against - :
:
BOLIVARIAN REPUBLIC OF VENEZUELA, :
c/o Consulate General of Venezuela :
7 East 51st Street :
New York, New York 10022, and :
:
MINISTRY OF BASIC INDUSTRIES AND MINES :
c/o Consulate General of Venezuela :
7 East 51st Street :
New York, New York 10022, :
:
                    Defendants. :
:
------------------------------------------------------------ x

PLEASE TAKE NOTICE, that upon the Declaration James W. Perkins dated January 4, 2008 in support of the motion, Greenberg Traurig, LLP and Colson Hicks Eidson, former counsel to Compañia Del Bajo Caroni (Caromin), C.A, and V.M.C. Mining Company, C.A., will

move this Court, before the Honorable Naomi Rice Buchwald, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Centre Street, New York, New York, as soon as counsel may be heard, for an Order, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and N.Y.S.B.A. Code of Professional Responsibility DR 2-110(B)(4), permitting Greenberg Traurig, LLP and Colson Hicks Eidsonto withdraw as counsel in this action, together with any other and further relief as the Court deems just and proper.

Dated: New York, New York
January 4, 2008

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins (JWP 6684)
The MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2100
Fax: (212) 801-6400

COLSON HICKS EIDSON

By: _____
Roberto Martinez
255 Aragon Avenue, 2nd floor
Coral Gables, Florida 33134
Tel: (305) 476-7400
Fax: (305) 476-7444

TO:    FOLEY HOAG, LLP
Kenneth S. Leonetti, Esq.
Paul S. Reichler
Ronald E.M. Goodman
1875 K Street, N.W.
Washington, D.C. 20006
*Attorneys for Defendants*

Manuel Fernandez
Compañia Del Bajo Caroni (Caromin), C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela

V.M.C. Mining Company, C.A.,
Calle Cuenca, Manzana 7, Campo B de Ferrominera
Quinta Analú, Puerto Ordaz, Estado Bolivar Venezuela