## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )          Civil Action No. 07 CV 3179 (NRB)

LAUREN GRASSOTTI, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York.

On January 4, 2008, I served the within NOTICE OF MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL by depositing a true copy thereof via Federal Express, addressed to:

> Kenneth S. Leonetti, Esq.
> FOLEY HOAG, LLP
> 1875 K Street, N.W.
> Washington, D.C. 20006
>
> Manuel Fernandez
> Compañia Del Bajo Caroni (Caromin), C.A.,
> Calle Cuenca, Manzana 7, Campo B de
> Ferrominera Quinta Analú, Puerto Ordaz,
> Estado Bolivar Venezuela
>
> V.M.C. Mining Company, C.A.,
> Calle Cuenca, Manzana 7, Campo B de
> Ferrominera
> Quinta Analú, Puerto Ordaz, Estado Bolivar
> Venezuela

_____
Lauren Grassotti

Sworn to before me this
4th day of January, 2008

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010

WDC 371,558,476v1 1/4/2008