UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

COMPANIA DEL BAJO CARONI (CAROMIN) AND
V.M.C. MINING COMPANY, C.A.,

        **O R D E R**

           Plaintiffs.

    07 Civ. 3179 (NRB)

   - against -

BOLIVARIAN REPUBLIC OF VENEZUELA AND
MINISTRY OF BASIC INDUSTRIES AND MINES,

          Defendants.

-------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

    **WHEREAS** Greenberg Traurig LLP and Colson Hicks Eidson, counsel for plaintiffs, have filed a motion to withdraw as attorneys of record; and

    **WHEREAS** the defendants' motion to dismiss the amended complaint has been fully briefed since November 20, 2007 and oral argument on the motion was scheduled in December, 2007 for 11:30 A.M. on January 24, 2008; and

    **WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

    **ORDERED** that the motion is granted on condition that the pending motion to dismiss is treated as fully submitted and that

oral argument will proceed as scheduled (unless if plaintiffs are unrepresented on January 24, 2008, it will be cancelled); and it is further

**ORDERED** that if the plaintiffs Compania Del Bajo Caroni (Caromin) and V.M.C. Mining Company, C.A. have not retained new counsel within 30 days, the failure to have done so will result in the dismissal of the complaint.

DATED:      New York, New York
            January 7, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2

Copies of the foregoing Order have been mailed on this date to the following:

Counsel for Plaintiff

James W. Perkins, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166

Ronald W. Kleinman, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Washington, DC 20006

Erwin Gonzales, Esq.
Colson Hicks Eidson
255 Aragon Avenue
Coral Gables, FL 33134

Counsel for Defendant

Kenneth S. Leonetti, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Ronald E. M. Goodman, Esq.
Foley Hoag LLP
1875 K Street, NW
Washington, DC 20006