Nathan Schwed, Esq.
Yoav M. Griver, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for plaintiffs Compania del
Bajo Caroni (Caromin), C.A., and
V.M.C. Mining Company C.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPANIA DEL BAJO CARONI (CAROMIN) C.A., and V.M.C. MINING COMPANY, C.A.,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA and MINISTRY OF BASIC INDUSTRIES AND MINES,<br><br>Defendants. | Case No.:   07 CV 3179 (NRB)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court:

      PLEASE ENTER my appearance as counsel in this case for plaintiffs Compania del Bajo Caroni (Caromin), C.A., and V.M.C. Mining Company C.A. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          February 5, 2008

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____
                                        Nathan Schwed, Esq.
                                        Yoav M. Griver, Esq.
                                        Attorneys for plaintiffs Compania del Bajo
                                            Caroni (Caromin), C.A., and V.M.C.
                                            Mining Company C.A.
                                        575 Lexington Avenue
                                        New York, New York  10022
                                        (212) 223-0400

484001.01/2363-074/SFE

To: Attorneys for Defendants

    Kenneth S. Leonetti, Esq.
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600

    Ronald E. M. Goodman, Esq.
    Foley Hoag LLP
    1875 K Street, NW
    Washington, DC 20006

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 5, 2008 I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE on the attorneys at the addresses indicated below by first class mail:

Kenneth S. Leonetti, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Ronald E.M. Goodman, Esq.
Foley Hoag LLP
1875 K Street, NW
Washington, DC 20006

Dated:   New York, New York
February 5, 2008

_____
MICHAEL W. ANTONIVICH