```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COMPANIA DEL BAJO CARONI (CAROMIN)
and V.M.C. MINING COMPANY, C.A.,

                Plaintiffs,                       07 **CIVIL** 3179 (NRB)

       -against-                                     **JUDGMENT**

BOLIVARIAN REPUBLIC OF VENEZUELA,
and MINISTRY OF BASIC INDUSTRIES AND
MINES,

                Defendants.
-----------------------------------------------------------X

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on April 30, 2008, having rendered its Memorandum and Order granting defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 30, 2008, defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction is granted.

**Dated:** New York, New York
          May 1, 2008

                                              **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                   **BY:**
                                                 **Deputy Clerk**

                                          **THIS DOCUMENT WAS ENTERED**
                                          **ON THE DOCKET ON** _____