Nathan Schwed, Esq.
Yoav M. Griver, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Plaintiffs
575 Lexington Avenue
New York, New York 10022
(212) 223-0400



FILED U.S. DC
MAY 3 0 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMPANIA DEL BAJO CARONI (CAROMIN) and V.M.C. MINING COMPANY, C.A.,

    Plaintiffs,

- against -

BOLIVARIAN REPUBLIC OF VENEZUELA, and MINISTRY OF BASIC INDUSTRIES AND MINES,

    Defendants.

---

Case No.: 07 CV 3179 (NRB)

**NOTICE OF APPEAL**

    Notice is hereby given that Compania Del Bajo Caroni (Caromin) and V.M.C. Mining Company, C.A., plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment granting defendants Bolivarian Republic of Venezuela and Ministry of Basic Industries and Mines' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, entered in this action on the 1st day of May, 2008.

Dated: New York, New York
       May 30, 2008

                      ZEICHNER ELLMAN & KRAUSE LLP

                      By: _____
                          Nathan Schwed, Esq.
                          Yoav M. Griver, Esq.
                          Attorneys for Plaintiffs
                          575 Lexington Avenue
                          New York, New York 10022
                          (212) 223-0400

TO:

Paul S. Reichler, Esq.
Janis H. Brennan, Esq.
Ronald E.M. Goodman, Esq.
Geraldine R. Fischer, Esq.
FOLEY HOAG LLP
1875 K Street, N.W.
Washington, D.C. 20006

Kenneth S. Leonetti, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
COMPANIA DEL BAJO CARONI (CAROMIN)
and V.M.C. MINING COMPANY, C.A.,
                          Plaintiffs,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,
and MINISTRY OF BASIC INDUSTRIES AND
MINES,
                          Defendants.
------------------------------------------------------X

07 CIVIL 3179 (NRB)

**JUDGMENT**

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on April 30, 2008, having rendered its Memorandum and Order granting defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 30, 2008, defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction is granted.

**Dated:** New York, New York
           May 1, 2008

                                               J. MICHAEL McMAHON
                                               Clerk of Court
                          BY:
                                               Deputy Clerk

                                     **THIS DOCUMENT WAS ENTERED**
                                     **ON THE DOCKET ON** _____

| | |
|---|---|
| STATE OF NEW YORK, | AFFIDAVIT OF SERVICE |
| COUNTY OF NEW YORK. | BY FIRST CLASS MAIL |

MICHAEL W. ANTONIVICH, being duly sworn, says: that I am over the age of eighteen years, and am not a party herein, and reside in Nassau County, New York and that on the 30th day of May, 2008, I served a true copy of the within **PLAINTIFF'S NOTICE OF APPEAL** upon the attorney hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, into the exclusive care and custody of a U.S. Post office depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said attorney at his last known address given below:

Paul S. Reichler, Esq.
Janis H. Brennan, Esq.
Ronald E.M. Goodman, Esq.
Geraldine R. Fischer, Esq.
FOLEY HOAG LLP
1875 K Street, N.W.
Washington, D.C. 20006

FOLEY HOAG LLP
Kenneth S. Leonetti, Esq.
155 Seaport Boulevard
Boston, MA 02210-2600

Attorneys for defendants

_____
MICHAEL W. ANTONIVICH

Sworn to before me this
30th day of May, 2008

_____
NOTARY PUBLIC

**JAMES N. ZELL**
Notary Public, State of New York
No. 027E6022887
Qualified in Kings County
Commission Expires April 12, 20__