Nathan Schwed, Esq.
Yoav M. Griver, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Plaintiffs
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMPANIA DEL BAJO CARONI (CAROMIN)
and V.M.C. MINING COMPANY, C.A.,

     Plaintiffs,

- against -

BOLIVARIAN REPUBLIC OF VENEZUELA,
and MINISTRY OF BASIC INDUSTRIES AND
MINES,

     Defendants.

Case No.: 07 CV 3179 (NRB)

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties, that the following documents have been considered and are hereby made part of the record by the Court, and shall be placed on the docket: (1) July 27, 2007 Leonetti Letter to Judge Buchwald; (2) August 10, 2007 Perkins Letter to Judge Buchwald; (3) August 17, 2007 Leonetti Letter to Judge Buchwald; (4) August 21, 2007 Perkins Letter to Judge Buchwald; (5) January 15, 2008 Reichler Letter to Judge Buchwald; (6) January 21, 2008 Fernandez Letter to Judge Buchwald; (7) February 5, 2008 Schwed Letter to Judge Buchwald; (8) February 6, 2008 Reichler Letter to Judge Buchwald; (9) February 7, 2008 Schwed Letter to Judge Buchwald; (10) February 8, 2008 Reichler Letter to Judge Buchwald; (11) February 11, 2008 Schwed Letter to Judge Buchwald; (12)

February 12, 2008 Reichler Letter to Judge Buchwald; (13) February 12, 2008 Schwed Letter to Judge Buchwald; (14) Second February 12, 2008 Reichler Letter to Judge Buchwald; (15) Second February 12, 2008 Schwed Letter to Judge Buchwald; (16) February 18, 2008 Reichler Letter to Judge Buchwald; and (17) February 21, 2008 Schwed Letter to Judge Buchwald.

Dated: New York, New York
       August 13, 2008

| ZEICHNER ELLMAN & KRAUSE LLP | FOLEY HOAG LLP |
|---|---|
| By: /s/ Nathan Schwed | By: Ronald E.M. Goodman /pms (by permission) |
| Nathan Schwed, Esq. | Ronald E.M. Goodman, Esq. |
| Yoav M. Griver, Esq. | Paul S. Reichler, Esq. |
| Attorneys for Plaintiffs | Janis H. Brennan, Esq. |
| 575 Lexington Avenue | Attorneys for Defendants |
| New York, New York 10022 | 1875 K Street, N.W. |
| (212) 223-0400 | Washington, D.C. 20006 |
|  | (202) 223-1200 |

SO ORDERED:

/s/ Naomi Reice Buchwald
United States District Judge
8/14/08